UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PURE SWEAT BASKETBALL, INC.,

Plaintiff(s),

v.

GOOGLE LLC, et al.,

Defendant(s).

Case No: 3:20-cv-05792-EMC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steve W. Berman, an active member in good standing of the bar of W.D. Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Pure Sweat Basketball, Inc. in the above-entitled action. My local co-counsel in this case is Benjamin J. Siegel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hagens Berman Sobol Shapiro LLP<br>1301 Second Ave., Ste. 2000, Seattle WA 98101 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Ave., Ste. 202, Berkeley CA 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 623-7292 | (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| steve@hbsslaw.com | bens@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12536.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/20/2020

Steve W. Berman
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Steve W. Berman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE