# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PURE SWEAT BASKETBALL, INC.,                  )
                                              )   Case No: 3:20-cv-05792-EMC
                    Plaintiff(s),             )
                                              )   **APPLICATION FOR**
        v.                                    )   **ADMISSION OF ATTORNEY**
                                              )   **PRO HAC VICE**
GOOGLE LLC, et al.,                           )   (CIVIL LOCAL RULE 11-3)
                                              )
                    Defendant(s).             )
_____   )

I, _____Robert F. Lopez_____, an active member in good standing of the bar of
_____W.D. Washington_____, hereby respectfully apply for admission to practice ***pro hac vice*** in the
Northern District of California representing: _____Plaintiff Pure Sweat Basketball, Inc.___ in the
above-entitled action. My local co-counsel in this case is _____Benjamin J. Siegel_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hagens Berman Sobol Shapiro LLP<br>1301 Second Ave., Ste. 2000, Seattle WA 98101 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Ave., Ste. 202, Berkeley CA 94710 |
| MY TELEPHONE # OF RECORD:<br>(206) 623-7292 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>robl@hbsslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bens@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: _____21057_____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 08/20/2020                               _____Robert F. Lopez_____
                                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Robert F. Lopez_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: _____

                                                _____
                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE