# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> GOOGLE LLC, et al., <br><br> Defendant(s). | Case No: 3:20-cv-05792-EMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Robert F. Lopez__, an active member in good standing of the bar of __W.D. Washington__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Plaintiff Pure Sweat Basketball, Inc.__ in the above-entitled action. My local co-counsel in this case is __Benjamin J. Siegel__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hagens Berman Sobol Shapiro LLP <br> 1301 Second Ave., Ste. 2000, Seattle WA 98101 | Hagens Berman Sobol Shapiro LLP <br> 715 Hearst Ave., Ste. 202, Berkeley CA 94710 |
| MY TELEPHONE # OF RECORD: <br> (206) 623-7292 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: <br> robl@hbsslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> bens@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __21057__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/20/2020                                                       Robert F. Lopez
                                                                                   APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Robert F. Lopez__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 08/20/2020
                                                               UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE