| Attorney Or Party Without Attorney (name And Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| STEVE W. BERMAN, ESQ. (WSBA 12536)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, California 94710 | (510) 725-3000 | |
| Attorneys for: | W125238 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>PURE SWEAT BASKETBALL, INC., an Illinois corporation, etc. | | |
| Defendant:<br>GOOGLE LLC, a Delaware limited liability company, ET. AL. | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | Case Number:<br>3:20-cv-5792-LB |
|---|---|---|---|---|

I, Steve Glaeser, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served: **SUMMONS IN A CIVIL ACTION;**
**COMPLAINT;**
**CIVIL COVER SHEET;**
**INITIAL CASE MANAGEMENT ORDER;**
**ORDER ASSIGNING CASE – JUDGE CHEN; CIVIL STANDING ORDER – EMC;**
**CIVIL STANDING ORDER ON DISCOVERY – EMC;**
**CIVIL PRETRIAL INSTRUCTIONS – EMC;**
**GUIDELINES RE CALCULATION OF TRIAL TIMELINE – EMC;**
**STANDING ORDER FOR ALL JUDGES – N.D. CAL.;**
**ECF REGISTRATION INFORMATION**

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : **GOOGLE PAYMENT CORP.**<br>**c/o registered agent CSC - Lawyers Incorporating Service** |
|---|---|
| Served: | : **Trudy Deshiens,**<br>Authorized Agent of CSC-Lawyers Incorporating Service, The Registered Agent for Service of Process. |
| Address | : 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833 |
| Date & Time | : Friday, August 21, 2020   @ 10:27 a.m. |
| Witness fees were | : Not applicable. |

Person serving:
Steve Glaeser
Wheels of Justice
52 Second Street, Third Floor
San Francisco, California 94105
Phone: (415) 546-6000
Fee for service:

[ ] not a registered California process server.
[ ] exempt from registration under B&P Section 22350(b).
[x] a registered California process server
    [ ] owner   [ ] employee   [x] independent contractor
County: Sacramento   Reg No.: 2013-44

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 25, 2020          Signature: _____
                                              Steve Glaeser

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| PURE SWEAT BASKETBALL, INC. | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 3:20-cv-5792-LB |
| GOOGLE LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Benjamin J. Siegel (SBN 256260)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> (510) 725-3000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

Date: 8/19/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-5792-LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                            _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

3:20-cv-5792-LB

# ATTACHMENT A

**GOOGLE LLC**
c/o registered agent CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**GOOGLE PAYMENT CORP.**
c/o registered agent CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**GOOGLE IRELAND LIMITED**
Gordon House
Barrow Street
Dublin 4, D04E5W5
Ireland

**GOOGLE COMMERCE LIMITED**
70 Sir John Rogerson's Quay
Dublin – 2, D02 R296
Ireland

**GOOGLE ASIA PACIFIC PTE. LTD.**
Asia Square 1
8 Marina Boulevard #05-02
Marina Bay Financial Centre
Singapore 018981