| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone:  (415) 442-1000<br>Facsimile:   (415) 442-1001 | Richard S. Taffet, *pro hac vice forthcoming*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice forthcoming*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, a Delaware limited liability company; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>      Defendants. | Case No. 3:20-cv-05792-EMC<br><br>**NOTICE OF APPEARANCE OF MINNA LO NARANJO** |

Case No. 3:20-cv-05792-EMC
NOTICE OF APPEARANCE OF MINNA LO NARANJO

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Minna Lo Naranjo of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google LLC and Google Payment Corp. Ms. Naranjo is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email address are as follows:

> Minna Lo Naranjo, Bar No. 259005
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Telephone: (415) 442-1000
> Facsimile: (415) 442-1001
> Email: minna.naranjo@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated: September 4, 2020

By /s/ Minna Lo Naranjo
Minna Lo Naranjo
MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*