| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 | Richard S. Taffet, *pro hac vice forthcoming*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice forthcoming*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-05792-EMC<br><br>**DEFENDANTS GOOGLE LLC AND GOOGLE PAYMENT CORP.'S NOTICE OF FILING** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 3 and 4, 2020, Google LLC ("Google") filed Responses to this Court's Sua Sponte Judicial Referral For Purposes of Determining Relationship of Cases (ECF. No. 16) in *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR ("*Cameron*") and *Epic v. Google LLC et al.,* Case No. 3:20-cv-05671-JD ("*Epic-Google"*). A true and correct copy of the Response filed in *Cameron* is attached hereto as **Exhibit A**, and a true and correct copy of the Response filed in *Epic-Google* is attached hereto as **Exhibit B**. These Responses are also available at *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR at ECF No. 115 and *Epic v. Google LLC et al.,* Case No. 3:20-cv-05671-JD ("*Epic-Google"*) at ECF No. 32.

Dated:  September 4, 2020                           By      */s/ Brian C. Rocca*
                                                                        Brian C. Rocca
                                                                        MORGAN, LEWIS & BOCKIUS LLP

                                                                        *Attorneys for Defendants*
                                                                        *Google LLC and Google Payment Corp.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                                                                                  Case No. 3:20-cv-05792-EMC
DEFENDANTS GOOGLE LLC AND GOOGLE PAYMENT CORP.'S NOTICE OF FILING