| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice pending*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice pending*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-05792-JD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GOOGLE LLC AND GOOGLE PAYMENT CORP. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 3:20-cv-05792-JD
STIPULATION FOR EXTENSION OF TIME FOR GOOGLE LLC
AND GOOGLE PAYMENT CORP. TO RESPOND TO COMPLAINT

Plaintiff Pure Sweat Basketball, Inc. ("Plaintiff") and Defendants Google LLC and Google Payment Corp., through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following circumstances:

WHEREAS, Plaintiff filed its Complaint on August 17, 2020;

WHEREAS, Google LLC and Google Payment Corp. were served with the Complaint on August 21, 2020;

WHEREAS, the other three defendants, Google Ireland Limited; Google Commerce Limited; and Google Asia Pacific Pte. LTD, have not been served;

WHEREAS, a related action (*Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD) and a potentially related action (*Carr v. Google LLC et al.*, Case No. 5:20-cv-05761-BLF) were recently filed in this District;

WHEREAS, in the above-captioned action, Judge Chen issued a Sua Sponte Judicial Referral for Purposes of Determining Relationship of Cases (ECF No. 16) on August 31, 2020;

WHEREAS, the parties in the above-referenced matters have made various filings with respect to the relation of actions under Civil Local Rule 3-12;

WHEREAS, the time to respond to Plaintiff's Complaint (ECF No. 1) for the two served Defendants—Google LLC and Google Payment Corp.—is presently September 11, 2020;

WHEREAS, the parties agree that additional time may help facilitate an efficient sequencing of case events, including with respect to service of process, the potential relation of other actions (*e.g.*, *Carr v. Google LLC et al.* 5:20-cv-05761-BLF, and a pending administrative motion in *Feitelson et al. v. Google Inc.*, Case No. 5:14-cv-02007-BLF), and an orderly process for briefing any motions related to the Complaints;

WHEREAS, the parties agree that an extension of 45 days to respond to the Complaint will not alter or otherwise impact the date of any deadline already fixed by the Court;

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties, through their counsel, stipulate as follows:

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

1   Case No. 3:20-cv-05792-JD
STIPULATION FOR EXTENSION OF TIME FOR GOOGLE LLC
AND GOOGLE PAYMENT CORP. TO RESPOND TO COMPLAINT

1. Google LLC and Google Payment Corp. shall have an extension of 45 days to respond to the Complaint, thus extending their deadline to respond to October 26, 2020.

2. The parties anticipate further coordination in due course about service of process, the potential relation of actions, and a mutually agreeable schedule for upcoming case activity (subject to the Court's approval).

**IT IS SO STIPULATED.**

Dated:  September 10, 2020        By        /s/ Brian C. Rocca[1]
                                            Brian C. Rocca
                                            MORGAN, LEWIS & BOCKIUS LLP

                                            *Attorneys for Defendants*
                                            *Google LLC and Google Payment Corp.*

Dated:  September 10, 2020        By        /s/  Robert F. Lopez
                                            Robert F. Lopez
                                            HAGENS BERMAN SOBOL SHAPIRO LLP

                                            *Attorneys for Plaintiff*
                                            *Pure Sweat Basketball, Inc.*

---

[1] Brian Rocca, the filer of this document, attests that he obtained the agreement of Robert Lopez.