George A. Zelcs *(pro hac vice)*
 gzelcs@koreintillery.com
Robert E. Litan *(pro hac vice)*
 rlitan@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
 rewing@koreintillery.com
Jonathon D. Byrer *(pro hac vice)*
 jbyrer@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Karma M. Giulianelli, CA Bar #184175
 karma.giulianelli@bartlitbeck.com
Glen E. Summers, CA Bar # 176402
 glen.summers@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

Stephen M. Tillery *(pro hac vice)*
 stillery@koreintillery.com
Jamie Boyer *(pro hac vice)*
 jboyer@koreintillery.com
Michael E. Klenov, CA Bar #277028
 mklenov@koreintillery.com
Carol O'Keefe *(pro hac vice)*
 cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Ann Ravel
 aravel@mcmanisfaulkner.com
**MCMANIS FAULKNER**
Fairmont Plaza, 10th Floor, 50 West San Fernando Street
San Jose, CA  95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC.;<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, *et al.*;<br><br>Defendants. | CASE NO. 3:20-cv-005792-JD<br><br>**PLAINTIFF MARY CARR'S NOTICE OF FILING OPPOSITION TO GOOGLE, LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE** that on September 9, 2020, Google, LLC ("Google") filed an Administrative Motion to Consider Whether Cases Should Be Related ("Motion") in *Feitelson, et al. v. Google, Inc.*, Case No. 5:14-cv-02007 BLF ("*Feitelson*").  Google's Motion can be found at *Feitelson* ECF Doc. No. 56.  One of the cases Google indicated may be related to *Feitelson* is the above-captioned case.

On September 14, 2020, Plaintiff Mary Carr, on behalf of herself and all others similarly situated, filed an Opposition to Google's Motion.  Pursuant to Local Rule 3-12, Plaintiff Carr's Opposition was filed in the *Feitelson* lawsuit and can be found at *Feitelson* ECF Doc. No. 57.  A full and complete copy of Plaintiff Carr's Opposition, including exhibits, is attached as Exhibit 1.

Dated: September 15, 2020

s/ Jamie L. Boyer

George A. Zelcs *(pro hac vice)*
Robert E. Litan *(pro hac vice)*
Randall P. Ewing *(pro hac vice)*
Jonathon D. Byrer *(pro hac vice)*
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
Jamie L. Boyer *(pro hac vice)*
Michael E. Klenov, CA Bar #277028
Carol L. O'Keefe *(pro hac vice)*
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

Karma M. Giulianelli, CA Bar #184175
Glen E. Summers, CA Bar # 176402
BARTLIT BECK LLP
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

| | |
|---|---|
| 1 | Ann Ravel |
| 2 | MCMANIS FAULKNER |
|   | Fairmont Plaza, 10th Floor, 50 West San Fernando Street |
| 3 | San Jose, CA  95113 |
|   | Telephone: (408) 279-8700 |
| 4 | Facsimile: (408) 279-3244 |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 15, 2020, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's electronic filing and notification system.

                      /s/ Jamie L. Boyer