Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

Joseph M. Vanek (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com

*Attorneys for Plaintiff and the Proposed Classes*

(Additional Plaintiff's counsel listed in signature block)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., | No. 3:20-cv-05792-JD |
| Plaintiff, | **PLAINTIFF PURE SWEAT BASKETBALL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| v. | |
| GOOGLE LLC, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Pure Sweat Basketball, Inc. discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the undersigned parties, there is no such interest to report.

DATED: September 15, 2020                    Respectfully submitted,

By ____/s/ Martin Amaro_____

Paul E. Slater (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
Martin Amaro (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
pes@sperling-law.com
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com
mamaro@sperling-law.com

Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
robl@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
bens@hbsslaw.com

*Attorneys for Plaintiff Pure Sweat Basketball Inc. and the Proposed Classes*