| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice pending*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice pending*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of itself and all others similarly situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>GOOGLE LLC, a Delaware limited liability company; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>                     Defendants. | Case No. 3:20-cv-05792-JD<br><br>**NOTICE OF APPEARANCE OF BRIAN C. ROCCA** |

Case No. 3:20-cv-05792-JD
NOTICE OF APPEARANCE OF BRIAN C. ROCCA

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Brian C. Rocca of Morgan, Lewis & Bockius LLP, hereby appears as counsel for Defendants Google Commerce Ltd.; Google Ireland Limited; and Google Asia Pacific Pte. Ltd.  Mr. Rocca is admitted to practice in the State of California and before this Court and has already appeared as counsel for Defendants Google LLC and Google Payment Corp. (Dkt. 22).  His address, telephone, facsimile, and email address are as follows:

> Brian C. Rocca, Bar No. 221576
> MORGAN, LEWIS & BOCKIUS LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1596
> Telephone: (415) 442-1000
> Facsimile: (415) 442-1001
> Email: brian.rocca@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated:  October 5, 2020

By     */s/ Brian C. Rocca*
Brian C. Rocca
MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendants*