Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001

Richard S. Taffet, *pro hac vice pending*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Willard K. Tom, *pro hac vice pending*
willard.tom@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C.  20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 3:20-cv-05792-JD<br><br>**NOTICE OF APPEARANCE OF MICHELLE PARK CHIU** |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

Case No. 3:20-cv-05792-JD
NOTICE OF APPEARANCE OF MICHELLE PARK CHIU

1

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2          **PLEASE TAKE NOTICE** that Michelle Park Chiu of Morgan, Lewis & Bockius LLP,

3    hereby appears as counsel for Defendants Google Commerce Ltd.; Google Ireland Limited; and

4    Google Asia Pacific Pte. Ltd.  Ms. Chiu is admitted to practice in the State of California and

5    before this Court and has already appeared as counsel for Defendants Google LLC and Google

6    Payment Corp. (Dkt. 24).  Her address, telephone, facsimile, and email address are as follows:

7

8          Michelle Park Chiu, Bar No. 248421
          MORGAN, LEWIS & BOCKIUS LLP
9          One Market, Spear Street Tower
          San Francisco, CA 94105-1596
10         Telephone: (415) 442-1000
          Facsimile: (415) 442-1001
11         Email: michelle.chiu@morganlewis.com

12         Please serve said counsel with all pleadings and notices in this action.

13

14   Dated:  October 5, 2020                    By _____/s/ Michelle Park Chiu_____
                                               Michelle Park Chiu
15                                             MORGAN, LEWIS & BOCKIUS LLP

16                                             *Attorneys for Defendants*

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                    Case No. 3:20-cv-05792-JD
NOTICE OF APPEARANCE OF MICHELLE PARK CHIU