GEORGE A. ZELCS (*pro hac vice*)
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

KARMA M. GIULIANELLI (SBN 184175)
karma.giulianelli@bartlitbeck.com
GLEN E. SUMMERS (SBN 176402)
glen.summers@bartlitbeck.com
JAMESON R. JONES (*pro hac vice pending*)
Jameson.jones@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

*Counsel for Plaintiffs and the Proposed Class
in Carr v. Google LLC, et al.*

STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Counsel for Plaintiffs and the Proposed Class
in Pure Sweat Basketball, Inc. v. Google LLC,
et al.*

BONNY E. SWEENEY (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

*Counsel for Plaintiffs and the Proposed Class
in Peekya App Services, Inc. v. Google LLC, et
al.*


[Additional counsel appear on signature page]

PEGGY J. WEDGWORTH (*pro hac vice*)
pwedgworth@milberg.com
**MILBERG PHILLIPS GROSSMAN
LLP**
One Penn Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Counsel for Plaintiffs and the Proposed
Class in Bentley v. Google LLC, et al.*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &
REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc. in
Epic Games, Inc. v. Google LLC, et al.*

BRIAN C. ROCCA (221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Counsel for Defendants Google LLC,
Google Ireland Limited, Google
Commerce Ltd., Google Asia Pacific Pte.
Ltd. and Google Payment Corp.*

STIPULATION AND [PROPOSED] SCHEDULING ORDER AND
PAGE LIMITS FOR FORTHCOMING MOTION PRACTICE
Case Nos. 3:20-cv-05792-JD & 3:20-cv-06772-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br> *Plaintiff,*<br><br>v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-05671-JD |
| BENTLEY, et al.,<br> *Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-07079-JD |
| MARY CARR, et al.,<br> *Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-05761-JD |
| PURE SWEAT BASKETBALL, INC., et. al,<br> *Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-05792-JD |
| PEEKYA APP SERVICES, INC., et. al,<br> *Plaintiffs,*<br><br>v.<br><br>GOOGLE LLC et al.,<br> *Defendants.* | Case No. 3:20-cv-06772-JD<br><br>**STIPULATION AND [PROPOSED] SCHEDULING AND PAGE LIMITS FOR FORTHCOMING MOTION PRACTICE**<br><br>Judge: Hon. James Donato |

Pursuant to the Court's instructions for the Parties in the above-captioned related actions (the "Related Actions") to meet and confer to develop a revised and unified proposed scheduling order (*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("Epic"), ECF No. 82; *Mary Carr, et al. v. Google LLC et al.*, Case No. 3:20-cv-05761-JD ("Carr"), ECF No. 65; *Pure Sweat Basketball, Inc., et al. v. Google LLC et al.*, Case No. 3:20-cv-05792-JD ("Pure Sweat"), ECF No. 66; *Peekya App Services., Inc. v. Google LLC et al.*, Case No. 3:20-cv-06772-JD ("Peekya"), ECF No. 25; *Bentley et al. v. Google LLC et al.*, Case No. 3:20-cv-07079-JD ("Bentley"), ECF No. 25), Plaintiff Epic Games, Inc. in Epic ("Epic"); Plaintiffs Mary Carr, et al. in Carr ("Carr"); Plaintiffs Bentley, et al. in Bentley ("Bentley") (Carr, together with Bentley, "Consumers"); Plaintiffs Pure Sweat Basketball, Inc., et al. in Pure Sweat ("Pure Sweat"); and Plaintiffs Peekya Services, Inc., et al. in Peekya ("Peekya") (Peekya, together with Pure Sweat, "Developers"); and Defendants in the Related Actions Google LLC; Google Ireland Limited; Google Commerce Ltd..; Google Asia Pacific Pte. Ltd; and Google Payment Corp. (collectively, "Google") (Google, together with Epic, Consumers, and Developers, the "Parties"), by and through their undersigned counsel, hereby agree as follows:

## A.     PROPOSED CASE SCHEDULE

| ACTIVITY | DATE |
| --- | --- |
| Initial Disclosures | November 9, 2020 |
| Motion to Dismiss (re Epic and Developer Plaintiffs) | November 13, 2020 |
| Opposition re Motion to Dismiss (re Epic and Developer Plaintiffs) | December 21, 2020 |
| Reply re Motion to Dismiss (re Epic and Developer Plaintiffs) | January 20, 2021 |
| Substantial Completion of Party Document Production[1] | June 16, 2021 |

[1] The parties agree to make rolling productions as soon as documents are ready to be produced.

