1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>    Plaintiff,<br><br>vs.<br><br>GOOGLE LLC et al.,<br>    Defendants. | Case No. 3:20-cv-05671-JD |
| PURE SWEAT BASKETBALL, INC., et. al,<br>    Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC et al.,<br>    Defendants. | Case No. 3:20-cv-05792-JD |
| PEEKYA APP SERVICES, INC., et. al,<br>    Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC et al.,<br>    Defendants. | Case No. 3:20-cv-06772-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |

Defendants have filed a motion to dismiss Epic Games, Inc.'s Complaint (No. 3:20-cv-05671-JD, Dkt. No. 1, the "Epic Complaint") and Developer Plaintiffs' First Amended Class Action Complaint (Nos. 3:20-cv-05792-JD, Dkt. No. 56 and 3:20-cv-06772-JD, Dkt. No. 12, together the "Developers' Complaint") pursuant to Fed. R. Civ. P. 12(b)(6), and a supporting request for judicial notice. Having carefully considered the motion, as well as the supporting memoranda of points and authorities and the related responses and replies, and good cause appearing, the Court hereby GRANTS the motion and request for judicial notice. Specifically:

1. The Court hereby GRANTS the request for judicial notice and will consider for purposes of the motion the document attached as Exhibit A to the Declaration of Brian C. Rocca.

2. The Court hereby GRANTS Defendants' motion to dismiss and DISMISSES WITH PREJUDICE each of the claims asserted in the Epic Complaint and Developers' Complaint.

**IT IS SO ORDERED**.

DATED: _____

HON. JAMES DONATO
United States District Judge

1

Case Nos. 3:20-cv-05671-JD; 3:20-cv-05792-JD; 3:20-cv-06772-JD
[PROPOSED] ORDER GRANTING DEFS.' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE