| | |
|---|---|
| GEORGE A. ZELCS (*pro hac vice*)<br>gzelcs@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>KARMA M. GIULIANELLI (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>GLEN E. SUMMERS (SBN 176402)<br>glen.summers@bartlitbeck.com<br>JAMESON R. JONES (*pro hac pending*)<br>Jameson.jones@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St. Suite 1200,<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br>Facsimile:  (303) 592-3140<br>*Counsel for Plaintiffs and the Proposed Class in Carr v. Google LLC, et al.* | BRIAN C. ROCCA (221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 *Counsel for Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd. and Google Payment Corp.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>       Plaintiff,<br><br>vs.<br><br>GOOGLE LLC et al.,<br>       Defendants. | Case No. 3:20-cv-05671-JD |
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Case No. 3:20-cv-05761-JD |
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**JOINT STATEMENT REGARDING [PROPOSED] STIPULATED PROTECTIVE ORDER** |

As directed by the Court, counsel conferred and reached agreement on a Stipulated Protective Order. Attached as Exhibit A is the Parties' [Proposed] Stipulated Protective Order, which is ready for the Court's review and, if acceptable, entry as an Order. This Order adds certain clarifications to Paragraph 2.7's definition of "Expert" and removes Paragraph 7.4. In light of this compromise, the Parties respectfully advise the Court that it need not take further action on the Joint Statement Regarding Protective Order previously submitted by the Parties on October 23, 2020.

Dated: December 7, 2020

| | |
|---|---|
| By: /s/ *Jamie L. Boyer* <br> Jamie L. Boyer <br><br> KOREIN TILLERY, LLC <br>    George A. Zelcs <br>    Robert E. Litan <br>    Randall P. Ewing, Jr. <br>    Michael E. Klenov <br>    Jamie L. Boyer <br>    Carol L. O'Keefe <br><br> BARTLIT BECK LLP <br>    Karma M. Giulianelli <br>    Glen E. Summers <br>    Jameson R. Jones <br><br> *Counsel for Plaintiffs and the Proposed Class in Carr v. Google LLC et al.* | By: s/ *Brian C. Rocca* <br> Brian C. Rocca <br><br> MORGAN, LEWIS & BOCKIUS LLP <br>    Brian C. Rocca <br>    Sujal J. Shah <br>    Minna L. Naranjo <br>    Rishi P. Satia <br>    Michelle Park Chiu <br><br> *Counsel for Defendants Google LLC et al.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record on December 7, 2020, via the Court's electronic notification system.

/s/ Jamie L. Boyer