Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PURE SWEAT BASKETBALL, INC.

　　　　　　　　　　　Plaintiff(s),

　　v.

GOOGLE LLC et al.,

　　　　　　　　　　　Defendant(s).

Case No: 3:20-cv-05792

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

　　I, Katie R. Beran, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Peekya App Services, Inc. in the above-entitled action. My local co-counsel in this case is Bonny E. Sweeney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106 | 600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (267) 702-2315 | (415) 684-7153 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kberan@hausfeld.com | bsweeney@hausfeld.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 313872.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/19/21

Katie R. Beran
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Katie R. Beran is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Katie Rose Beran, Esq.*

### DATE OF ADMISSION

*November 7, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 19, 2020

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk