1  DANIEL M. PETROCELLI (S.B. # 97802)
   dpetrocelli@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
3  Los Angeles, CA 90067
   Telephone:    (310) 553-6700
4  Facsimile:    (310) 246-6779

5  *Attorney for Defendants.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No.  3:20-cv-05792-JD<br><br>**NOTICE OF APPEARANCE OF DANIEL M. PETROCELLI**<br><br>The Honorable James Donato |
|---|---|

NOTICE OF APPEARANCE
3:20-CV-05792

1  PLEASE TAKE NOTICE that attorney Daniel M. Petrocelli of the law firm of O'Melveny & Myers LLP, located at 1999 Avenue of the Stars, 8th Floor, Los Angeles, CA 90067, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: March 23, 2021

DANIEL M. PETROCELLI
O'MELVENY & MYERS LLP

By: */s/ Daniel M. Petrocelli*
Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-6700

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

> */s/ Daniel M. Petrocelli*
> Daniel M. Petrocelli