1  BENJAMIN G. BRADSHAW (S.B. # 189925)
   bbradshaw@omm.com
2  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
3  Washington, DC 20006
   Telephone:   (202) 383-5300
4  Facsimile:   (202) 383-5414

5  *Attorney for Defendants.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No.  3:20-cv-05792-JD <br><br> **NOTICE OF APPEARANCE OF BENJAMIN G. BRADSHAW** <br><br> The Honorable James Donato |
|---|---|

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that attorney Benjamin G. Bradshaw of the law firm of |
| 2 | O'Melveny & Myers LLP, located at 1625 Eye Street, NW, Washington, DC 20006, hereby |
| 3 | appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, |
| 4 | Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the |
| 5 | above-captioned action, and requests that all court documents in connection with this action be |
| 6 | served upon him at the e-mail address listed above. |

Dated: March 23, 2021

BENJAMIN G. BRADSHAW
O'MELVENY & MYERS LLP


By: */s/ Benjamin G. Bradshaw*
Benjamin G. Bradshaw
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Attorney for Defendants*

NOTICE OF APPEARANCE
3:20-CV-05792

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Benjamin G. Bradshaw*
Benjamin G. Bradshaw

NOTICE OF APPEARANCE
3:20-CV-05792