1  STEPHEN MCINTYRE (S.B. # 274481)
   smcintyre@omm.com
2  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
3  Los Angeles, CA 90071-2899
   Telephone:   (213) 430-6000
4  Facsimile:   (213) 430-6407

5  *Attorney for Defendants.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No.  3:20-cv-05792-JD |
|---|---|
| | **NOTICE OF APPEARANCE OF STEPHEN MCINTYRE** |
| | The Honorable James Donato |

NOTICE OF APPEARANCE
3:20-CV-05792

PLEASE TAKE NOTICE that attorney Stephen McIntyre of the law firm of O'Melveny & Myers LLP, located at 400 South Hope Street, 18th Floor, Los Angeles, CA 90071-2899, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

Dated: March 23, 2021

STEPHEN MCINTYRE
O'MELVENY & MYERS LLP

By: */s/ Stephen McIntyre*
Stephen McIntyre
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Stephen McIntyre*
Stephen McIntyre

NOTICE OF APPEARANCE
3:20-CV-05792