1  CLAY MARQUEZ (S.B. # 268424)
   cmarquez@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center
3  28th Floor
   San Francisco, CA 94111-3823
4  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
5
   *Attorney for Defendants.*
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO

11

12 | IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |

**NOTICE OF APPEARANCE OF CLAY MARQUEZ**

The Honorable James Donato

NOTICE OF APPEARANCE
3:20-CV-05792

1    PLEASE TAKE NOTICE that attorney Clay Marquez of the law firm of O'Melveny &
2 Myers LLP, located at Two Embarcadero Center, 28th Floor, San Francisco, CA 94111, hereby
3 appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited,
4 Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the
5 above-captioned action, and requests that all court documents in connection with this action be
6 served upon him at the e-mail address listed above.

7    Dated: March 23, 2021                 CLAY MARQUEZ
                                           O'MELVENY & MYERS LLP
8

9
                                           By: */s/ Clay Marquez*
10                                            Clay Marquez
                                              O'MELVENY & MYERS LLP
11                                            Two Embarcadero Center
                                              28th Floor
12                                            San Francisco, CA 94111
                                              Telephone: (415) 984-8700
13
                                           *Attorney for Defendants*
14

NOTICE OF APPEARANCE                      - 2 -
3:20-CV-05792

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2021, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system which will send notification to all attorneys of record registered for electronic filing.

*/s/ Clay Marquez*
Clay Marquez

NOTICE OF APPEARANCE
3:20-CV-05792