# Exhibit A.

| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Paul J. Riehle (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980 | Christine A. Varney (*pro hac vice*)<br>cvarney@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.* |
| Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 | Brian C. Rocca (221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.* | *Counsel for Defendants Google LLC et al.* |
| Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908 | |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* | |
| [Additional counsel appear on signature page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LTD., and GOOGLE PAYMENT CORP.**<br><br>Judge: Hon. James Donato |

| | |
|---|---|
| PROPOUNDING PARTY: | EPIC GAMES, INC., ON BEHALF OF PLAINTIFFS |
| RESPONDING PARTY: | GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP. |
| SET NUMBER: | TWO |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, YOU are required to respond within thirty (30) days of service hereof to the following request for production of DOCUMENTS, in writing and under oath, and to produce the following DOCUMENTS in YOUR possession, custody or control at the offices of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, or at such other time and locations as may be mutually agreed upon by the parties. In answering this request for production of DOCUMENTS (the "**REQUEST**"), YOU should identify all DOCUMENTS within the possession, custody OR control of YOU AND/OR YOUR representatives, accountants, attorneys, employees, officers OR other persons acting OR purporting to act on YOUR behalf.

In responding to the REQUEST, YOU are required to produce all requested DOCUMENTS that are in YOUR actual OR constructive possession, custody or control, OR in the actual OR constructive possession, custody OR control of YOUR representatives, accountants, attorneys, agents, employees, officers OR other person acting OR purporting to act on YOUR behalf.

PLAINTIFFS request that such production be made in accordance with the "DEFINITIONS" and "INSTRUCTIONS" set forth in PLAINTIFFS' First Set of Requests for Production of Documents to Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd. and Google Payment Corp., which are incorporated herein, and supplemented below.

### I.  DEFINITION

"DISCOVERY MATERIALS" shall mean DOCUMENTS produced by YOU or received by YOU as part of discovery, INCLUDING all: (i) DOCUMENTS produced by YOU or received by YOU in response to any notice, request for production or subpoena duces tecum served pursuant to N.Y. C.P.L.R. § R3120, or any similar discovery mechanism; (ii) responses to interrogatories served

PLAINTIFFS' SUPPLEMENTAL REQUEST
FOR PRODUCTION OF DOCUMENTS TO GOOGLE

Case No.: 3:21-md-02981-JD

by or on YOU pursuant to N.Y. C.P.L.R. § 3132, or any similar discovery mechanism; (iii) responses to requests for admission served by or on YOU pursuant to N.Y. C.P.L.R. § 3123, or any similar discovery mechanism; and (iv) transcripts and videos of any deposition taken pursuant to a notice served pursuant to N.Y. C.P.L.R. § 3107, or any similar discovery mechanism.

## II.     DOCUMENT REQUEST

**REQUEST FOR PRODUCTION NO. 204:**

Please produce all DISCOVERY MATERIALS in the case captioned *Callsome Solutions Inc. v. Google, Inc.*, Index No. 652386/2014 (N.Y. Sup.).

Dated: March 1, 2021

Respectfully submitted,

By <u>/s/   Yonatan Even</u>

**FAEGRE DRINKER BIDDLE & REATH LLP**

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com

Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile:  (415) 591-7510

**CRAVATH, SWAINE & MOORE LLP**

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
Justin C. Clarke (pro hac vice)
jcclarke@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

**Attorneys for Plaintiff
EPIC GAMES, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, I served true and correct copies of Plaintiffs' Second Set of Requests for Production of Documents via electronic mail, pursuant to an agreement among the parties for electronic service, to the following counsel of record in this action and the related actions:

Brian C. Rocca
Sujal J. Shah
Minna L. Naranjo
Rishi P. Satia
Michelle P. Chui
**MORGAN, LEWIS & BOCKIUS LLP**
brian.rocca@morganlewis.com
sujal.shah@morganlewis.com
minna.naranjo@morganlewis.com
rishi.satia@morganlewis.com
michelle.chiu@morganlewis.com

*Counsel for Defendants Google LLC et al.*

Karma M. Giulianelli
**BARTLIT BECK LLP**
karma.giulianelli@bartlitbeck.com

Hae Sung Nam
**KAPLAN FOX & KILSHEIMER, LLP**
hnam@kaplanfox.com

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Elizabeth C. Pritzker
**PRITZKER LEVINE LLP**
ecp@pritzkerlevine.com

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman
Robert F. Lopez
Benjamin J. Siegel
**HAGENS BERMAN SOBOL SHAPIRO LLP**
steve@hbsslaw.com
robl@hbsslaw.com
bens@hbsslaw.com

Joseph M. Vanek
Eamon P. Kelly
Alberto Rodriguez
**SPERLING & SLATER PC**
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Bonny E. Sweeney
Melinda R. Coolidge
Katie R. Beran
Scott A. Martin
Irving Scher
**HAUSFELD LLP**
bsweeney@hausfeld.com
mcoolidge@hausfeld.com
kberan@hausfeld.com
smartin@hausfeld.com
ischer@hausfeld.com

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

1  I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 1,
2  2021, at Mineola, New York.

                                                    /s/ Andrew Wiktor
                                                    Andrew Wiktor