1
Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
2
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
3
Denver, Colorado 80202
Telephone: (303) 592-3100
4

5
Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
6
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
7
New York, NY 10022
Tel.: (212) 687-1980
8

9
*Co-Lead Counsel for the Proposed Class in In re
Google Play Consumer Antitrust Litigation*

10
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
11
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
12
Seattle, WA 98101
Telephone: (206) 623-7292
13

14
*Co-Lead Counsel for the Proposed Class in In re
Google Play Developer Antitrust Litigation and
15
Attorneys for Pure Sweat Basketball, Inc.*

16
Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
17
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
18
San Francisco, CA 94104
Telephone: (415) 633-1908
19

20
*Co-Lead Counsel for the Proposed Class in In re
Google Play Developer Antitrust Litigation and
21
Attorneys for Peekya App Services, Inc.*

22
[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD

Case No. 3:21-md-02981-JD

**JOINT FILING REGARDING ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**

Courtroom:  11, 19th Floor (via Zoom)
Judge:  Hon. James Donato

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to this Court's Order dated May 13, 2021 (ECF No. 39), the parties in the above-captioned MDL action ("the Parties"), by and through their undersigned counsel, submit this Joint Statement.

Subject to the Court's availability, the Parties propose that oral argument on Defendants' motion to dismiss (ECF. No. 21), be held on July 29, 2021 at 10:00 a.m.  If that date is unavailable on the Court's schedule, the Parties alternatively propose that oral argument be held on July 21, 2021 at 10:00 a.m. or July 22, 2021 at 10:00 a.m. (or whenever is convenient for the Court).

Further, Google consents to a remote hearing via Zoom for its motion to help reduce travel and help facilitate remote attendance for clients and counsel.

Dated:  May 19, 2021                CRAVATH, SWAINE & MOORE LLP
                                    Christine Varney (*pro hac vice*)
                                    Katherine B. Forrest (*pro hac vice*)
                                    Darin A. McAtee (*pro hac vice*)
                                    Gary A. Bornstein (*pro hac vice*)
                                    Timothy G. Cameron (*pro hac vice*)
                                    Yonatan Even (*pro hac vice*)
                                    Lauren A. Moskowitz (*pro hac vice*)
                                    Omid H. Nasab (*pro hac vice*)
                                    Justin C. Clarke (*pro hac vice*)
                                    M. Brent Byars (*pro hac vice*)

                                    FAEGRE DRINKER BIDDLE & REATH LLP
                                    Paul J. Riehle (SBN 115199)

                                    Respectfully submitted,

                                    By:   /s/  *Timothy G. Cameron*
                                          Timothy G. Cameron

                                          *Counsel for Plaintiff Epic Games, Inc.*

Dated:  May 19, 2021                BARTLIT BECK LLP
                                    Karma M. Giulianelli

                                    KAPLAN FOX & KILSHEIMER LLP
                                    Hae Sung Nam

                                    Respectfully submitted,

                                    By:   /s/  *Karma M. Giulianelli*
                                          Karma M. Giulianelli

                                          *Co-Lead Counsel for the Proposed Class in
                                          In re Google Play Consumer Antitrust
                                          Litigation*

Dated:  May 19, 2021

PRITZKER LEVINE LLP
  Elizabeth C. Pritzker

Respectfully submitted,

By:   /s/  *Elizabeth C. Pritzker*
        Elizabeth C. Pritzker

  *Liaison Counsel for the Proposed Class in
  In re Google Play Consumer Antitrust
  Litigation*

Dated:  May 19, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
  Steve W. Berman
  Robert F. Lopez
  Benjamin J. Siegel

SPERLING & SLATER PC
  Joseph M. Vanek
  Eamon P. Kelly
  Alberto Rodriguez

Respectfully submitted,

By:   /s/  *Steve W. Berman*
        Steve W. Berman

  *Co-Lead Interim Class Counsel for the
  Developer Class and Attorneys for Plaintiff
  Pure Sweat Basketball*

Dated:  May 19, 2021                          HAUSFELD LLP
                                                         Bonny E. Sweeney
                                                         Melinda R. Coolidge
                                                         Katie R. Beran
                                                         Scott A. Martin
                                                         Irving Scher


                                                      Respectfully submitted,

                                                      By:   /s/  *Bonny E. Sweeney*
                                                              Bonny E. Sweeney

                                                      *Co-Lead Interim Class Counsel for the*
                                                      *Developer Class and Attorneys for Plaintiff*
                                                      *Peekya App Services, Inc.*

Dated:  May 19, 2021                          MORGAN, LEWIS & BOCKIUS LLP
                                                         Brian C. Rocca
                                                         Sujal J. Shah
                                                         Minna L. Naranjo
                                                         Rishi P. Satia
                                                         Michelle Park Chiu


                                                      Respectfully submitted,

                                                      By:   /s/  *Brian C. Rocca*
                                                              Brian C. Rocca

                                                      *Counsel for Defendants Google LLC et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  May 19, 2021                    O'MELVENY & MYERS LLP
                                          Daniel M. Petrocelli
                                          Ian Simmons
                                          Benjamin G. Bradshaw
                                          E. Clay Marquez
                                          Stephen J. McIntyre


                                        Respectfully submitted,

                                        By:   /s/  *Daniel M. Petrocelli*
                                              Daniel M. Petrocelli

                                        *Counsel for Defendants Google LLC et al.*

## <u>E-FILING ATTESTATION</u>

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Brian C Rocca*
Brian C. Rocca

JOINT FILING REGARDING ORAL ARGUMENT
Case No. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD