Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Sujal J. Shah, Bar No. 215230
sujal.shah@morganlewis.com
Michelle Park Chiu, Bar No. 248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, Bar No. 259005
minna.naranjo@morganlewis.com
Rishi P. Satia, Bar No. 301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Willard K. Tom, *pro hac vice*
willard.tom@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, Bar No. 189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5106
Facsimile: (202) 383-5414

E. Clay Marquez, Bar No. 268424
emarquez@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Stephen J. McIntyre, Bar No. 274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Date: July 22, 2021<br>Time: 10:00 AM<br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

In accordance with Civil Local Rule 7-3(d)(2), Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. respectfully submit this Statement of Recent Decision to call the Court's attention to the following recent decisions (issued on the same day) that are relevant to arguments made in sections IV(A)(1-3) of Defendants' pending Rule 12(b)(6) motion to dismiss (MDL ECF No. 21; *Epic Games Inc. v. Google LLC et al*, Case 3:20-cv-05671-JD, ECF No. 91; *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD, ECF No. 71)[1], as well as sections II(A)(1-3) of Defendants' reply briefing in support of the motion to dismiss (MDL ECF No. 24, *Epic Games Inc. v. Google LLC et al*, Case 3:20-cv-05671-JD, ECF No. 117; *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD, ECF No. 95):

- *Fed. Trade Comm'n v. Facebook, Inc.*, No. CV 20-3590 (JEB), 2021 WL 2643627, at *15-22 (D.D.C. June 28, 2021) ("*FTC v. Facebook*"); and
- *New York v. Facebook, Inc.*, No. CV 20-3589 (JEB), 2021 WL 2643724 at *10-17 (D.D.C. June 28, 2021) ("*New York v. Facebook*").

Defendants have attached a true and correct copy of the *FTC v. Facebook* decision as Exhibit A and the *New York v. Facebook* decision as Exhibit B hereto.

---

[1] As set forth in the parties' joint case management statement, dated February 26, 2021 (MDL ECF No. 8), Consumer Plaintiffs are subject to the joint omnibus motion to dismiss briefing already on file with the Court.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
DEFENDANTS' STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

| | | |
|---|---|---|
| 1 | Dated: June 30, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | Brian C. Rocca |
| | | Sujal J. Shah |
| 3 | | Michelle Park Chiu |
| | | Minna L. Naranjo |
| 4 | | Rishi P. Satia |

By: */s/ Brian C. Rocca*

Brian C. Rocca

*Attorneys for Defendants*

Dated:  June 30, 2021                    O'MELVENY & MYERS LLP
                                         Daniel M. Petrocelli
                                         Ian Simmons
                                         Benjamin G. Bradshaw
                                         E. Clay Marquez
                                         Stephen J. McIntyre

By: */s/ Daniel M. Petrocelli*

Daniel M. Petrocelli

*Attorneys for Defendants*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
DEFENDANTS' STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　 */s/ Brian C. Rocca*
　　　　　　　　　　　　　　　　　　　　　　 Brian C. Rocca

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
DEFENDANTS' STATEMENT OF RECENT DECISION
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD