Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF EPIC GAMES INC.'S AND DEVELOPER PLAINTIFFS' INTENT TO AMEND COMPLAINTS**<br><br>Courtroom: 11, 19th Floor<br>Judge: Hon. James Donato |

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD

1    Ahead of the holiday weekend, in light of the scheduled July 22, 2021 argument on the

2  defendants' pending Omnibus Motion to Dismiss (Case No. 3:21-md-02981-JD, Dkt. 21), Epic

3  Games, Inc. ("Epic") and plaintiffs in *In re Google Play Developer Antitrust Litigation*

4  ("Developer Plaintiffs") write to inform the Court of their intent to amend their complaints in

5  light of document discovery obtained to date.  Epic informed all other parties in this MDL action

6  (with Epic, the "Parties") of its intent to amend its complaint based on documents uncovered in

7  discovery to date, and tendered a draft of its proposed amended complaint to Google on June 29,

8  2021.  In light of Epic's amendment, Developer Plaintiffs have also decided to amend their

9  complaint at this time, based on document discovery reviewed to date.  Developer Plaintiffs have

10  not yet prepared a draft of their proposed amended complaint.  Epic and Developer Plaintiffs

11  intend to file their proposed amended complaints—with consent of defendants or pursuant to a

12  motion—**by July 21, 2021**.

13    Plaintiffs in the *Consumer Antitrust Litigation* ("Consumer Plaintiffs") are prepared to

14  proceed with oral argument on July 22, 2021, on their operative complaint, as they believe their

15  current allegations are sufficient to overcome the pending motion to dismiss.  And while

16  discovery to date has revealed additional facts supporting their claims, Consumer Plaintiffs'

17  preferred course would be for the motion to dismiss to be heard at this juncture and to seek leave

18  to amend then, if appropriate.  If the Court prefers omnibus briefing and a single hearing on a

19  motion to dismiss, however, Consumer Plaintiffs reserve their right to seek leave to amend their

20  complaint in accordance with any guidance by the Court.

21    The Parties have begun to meet and confer regarding defendants' position with respect to

22  the proposed amendments and the schedule for any necessary briefing or the filing of responsive

23  pleadings.  The Parties will provide the Court with an update in the Joint Case Management

24  Statement due July 15, 2021.

25

26

27

28

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD

Dated:  July 2, 2021

CRAVATH, SWAINE & MOORE LLP
   Christine Varney (*pro hac vice*)
   Katherine B. Forrest (*pro hac vice*)
   Darin P. McAtee *(pro hac vice)*
   Gary A. Bornstein (*pro hac vice*)
   Timothy G. Cameron *(pro hac vice)*
   Yonatan Even (*pro hac vice*)
   Lauren A. Moskowitz (*pro hac vice*)
   Omid H. Nasab *(pro hac vice)*
   Justin C. Clarke *(pro hac vice)*
   M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
   Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   /s/  *Yonatan Even*
         Yonatan Even

         *Counsel for Plaintiff Epic Games, Inc.*

Dated:  July 2, 2021

BARTLIT BECK LLP
   Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
   Hae Sung Nam

Respectfully submitted,

By:    /s/  *Karma M. Giulianelli*
         Karma M. Giulianelli

         *Co-Lead Counsel  for the Proposed Class in
         In re Google Play Consumer Antitrust
         Litigation*

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD

1

Dated:  July 2, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRITZKER LEVINE LLP
    Elizabeth C. Pritzker

Respectfully submitted,

By:     /s/  *Elizabeth C. Pritzker*
        Elizabeth C. Pritzker

        *Liaison Counsel  for the Proposed Class in*
        *In re Google Play Consumer Antitrust*
        *Litigation*


Dated:  July 2, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Benjamin J. Siegel

SPERLING & SLATER PC
    Joseph M. Vanek
    Eamon P. Kelly
    Alberto Rodriguez


Respectfully submitted,

By:     /s/  *Steve W. Berman*
        Steve W. Berman

        *Co-Lead Interim Class Counsel for the*
        *Developer Class and Attorneys for Plaintiff*
        *Pure Sweat Basketball*

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD

Dated:  July 2, 2021                                    HAUSFELD LLP
                                                        Bonny E. Sweeney
                                                        Melinda R. Coolidge
                                                        Katie R. Beran
                                                        Scott A. Martin
                                                        Irving Scher


                                                        Respectfully submitted,

                                                        By:    /s/   *Bonny E. Sweeney*
                                                               Bonny E. Sweeney

                                                        *Co-Lead Interim Class Counsel for the*
                                                        *Developer Class and Attorneys for Plaintiff*
                                                        *Peekya App Services, Inc.*

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD

**E-FILING ATTESTATION**

I, Yonatan Even, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/  Yonatan Even*

NOTICE OF INTENT TO AMEND COMPLAINT
Case No. 3:21-md-02981-JD