1   Stephen Geary (SBN 172875)
    Assistant Attorney General
2   UTAH OFFICE OF THE ATTORNEY GENERAL
    160 East 300 South, Sixth Floor
3   Salt Lake City, Utah 84114
    Telephone: (801) 366-0100
4   E-Mail: swgeary@agutah.gov

5   David N. Sonnenreich (USB No. 4917)
    dsonnenreich@agutah.gov
6   Brian Christensen (USB No. 12059)
    bchristensen1@agutah.gov
7   Scott R. Ryther (USB No. 5540)
    sryther@agutah.gov
8   UTAH OFFICE OF THE ATTORNEY GENERAL
    160 East 300 South, Fifth Floor
9   P.O. Box 140874
    Salt Lake City, UT 84114
10  Telephone: (801) 366-0375
    (Applications for *Pro Hac Vice* Pending)
11
    Attorneys for Plaintiff State of Utah
12

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15                **SAN FRANCISCO DIVISION**

16

17  **IN RE GOOGLE PLAY STORE**              )
    **ANTITRUST LITIGATION**                 )
                                             )   Case No. 3:21-md-02981-JD
18  THIS DOCUMENT RELATES TO:                )
                                             )
19  *State of Utah, et. al., v. Google LLC, et. al.,*  )  ~~[PROPOSED]~~
    Case No. 3:21-cv-                        )   **ORDER DETERMINING**
20                                           )   **CASES TO BE RELATED**
    *Epic Games Inc. v. Google LLC et. al.,*  )
21  Case No. 3:20-cv-05671-JD                )
                                             )
22  *In re Google Play Consumer Antitrust*   )   Judge James Donato
    *Litigation,* Case No. 3:20-cv-05761-JD  )
23                                           )
    *In re Google Play Developer Antitrust*  )
24  *Litigation,* Case No. 3:20-cv-05792-JD  )
                                             )
25

26

27          The Court, having considered the "Administrative Motion to Determine Whether Case

28  is Related," filed by Plaintiffs the State of Utah and its co-plaintiff States, Commonwealths, and

    Districts (collectively the "Plaintiff States"), and having considered the Stipulation of all parties to

                                    Order Determining Cases To Be Related
                                              3:21-md-2981-JD

1  the apparently related cases consolidated into MDL Case No. 2981, and good cause appearing

2  therefor, hereby ORDERS as follows:

3      1.   The recently filed case entitled *State of Utah, et. al. v. Google LLC, et. al.,* Case

4  No. 3:21-cv-5227-JSC is related to each of the cases currently pending in this Court and

5  consolidated for pretrial purposes into *In Re Google Play Store Antitrust Litigation,* 3:21-md-

6  2981;

7      2.   *State of Utah, et. al. v. Google LLC, et. al.,* Case No. 3:21-cv-5227, in order to

8  avoid duplication of labor and expense and the potential for conflicting results, shall be assigned

9  to the Honorable Judge James Donato and shall be consolidated for pretrial purposes with the

10 cases in *In Re Google Play Store Antitrust Litigation,* 3:21-md-2981-JD, listed below, consistent

11 with the Transfer Order in MDL No. 2981 dated February 5, 2021 (Dkt. 1):

12 *Epic Games Inc. v. Google LLC et. al.*, Case No. 3:20-cv-05671-JD;

13 *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD; and

14 *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD.

15

16 Dated:  July  20 , 2021                          BY THE COURT:

17

18                                               UNITED STATES DISTRICT JUDGE

19                                               IT IS SO ORDERED

20                                               Judge James Donato

21

22

23

24

25

26

27

28

2.                Order Determining Cases To Be Related
                                 3:21-md-2981