Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Bonny E. Sweeney (SBN 176174)
Kyle Geoffrey Bates (SBN 299114)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
bsweeney@hausfeld.com
kbates@hausfeld.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>DEVELOPER PLAINTIFFS' ADMINISTRIAVE MOTION TO PARTIALLY FILE UNDER SEAL FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT<br><br>Hon. James Donato |
| *Related Actions:*<br>*Epic Games, Inc. v. Google LLC,*<br>No. 3:20-cv-5671-JD<br>*In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-5761-JD | |

010803-11 1575638v1

1   Developer Plaintiffs bring this administrative motion pursuant to Civil Local Rules 7-11 and
2   79-5, to partially file under seal the First Amended Consolidated Class Action Complaint for
3   Violation of the Sherman and Clayton Acts (15 U.S.C. §§ 1, 2, 3, 15, 26), Cartwright Act (Cal. Bus.
4   & Prof. Code §§ 16700 et seq.) and Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 et
5   seq.) ("Amended Complaint").

6   Civil Local Rule 79-5 provides that documents, or portions thereof, may be sealed if a party
7   "establishes that the documents, or portions thereof, are privileged, protectable as a trade secret or
8   otherwise entitled to protection under the law." Civ. L.R. 79-5(b). Under this standard, a party
9   seeking to seal a document generally must overcome the "strong presumption in favor of access" that
10  applies to court documents other than those that are traditionally kept secret. *Kamakana v. City &*
11  *Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citations omitted). However, the "public has
12  less of a need for access to court records attached only to non-dispositive motions because those
13  documents are often 'unrelated, or only tangentially related to the underlying cause of action.'" *Id.* at
14  1179 (citations omitted). Instead, a "'good cause' showing under Rule 26(c) [of the Federal Rules of
15  Civil Procedure] will suffice to keep sealed records attached to non-dispositive motions." *Id.* at 1180;
16  *In re NCAA Student-Athlete Name & Likeness Licensing Litig.*, 2013 WL 3014144, at *1 (N.D. Cal.
17  Jun. 17, 2013). A party seeking to seal such material must make a "particularized showing of good
18  cause with respect to any individual document." *San Jose Mercury News, Inc. v. U.S. Dist. Court, N.*
19  *Dist. (San Jose)*, 187 F.3d 1096, 1103 (9th Cir. 1999). Sealing requests must also be "narrowly
20  tailor[ed]." Civ. L.R. 79-5(b).

21  Subsection (e) of Local Rule 79-5 sets forth procedures that apply when a party seeks to file
22  information designated as confidential by an opposing party. This Administrative Motion is based on
23  Defendants' Google LLC, *et al*. ("Google") designation of information referenced in the Amended
24  Complaint identified above as "Confidential" or "Highly Confidential – Attorneys' Eyes Only"
25  under the Stipulated Protective Order ("Protective Order") in place in this action.[1]

26  Developer Plaintiffs do not at this time take any position on whether the relevant Google

---

[1] Stipulated Protective Order, December 10, 2020, ECF Nos. 76-1, 78 in Case No. 3:20-cv-05792-JD.

DEVELOPER PLS.' ADMIN MOT. TO FILE UNDER SEAL                                   - 1 -
Case No.: 3:20-cv-05792-JD
010803-11 1575638v1

1  information meets the standard for sealing. Pursuant to subsection (e)(1) of Local Rule 79-5, Google

2  has four days to file a declaration identifying the designated material they contend is "sealable" (as

3  defined in Local Rule 79-5(b)).

4

5  DATED: July 21, 2021                     Respectfully submitted,

6                                            **HAGENS BERMAN SOBOL SHAPIRO LLP**

7                                            By      /s/ Steve W. Berman
                                             Steve W. Berman (*pro hac vice*)
8                                            Robert F. Lopez (*pro hac vice*)
                                             1301 Second Avenue, Suite 2000
9                                            Seattle, WA 98101
10                                           Telephone: (206) 623-7292
                                             Facsimile: (206) 623-0594
11                                           steve@hbsslaw.com
                                             robl@hbsslaw.com
12

13                                           Benjamin J. Siegel (SBN 256260)
                                             **HAGENS BERMAN SOBOL SHAPIRO LLP**
14                                           715 Hearst Avenue, Suite 202
                                             Berkeley, CA 94710
15                                           Telephone: (510) 725-3000
                                             Facsimile: (510) 725-3001
16                                           bens@hbsslaw.com

17
                                             By      /s/ Eamon P. Kelly
18                                           Eamon P. Kelly (*pro hac vice*)
                                             Joseph M. Vanek (*pro hac vice*)
19                                           Alberto Rodriguez (*pro hac vice*)
                                             **SPERLING & SLATER, P.C.**
20                                           55 W. Monroe Street, 32nd Floor
21                                           Chicago, IL 60603
                                             Telephone: (312) 676-5845
22                                           Facsimile: (312) 641-6492
                                             jvanek@sperling-law.com
23                                           ekelly@sperling-law.com
                                             arodriguez@sperling-law.com
24

25                                           *s/ Bonny E. Sweeney*
                                             Bonny E. Sweeney (SBN 176174)
26                                           Kyle Geoffrey Bates (SBN 299114)

27

28

DEVELOPER PLS.' ADMIN MOT. TO FILE UNDER SEAL                                    - 2 -
Case No.: 3:20-cv-05792-JD
010803-11 1575638v1

**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908 (main)
Telephone: (415) 633-1953 (direct)
Facsimile: (415) 358-4980
bsweeney@hausfeld.com
kbates@hausfeld.com

Melinda R. Coolidge (*pro hac vice*)
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200 (main)
Telephone: (202) 540-7144 (direct)
Facsimile: (202) 540-7201
mcoolidge@hausfeld.com

Katie R. Beran (*pro hac vice*)
Yelena W. Dewald (*pro hac vice*)
Daniel Kees (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270 (main)
Telephone: (267) 702-3215 (direct)
Facsimile: (215) 985-3271
kberan@hausfeld.com
ydewald@hausfeld.com
dkees@hausfeld.com

Scott A. Martin (*pro hac vice*)
Irving Scher (*pro hac vice*)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100 (main)
Telephone: (646) 357-1195 (direct)
Facsimile: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

Raymond Witt (*pro hac vice*)
**THE LEWIS FIRM PLLC**
1300 I Street NW, Suite 400E
Washington, DC 20005
Tel.: (202) 355-8895
Fax: (888) 430-6695

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

rwitt@lewis-firm.com

*Interim Co-Lead Class Counsel*