UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>[PROPOSED] ORDER DENYING DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO PARTIALLY FILE UNDER SEAL FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT<br><br>Hon. James Donato |
| *Related Actions:*<br>*Epic Games, Inc. v. Google LLC,*<br>No. 3:20-cv-5671-JD<br>*In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-5761-JD | |

010803-11/1575637 V1

1      This matter comes before the Court on Developer Plaintiffs' administrative motion to
2  partially seal the First Amended Consolidated Class Action Complaint for Violation of the Sherman
3  and Clayton Acts (15 U.S.C. §§ 1, 2, 3, 15, 26), Cartwright Act (Cal. Bus. & Prof. Code §§ 16700 et
4  seq.) and Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 et seq.).
5      Upon consideration of the administrative motion to seal, the papers submitted in support and
6  in response thereto, and good cause appearing, the motion is DENIED.

8      IT IS SO ORDERED.
9  DATED: _____

                HONORABLE JAMES DONATO
                UNITED STATES DISTRICT COURT JUDGE