UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games, Inc. v. Google LLC*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME**<br><br>Judge James Donato |

Case Nos. 3:21-md-02981-JD;
3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD

[PROPOSED] ORDER GRANTING EXTENSION OF TIME

      The Court, having considered the "Joint Statement Re: Case Schedule and Joint Request for Extension of Time", filed by the parties in the above-captioned MDL action (the "Parties"), hereby ORDERS that the request is GRANTED, and that the Parties are directed to jointly file by August 27, 2021, a new proposed case schedule.

      IT IS SO ORDERED.

Dated: _____, 2021

                                          Honorable James Donato
                                          United States District Judge
                                          Northern District of California

1

Case Nos. 3:21-md-02981-JD;
3:20-cv-05671-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD

[PROPOSED] ORDER GRANTING EXTENSION OF TIME