Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Google LLC, et al.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah, et al. v. Google LLC, et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)**<br><br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

WHEREAS on July 21, 2021, the Developer Plaintiffs filed an administrative motion to seal in connection with certain material included in their First Amended Consolidated Class Action Complaint. Case No. 3:21-md-02981-JD, Dkt. 62;

WHEREAS on July 21, 2021, the Consumer Plaintiffs filed an administrative motion to seal in connection with certain material included in their Consolidated First Amended Class Action Complaint. Case No. 3:21-md-02981-JD, Dkt. 63;

WHEREAS on July 29, 2021, the States (collectively with the Developer Plaintiffs and the Consumer Plaintiffs, "Plaintiffs") filed an administrative motion to seal in connection with certain material included in their Complaint. Case No. 3:21-cv-05227-JD, Dkt. 93;

WHEREAS on August 5, 2021, Defendants Google LLC, Google Ireland Limited, Google Commerce Ltd., Google Asia Pacific Pte. Ltd., and Google Payment Corp. (collectively, "Google") submitted a response and declaration in support of its request to seal certain of the materials contained in the above-referenced administrative motions. Case No. 21-md-02981-JD, Dkt. 74;

WHEREAS on August 18, 2021, the Court denied these administrative motions to seal and ordered Plaintiffs to "file unredacted versions of their complaints on ECF within 7 days of this order." Case No. 21-md-02981-JD, Dkt. 79;

WHEREAS Google has filed an Emergency Motion to Stay the Court's August 18, 2021 Order (the "Motion to Stay") to afford Google an opportunity to seek relief in connection with the Court's August 18, 2021 Order; and

WHEREAS Google requested, and counsel for Plaintiffs consented, that the time for briefing and hearing (if any) on Google's Motion to Stay should be shortened in accordance with N.D. Cal. Civil Local Rules 6-1(b) and 6-2(a);

THEREFORE, pursuant to N.D. Cal. Civil Local Rule 6-2(a), the Parties hereby STIPULATE and AGREE that Google's Motion to Stay shall be briefed and heard in accordance with the following schedule:

1

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

- **August 20, 2021 by 1:00 p.m. Pacific time**: Google files its Motion to Stay.
- **August 23, 2021**: Plaintiffs submit responses, if any, to Google's Motion to Stay.
- **August 24, 2021**: Google submits a reply, if any, to Plaintiffs' responses.
- **August 25, 2021 or as soon thereafter as practicable**: The Court hears argument on the Motion to Stay, if the Court deems it necessary.

The declaration required by N.D. Cal. Civil Local Rule 6-2(a) is filed herewith.  *See* Declaration of Brian C. Rocca in Support of the Stipulation and Proposed Order Shortening Time Per Local Rule 6-2(a).

2

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

Dated:  August 20, 2021

Respectfully submitted,

**O'MELVENY & MYERS LLP**
  Daniel M. Petrocelli
  Ian Simmons
  Benjamin G. Bradshaw
  Stephen J. McIntyre

**MORGAN, LEWIS & BOCKIUS LLP**
  Brian C. Rocca
  Sujal J. Shah
  Richard S. Taffet
  Minna L. Naranjo
  Rishi P. Satia
  Michelle Park Chiu


By:   */s/ Brian C. Rocca*
           Brian C. Rocca

*Attorneys for Defendants Google LLC, et al.*


**BARTLIT BECK LLP**
  Karma M. Giulianelli

**KAPLAN FOX & KILSHEIMER LLP**
  Hae Sung Nam


By:   */s/ Karma M. Giulianelli*
           Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

**PRITZKER LEVINE LLP**
  Elizabeth C. Pritzker


By:   */s/ Elizabeth C. Pritzker*
           Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re*

3

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

*Google Play Consumer Antitrust Litigation*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
   Steve W. Berman
   Robert F. Lopez
   Benjamin J. Siegel

**SPERLING & SLATER PC**
   Joseph M. Vanek
   Eamon P. Kelly
   Alberto Rodriguez


By:    */s/ Steve W. Berman*
          Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*


**HAUSFELD LLP**
   Bonny E. Sweeney
   Melinda R. Coolidge
   Katie R. Beran
   Scott A. Martin
   Irving Scher


By:    */s/ Bonny E. Sweeney*
          Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*


**OFFICE OF THE UTAH ATTORNEY GENERAL**
   David N. Sonnenreich


By:    */s/ David N. Sonnenreich*
          David N. Sonnenreich

*Counsel for Utah*

4

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

**E-FILING ATTESTATION**

I, Brian C. Rocca, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Brian C. Rocca
Brian C. Rocca

5

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____    _____
                                   The Honorable James Donato
                                   United States District Judge

6

Case Nos. 3:21-md-02981-JD; 3:20-cv-05761-JD;
3:20-cv-05792-JD; 3:21-cv-05227-JD
STIPULATION AND [PROPOSED] ORDER SHORTENING TIME PER LOCAL RULE 6-2(a)