| Class Certification Motion With Expert Report | August 9, 2021 |
|---|---|
| Class Certification Opposition With Expert Report | September 8, 2021 |
| Class Certification Reply With Expert Report | October 6, 2021 |
| Class Certification Hearing (including expert testimony/hot tubbing if the Court requests) | Thursday, October 14, 2021 |
| Merits Expert Witness Disclosure (identity and topics for opening experts only) | October 25, 2021 |
| Fact Discovery Cut Off | October 25, 2021; reopens re class plaintiffs for 44 days after ruling on class certification |
| Opening Expert Reports | October 29, 2021 |
| Rebuttal Expert Reports | December 3, 2021 |
| Expert Discovery Cut Off | December 17, 2021 |
| Dispositive Motions/Daubert | December 22, 2021 (106 days before pretrial conference) |
| Dispositive Motions/Daubert Opposition | January 28, 2022 |
| Dispositive Motions Replies | February 10, 2022 |
| Dispositive Motion Hearing and Expert Hot Tub | Thursday, February 24, 2022 |
| Serve (but not file) Motions in Limine | March 10, 2022 (14 days prior to pretrial filings date) |
| Pretrial Filing Date | March 24, 2022 (14 days prior to final pretrial conference) |
| Final Pretrial Conference | April 7, 2022 (19 days before the start of trial) |
| Trial – Order of trial(s) to be determined | April 26, 2022 |

**B.      PROPOSED PAGE LIMITS**

As for briefing on the motion to dismiss, the briefs on common legal issues shall have the following page limits:  25 pages for an opening brief; 25 pages in joint opposition; 15 pages in reply.  In addition, the parties shall each be entitled to file a separate 5 page opening or opposition or a 5 page (3 page if the party had filed a 5-page opening brief on the same issue) reply brief on any individual issues.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**

Dated:  November 6, 2020                     CRAVATH, SWAINE & MOORE LLP
                                                          Christine Varney
                                                          Katherine B. Forrest
                                                          Gary A. Bornstein
                                                          Lauren A. Moskowitz
                                                          M. Brent Byars


                                                          Respectfully submitted,

                                                          By:   /s/  *Yonatan Even*
                                                                 Yonatan Even

                                                          *Counsel for Plaintiff Epic Games, Inc.*

Dated:  November 6, 2020                     KOREIN TILLERY, LLC
                                                          George A. Zelcs
                                                          Robert E. Litan
                                                          Randall P. Ewing, Jr.
                                                          Jonathan D. Byrer
                                                          Stephen M. Tillery
                                                          Michael E. Klenov
                                                          Carol L. O'Keefe

                                                          BARTLIT BECK LLP
                                                          Karma M. Giulianelli
                                                          Glen E. Summers
                                                          Jameson R. Jones

                                                          Respectfully submitted,
                                                          By:   /s/  *Jamie L. Boyer*
                                                                 Jamie L. Boyer

                                                          *Counsel for Plaintiffs and the Proposed*
                                                          *Class in Carr v. Google LLC et al.*

- 3 -
STIPULATION AND [PROPOSED] SCHEDULING ORDER AND
PAGE LIMITS FOR FORTHCOMING MOTION PRACTICE
Case Nos. 3:20-cv-05792-JD & 3:20-cv-06772-JD

1

2

Dated:  November 6, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP
    Robert F. Lopez
    Benjamin J. Siegel

3

4

Respectfully submitted,

5

By:   /s/  *Steve W. Berman*
    Steve W. Berman

6

7

*Counsel for Plaintiffs and the Proposed
Class in Pure Sweat Basketball v. Google
LLC et al.*

8

9

10

Dated:  November 6, 2020

MILBERG PHILLIPS GROSSMAN LLP
    Robert A. Wallner
    Elizabeth McKenna
    Blake Yagman
    Michael Acciavatti

11

12

13

Respectfully submitted,

14

By:   /s/  *Peggy J. Wedgworth*
    Peggy J. Wedgworth

15

16

*Counsel for Plaintiffs and the Proposed
Class in Bentley, et al. v. Google LLC et al.*

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  November 6, 2020           HAUSFELD LLP
                                            Melinda R. Coolidge
2                                           Katie R. Beran
                                            Samantha J. Stein
3                                           Scott A. Martin
                                            Irving Scher
4
                                        Respectfully submitted,
5
                                        By:   /s/   Bonny E. Sweeney
6                                             Bonny E. Sweeney

7                                             *Counsel for Plaintiffs and the Proposed*
                                              *Class in Peekya App Services, Inc. v.*
8                                             *Google LLC et. al*

9

10

11   Dated:  November 6, 2020           MORGAN, LEWIS & BOCKIUS LLP
                                            Sujal J. Shah
12                                          Michelle Park Chiu
                                            Minna Lo Naranjo
13                                          Rishi P. Satia

14                                      Respectfully submitted,

15                                      By:   /s/   Brian C. Rocca
                                              Brian C. Rocca
16
                                              *Counsel for Defendant Google LLC et. al*
17

18

19
     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
20

21    DATED: _____    _____
                                        HON. JAMES DONATO
22                                      United States District Judge

23

24

25

26

27

28

1

**E-FILING ATTESTATION**

2

      I, Brian C. Rocca, am the ECF User whose ID and password are being used to file

3

this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

4

signatories identified above has concurred in this filing.

5

6

                                       /s/ *Brian C. Rocca*
                                            Brian C. Rocca

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER AND
PAGE LIMITS FOR FORTHCOMING MOTION PRACTICE
Case Nos. 3:20-cv-05792-JD & 3:20-cv-06772-JD