Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
*Attorneys for Defendants Google LLC, et al.*

Daniel M. Petrocelli, S.B. #97802
dpetrocelli@omm.com
Stephen J. McIntyre, S.B. #274481
smcintyre@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin G. Bradshaw, S.B. #189925
bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*Utah v. Google LLC*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**DECLARATION OF CHRISTIAN CRAMER IN SUPPORT OF DEFENDANTS' RENEWED APPLICATION TO SEAL**<br><br>Judge James Donato |

I, Christian Cramer, declare as follows:

1. I am currently a Finance Director for Defendant Google, LLC (along with Google-affiliated entities, "Google"). I have been employed by Google since September 2007 and have held my current position since March 2017. Over the course of my employment at Google, I have acquired personal knowledge of Google's practices and procedures concerning the maintenance of the confidentiality of its strategic, business, and marketing information.

2. I submit this declaration in support of Google's Renewed Application to Seal (*In re Google Play Store Antitrust Litigation*, Case No. 3:21-md-02981-JD, ECF Nos. 62, 63, 65; *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD, ECF No. 185; *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD, ECF No. 128; *Utah v. Google LLC*, Case No. 3:21-cv-05227-JD, ECF No. 93). The sealed material reveals confidential information produced by Google pursuant to discovery requests or to civil investigative demands compelling production of the materials in which the confidential information appears.

3. The contents of this declaration are true and correct to the best of my knowledge, information, and belief, and are based on my personal knowledge of Google's policies and practices as they relate to the treatment of confidential information, the materials that were provided to me and reviewed by me, and/or conversations with other knowledgeable employees of Google. If called upon as a witness in this action, I could and would testify competently thereto.

4. Google follows a strict practice that requires confidential treatment of all internal non-public financial information; confidential commercial proposals to third parties and confidential agreements with third parties; internal business analyses of consumer spending and revenue, market conditions, and opportunities; and internal, future strategic business plans. Third parties in an array of contexts, entrust confidential information to Google and they have an expectation that Google has sufficient controls and processes in place to maintain and protect the confidentiality of that information. In my experience and to the best of my knowledge, Google does not disclose internal documents or confidential agreements or proposals of this nature outside of the company.

Case Nos. 3:21-md-02981-JD;
3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD

5.      Among other things, the disclosure of these materials could reveal highly sensitive non-public financial information, significantly harm Google's relationships and ability to conduct business with counterparties and prospective counterparties, and/or place Google at a disadvantage with competitors who could use Google's confidential analyses to their advantage in competition with Google.  These materials therefore have economic value from not being generally known to Google's competitors, counterparties, or the general public.

6.      To the best of my knowledge, the following information in the complaints that are the subject of Google's Renewed Application to Seal is highly sensitive and confidential, and derives from confidential materials Google produced in response to document requests or to civil investigative demands.  As described in detail below, Google has both good cause and compelling reasons to seal this confidential information to, among other things, avoid competitive harm to both Google and third parties, avoid potentially misleading investors, and prevent competitors and potential business partners from using the information against Google in future negotiations.

**Specific Information in Complaints to Be Sealed**

**State Attorney Generals' Complaint**

**(Exhibit A)**

Confidential Non-Public Financial Information

7.      Exhibit A contains material, non-public, commercially sensitive financial information that may not be (and need not be) consistent with generally accepted accounting principles and/or Google's public financial filings.  Therefore, revealing this information publicly can be misleading for investors and other parties, and lead to inappropriate inference with the performance of this and other parts of Google's business.  Specifically:

8.      **Paragraph 183, page 59, line 18 (between "made up" and "of overall" on line 19), and line 19 (beginning after "totaled some") to the end of the paragraph.**  This information contains non-public financial revenue data and information regarding the ratio of revenue between two of Google's lines of business.  Google does not publicly break out its revenues by business line as is revealed in this statement, as such disclosures would reveal important and confidential information to competitors and counterparties regarding Google's

1  business efforts and priorities.  This information has never been disclosed publicly, and disclosure

2  would severely and adversely impact Google's ability to negotiate agreements in the future.  If

3  revealed to competitors and potential business counterparties, they could use this non-public and

4  confidential information to disadvantage Google in marketing and in negotiations.  For example,

5  if a potential counterparty were to have visibility into the strength, or weakness, of the particular

6  business line in which it was involved, it could use that information as leverage in negotiations

7  with Google and with Google's competitors, such as to seek to have Google or a competitor offer

8  better terms.  In addition, material, non-public, sensitive financial information may not be (and

9  need not be) consistent with generally accepted accounting principles or Google's public financial

10  filings.  Therefore, revealing this revenue and revenue ratio data publicly can be misleading for

11  investors and other parties and lead to inappropriate inferences to the performance of this and

12  other parts of Google's business.

13       9.    **Paragraph 186, page 60, line 14 (between "collected" and "in overall"), line 14**

14  **(between "booked" and "in 'Gross Profit'"), line 15 (between "and" and "in 'Operating**

15  **Income'"), and line 15 (between "over" and "that combines").**  This information contains

16  non-public information regarding revenue and profit margins for Google Play.  Google does not

17  publicly break out its revenues or profits for Google Play as it is revealed in this statement, as

18  such disclosures would reveal important and confidential information to competitors and

19  counterparties regarding Google Play.  This information has never been disclosed publicly, and

20  disclosure would severely and adversely impact Google's ability to negotiate agreements in the

21  future.  If revealed to competitors and potential business counterparties, they could use this non-

22  public and confidential information to disadvantage Google in marketing and in negotiations.  For

23  example, if a potential counterparty were to have visibility into the strength, or weakness, of

24  Google Play, it could use that information as leverage in negotiations with Google and with

25  Google's competitors.  In addition, material, non-public, sensitive financial information may not

26  be (and need not be) consistent with generally accepted accounting principles or Google's public

27  financial filings.  Therefore, revealing this revenue and profit data publicly can be misleading for

28  investors and other parties and lead to inappropriate inferences to the performance of this and

other parts of Google's business.

Confidential Deal Terms and Offers to Third Parties

10.     **Paragraph 111, page 39, line 1 (beginning after "stated that") to the end of the sentence on line 2 (ending before "One key"), line 3 (beginning after "was") to the end of the sentence on line 3 (ending before "In response"), and line 4 (beginning after "among other things, to" to the end of the sentence on line 5, excluding "(emphasis in original)."** This information contains non-public information regarding confidential business strategies with respect to potential contractual counterparties and, in particular, specific proposed terms of a contract with business counterparties. This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations. For example, if disclosed, a competitor of the counterparty would become aware of its competitor's offer, and it would likely use this as leverage in business negotiations, to the detriment of both Google and its business counterparty. Further, if disclosed, a competitor of Google would know the terms that it would need to meet or beat in negotiations with Google's counterparties. Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

11.     **Paragraph 129, page 43, line 20 (after "approximately") to the end of the sentence on line 21.** This information contains non-public information regarding confidential business strategies with respect to potential contractual counterparties and, in particular, a framework for a specific term in contracts with business counterparties. This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations. For example, if disclosed, a competitor of Google would know the terms that it would need to meet or beat in negotiations with Google's counterparties. Further, business counterparties could use knowledge of this specific framework

for terms to negotiate different terms to Google's detriment.

12.     **Paragraph 132, page 44, line 22 (between "primarily" and "as a solution").**  This information contains non-public information revealing the counterparty to confidential contractual arrangements with Google.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, if disclosed, a competitor of the counterparty would become aware of information regarding the counterparty, and it could use this as leverage in business negotiations with Google, the counterparty, or both, to the detriment of both Google and its business counterparty.  The information also potentially implicates a third party's confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

13.     **Paragraph 136, page 46, line 16 (beginning after "would") to line 17 (ending before "At"), line 24 (beginning after "using a") to line 25 (ending before "(Google offered"), and line 25 (beginning after "Samsung would") to the end of the paragraph on line 26.**  This information contains non-public information regarding a confidential business strategy and terms offered during negotiations with Samsung.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use these non-public and confidential terms offered to Samsung to disadvantage Google in marketing and in negotiations.  For example, if disclosed, Samsung's competitors would become aware of the terms of its competitor's offer, and it could use this as leverage in business negotiations, to the detriment of both Google and/or Samsung.  Further, if disclosed, a competitor of Google would know the terms that it would need to meet or beat in negotiations with Samsung.  The information also implicates Samsung's confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms and confidential negotiations.

14.     **Paragraph 136, page 46, line 12 (between "up to" and "in return").**  This information contains non-public information regarding a confidential business strategy and terms

offered during negotiations with Samsung.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use these non-public and confidential terms to disadvantage Google in marketing and in negotiations.  For example, if disclosed, a Samsung's competitors would become aware of the offer to Samsung, and it could use this as leverage in business negotiations, to the detriment of both Google and/or Samsung.  Further, if disclosed, a competitor of Google would know the terms that it would need to meet or beat in negotiations with Google's counterparties.  The information also implicates Samsung's confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms and negotiations.

15.     **Paragraph 137, page 47, line 15 (between "proposed the" and "were too low").**  This information contains non-public information regarding financial terms offered during negotiations with Samsung. This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in negotiations.  For example, if disclosed, Samsung's competitors would become aware of information regarding the counterparty, and it could use this as leverage in business negotiations with Google to the detriment of Google and/or Samsung.  Further, the information implicates Samsung's confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

16.     **Paragraph 139, page 48, line 7 (beginning after "According to Google, the") to line 9 at the end of the sentence.**  This information contains non-public information regarding terms offered during negotiations with Samsung.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in negotiations.  For example, if disclosed, Samsung's competitors would become aware of

1  information regarding Samsung, and it could use this as leverage in business negotiations with

2  Google to the detriment of Google and/or Samsung.  Further, the information implicates

3  Samsung's confidentiality interests.  Moreover, counterparties have a reasonable expectation that

4  Google will maintain the confidentiality of contractual terms.

5        17.    **Paragraph 140, page 48, line 10 (beginning at the start of the paragraph and**

6  **ending before "was the offer"), line 11 (starting after "revenues for") to line 12 at the end of**

7  **the sentence (ending before "That proposal").**  This information contains non-public

8  information regarding a confidential business strategy and terms offered during negotiations with

9  Samsung.  This information has never been disclosed publicly, and disclosure would severely and

10  adversely impact Google's ability to negotiate agreements in the future.  If revealed to

11  competitors and potential business counterparties, they could use these non-public and

12  confidential terms to disadvantage Google in marketing and in negotiations.  For example, if

13  disclosed, a Samsung's competitors would become aware of the offer to Samsung, and it could

14  use this as leverage in business negotiations, to the detriment of both Google and/or

15  Samsung.  Further, if disclosed, a competitor of Google would know the terms that it would need

16  to meet or beat in negotiations with Google's counterparties.  The information also implicates

17  Samsung's confidentiality interests.  Moreover, counterparties have a reasonable expectation that

18  Google will maintain the confidentiality of contractual terms.

19        18.    **Paragraph 141, page 48, line 15 (beginning at the start of the paragraph and**

20  **ending at "also included"), line 15 (beginning after "to provide a" and ending at "to**

21  **Samsung"), line 16 (beginning after "use to") to line 17 (ending at "would include"), line 17**

22  **(beginning after "the following") to the end of the sentence on line 19 (ending before "Any**

23  **app").**  This information contains non-public information regarding a confidential business

24  strategy and terms offered during negotiations with Samsung.  This information has never been

25  disclosed publicly, and disclosure would severely and adversely impact Google's ability to

26  negotiate agreements in the future.  If revealed to competitors and potential business

27  counterparties, they could use this non-public and confidential information to disadvantage

28  Google in marketing and in negotiations.  For example, if disclosed, Samsung's competitors

would become aware of the offer to Samsung, and it could use this as leverage in business negotiations, to the detriment of both Google and/or Samsung.  Further, if disclosed, a competitor of Google would know the terms that it would need to meet or beat in negotiations with Google's counterparties.  The information also implicates Samsung's confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

19.     **Paragraph 148, page 51, figure 5 (names of contractual counterparties).**  This information contains non-public information revealing the counterparties to confidential contractual negotiations with Google.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future. If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, if disclosed, a competitor of the counterparties would become aware of information regarding those counterparties, and it could use this as leverage in business negotiations with Google to the detriment of both Google and its business counterparties.  The information also potentially implicates third parties' confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

20.     **Paragraph 149, page 51, line 20 (between "developer" and "from following").**  This information contains non-public information regarding an agreement between Google and a third party.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors or potential business counterparties of that third party, they could take advantage of this knowledge in negotiations to the detriment of both Google and the third party.  For example, they could use this non-public and confidential information to disadvantage Google by using the information to disadvantage the third-party by negotiating the same or more favorable terms with Google.  Further, the information implicates the third party's confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

Confidential Internal Analyses That Could Cause Google Economic Harm

21.     **Paragraph 192, page 61, line 14 (between "suggested that a" and "commission").** This information contains non-public information regarding confidential business strategies with respect to pricing.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in contract negotiations.  For example, a potential counterparty could point to the information to demand different contractual terms based on the non-public internal pricing discussions.

**Developers' First Amended Consolidated Class Action Complaint**

**(Exhibit B)**

Confidential Non-Public Financial Information

22.     Exhibit B contains material, non-public, sensitive financial information that may not be (and need not be) consistent with generally accepted accounting principles and/or Google's public financial filings.  Therefore, revealing this information publicly can be misleading for investors and other parties and lead to inappropriate inferences to the performance of this and other parts of Google's business  Specifically:

23.     **Paragraph 86, page 29, line 4 (between "Samsung made" and "in revenue"), line 5 (between "Google had made" and "in sales"), and line 6 (between "Store had a" and "share of").**  This information contains non-public information regarding Play revenue data as well as Google's estimate of revenue for the Samsung Galaxy Store.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information regarding Play's revenue to disadvantage Google in marketing and in negotiations.  For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Google in negotiations by pointing to Play revenue data.  In addition, material, non-public, sensitive financial information may not be (and need not be) consistent with generally accepted

1   accounting principles or Google's public financial filings.  Therefore, revealing this Play revenue

2   data publicly can be misleading for investors and other parties and lead to inappropriate

3   inferences to the performance of this and other parts of Google's business. This also potentially

4   implicates a third party's confidential information to the extent someone viewing Google's

5   estimate regarding Samsung's Galaxy Store could use that information in business dealings with

6   Samsung.

7        24.     **Paragraph 170, page 60, line 15 (from beginning of line to before "and**

8   **today") and line 16 (between "at just" and "On another occasion").**  This information

9   contains non-public information regarding Play costs.  This information has never been disclosed

10   publicly, and disclosure would severely and adversely impact Google's ability to negotiate

11   agreements in the future.  If revealed to competitors and potential business counterparties, they

12   could use this non-public and confidential information to disadvantage Google in marketing and

13   in negotiations.  For example, a potential counterparty armed with this non-public information

14   could use it to obtain leverage against Google in negotiations by pointing to this Play cost

15   information.  In addition, material, non-public, sensitive financial information may not be (and

16   need not be) consistent with generally accepted accounting principles or Google's public financial

17   filings.  Therefore, revealing this Play cost data publicly can be misleading for investors and other

18   parties and lead to inappropriate inferences to the performance of this and other parts of Google's

19   business.

20        25.     **Paragraph 176, page 61, line 23 (between "scale at" and "people in"), line 24**

21   **(between "larger at" and "Revenue per head"), and line 25 (between "gone from" and "--**

22   **but the way").**  This information contains non-public information regarding revenues and

23   headcount for Google Play.  Google does not publicly break out its revenues or headcount by

24   business line as it is revealed in this statement, as such disclosures would reveal important and

25   confidential information to competitors and counterparties regarding Google's business efforts

26   and priorities.  This information has never been disclosed publicly, and disclosure would severely

27   and adversely impact Google's ability to negotiate agreements in the future.  If revealed to

28   competitors and potential business counterparties, they could use this non-public and confidential

information to disadvantage Google in marketing and in negotiations.  For example, if a potential counterparty were to have visibility into the strength, or weakness, of Google Play, it could use that information as leverage in negotiations with Google and with Google's competitors.  In addition, material, non-public, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Google's public financial filings.  Therefore, revealing this revenue and headcount data publicly can be misleading for investors and other parties and lead to inappropriate inferences to the performance of this and other parts of Google's business.

26.     **Paragraph 180, page 62, footnote 122, line 26, beginning after "figures are" and ending before "as noted," and line 26.5 after "processing costs at" to the end of the sentence.** This information contains non-public information regarding Play costs. This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, a potential counterparty armed with this non-public information could use it to obtain leverage against Google in negotiations by pointing to the Play cost information.  In addition, material, non-public, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Google's public financial filings.  Therefore, revealing this Play cost data publicly can be misleading for investors and other parties and lead to inappropriate inferences to the performance of this and other parts of Google's business.

27.     **Paragraph 197, page 67, line 24 (beginning after "noted above") to the end of the sentence on line 26 (ending before "These companies").**  This information contains non-public information regarding Play costs.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, a potential counterparty armed with this non-public information could use it to obtain

leverage against Google in negotiations by pointing to the Play cost information.  In addition, material, non-public, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Google's public financial filings.  Therefore, revealing this Play cost data publicly can be misleading for investors and other parties and lead to inappropriate inferences to the performance of this and other parts of Google's business.

Confidential Deal Terms and Offers to Third Parties

28.     **Page 26, footnote 63, line 23 (between "between" and "and"), line 23.5 (after "Google") to line 24 (before "Google"), line 24 (after "will pay") to line 24.5 (before "to"), line 25.5 (between "from the" and "that").**  This information contains non-public information regarding a confidential agreement with a counterparty.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google and/or the counterparty in negotiations.  For example, if disclosed, a competitor of the counterparty would become aware of information regarding the counterparty's agreement, and it could use this as leverage in business negotiations with Google to the detriment of both Google and/or its business counterparty.  The information also potentially implicates a third party's confidentiality interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

29.     **Paragraph 77, page 26, line 11 (beginning after "approximately" and ending before "The numbers").**  This information contains non-public information regarding confidential business strategies and the framework and cost of terms in confidential agreements with counterparties.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, if disclosed, Google's competitors and potential counterparties would become aware of information regarding Google's framework for negotiating confidential deals, and it could use

12

1    this as leverage in business negotiations with Google to the detriment of both Google and/or its

2    other business counterparty.

3        30.    **Paragraph 93, page 31, line 16 (between "Samsung" and "including").**  This

4    information contains non-public financial information regarding confidential agreements with

5    Samsung.  This information has never been disclosed publicly, and disclosure would severely and

6    adversely impact Google's ability to negotiate agreements in the future.  If revealed to

7    competitors and potential business counterparties, they could use this non-public and confidential

8    information to disadvantage Google in negotiations.  For example, if disclosed, a Samsung's

9    competitors would become aware of information regarding Samsung, and it could use this as

10   leverage in business negotiations with Google to demand similar or more favorable terms, to the

11   detriment of both Google and/or Samsung.  The information also potentially implicates

12   Samsung's confidentiality interests.  Moreover, counterparties have a reasonable expectation that

13   Google will maintain the confidentiality of contractual terms.

14                    Confidential Internal Analyses That Could Cause Google Economic Harm

15       31.    **Paragraph 174, page 61, line 14 (between "set at" and "But for").**  This

16   information contains non-public information regarding pricing.  This information has never been

17   disclosed publicly, and disclosure would severely and adversely impact Google's ability to

18   negotiate agreements in the future.  If revealed to competitors and potential business

19   counterparties, they could use this non-public and confidential information to disadvantage

20   Google in marketing and in negotiations.  For example, a potential counterparty armed with this

21   non-public information could use it to obtain leverage against Google for more favorable pricing

22   in negotiations by pointing to the internal pricing information.

23               **Consumers' First Amended Consolidated Class Action Complaint**

24                                  **(Exhibit C)**

25                    Confidential Non-Public Financial Information

26       32.    Exhibit C contains material, non-public, commercially sensitive financial

27   information that may not be (and need not be) consistent with generally accepted accounting

28   principles and/or Google's public financial filings.  Therefore, revealing this information publicly

1    can be misleading for investors and other parties and lead to inappropriate inferences to the

2    performance of this and other parts of Google's business.  Specifically:

3         33.    **Paragraph 82, page 19, line 4 (between "revenues of" and "accounting") and**

4    **line 4 (between "for over" and "percent").**  This information contains non-public information

5    regarding revenue for Google Play.  Google does not publicly break out its revenues by business

6    line as it is revealed in this statement, as such disclosures would reveal important and confidential

7    information to competitors and counterparties regarding Google's business efforts and

8    priorities.  This information has never been disclosed publicly, and disclosure would severely and

9    adversely impact Google's ability to negotiate agreements in the future.  If revealed to

10   competitors and potential business counterparties, they could use this non-public and confidential

11   information to disadvantage Google in marketing and in negotiations.  For example, if a potential

12   counterparty were to have visibility into the strength, or weakness, of Google Play, it could use

13   that information as leverage in negotiations with Google and with Google's competitors,

14   damaging Google's competitive standing.  In addition, material, non-public, sensitive financial

15   information may not be (and need not be) consistent with generally accepted accounting

16   principles or Google's public financial filings.  Therefore, revealing this revenue information

17   publicly can be misleading for investors and other parties and lead to inappropriate inferences to

18   the performance of this and other parts of Google's business.

19        34.    **Paragraph 88, page 20, line 25 (between "made around" and "in revenue")**

20   **and line 26 (between "made around" and "in sales").**  This information contains non-public

21   information regarding Play revenue data as well as Google's estimate of a competitor's

22   revenue.  This information has never been disclosed publicly, and disclosure would severely and

23   adversely impact Google's ability to negotiate agreements in the future.  If revealed to

24   competitors and potential business counterparties, they could use this non-public and confidential

25   information to disadvantage Google in marketing and in negotiations.  For example, a potential

26   counterparty armed with this non-public information could use it to obtain leverage against

27   Google in negotiations by pointing to the revenue information.  In addition, material, non-public,

28   sensitive financial information may not be (and need not be) consistent with generally accepted

accounting principles or Google's public financial filings.  Therefore, revealing this revenue data publicly can be misleading for investors and other parties and lead to inappropriate inferences to the performance of this and other parts of Google's business. This also potentially implicates a third party's confidential information to the extent someone viewing Google's estimate could use that information in business dealings with the third party.

35.     **Paragraph 138, page 31, line 19 (between "more than" and "per year").**  This information contains non-public information regarding costs for individual Google business lines.  Google does not publicly break out its costs by business line as is revealed in this statement, as such disclosures would reveal important and confidential information to competitors and counterparties regarding Google's business efforts and priorities.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential budget projections to disadvantage Google in marketing and in negotiations.  For example, if a potential counterparty were to have visibility into the strength, or weakness, of the particular business line in which it was involved, it could use that information as leverage in negotiations with Google and with Google's competitors.  In addition, material, non-public, sensitive financial information may not be (and need not be) consistent with generally accepted accounting principles or Google's public financial filings.  Therefore, revealing this cost information publicly can be misleading for investors and other parties and lead to inappropriate inferences to the performance of this and other parts of Google's business.

36.     **Paragraph 193, page 44, line 7 (between "than the" and "revenue share").**  This information contains non-public information regarding costs, profit margins, and break-even level for Google Play.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  Google does not publicly break out its costs or profits by business line as it is revealed in this statement, as such disclosures would reveal important and confidential information to competitors and counterparties regarding Google's business efforts and priorities.  If revealed to competitors and

1   potential business counterparties, they could use this non-public and confidential information to

2   disadvantage Google in marketing and in negotiations.  For example, if a potential counterparty

3   were to have visibility into the strength, or weakness, of Google Play, particularly an alleged

4   break-even level,, it could use that information as leverage in negotiations with Google and with

5   Google's competitors.  In addition, material, non-public, sensitive financial information may not

6   be (and need not be) consistent with generally accepted accounting principles or Google's public

7   financial filings.  Therefore, revealing this information publicly may lead to inappropriate

8   inferences to the performance of this and other parts of Google's business.

9                          Confidential Deal Terms and Offers to Third Parties

10         37.      **Paragraph 87, page 20, line 20 (between "among other things" and "as well"),**

11   **and line 20 (beginning after "as well as") to the end of the paragraph on line 22.**  This

12   information contains non-public information regarding confidential business strategies and

13   negotiations with Samsung and, in particular, specific proposed financial terms of a proposal to

14   Samsung.  This information has never been disclosed publicly, and disclosure would severely and

15   adversely impact Google's ability to negotiate agreements in the future.  If revealed to

16   competitors and potential business counterparties, they could use this non-public and confidential

17   information to disadvantage Google in marketing and in negotiations.  For example, if disclosed,

18   Samsung's competitors would become aware of the offer to Samsung, and it could use this as

19   leverage in business negotiations, to the detriment of both Google and its business

20   counterparty.  Further, if disclosed, a competitor of Google would know the terms of Google's

21   offer that it would need to meet or beat in negotiations with Google's counterparties.  The

22   information also potentially implicates Samsung's confidentiality interests.  Moreover,

23   counterparties have a reasonable expectation that Google will maintain the confidentiality of

24   contractual terms.

25         38.      **Paragraph 109, page 25, line 13 (beginning after "services") to the end of line**

26   **16.**  This information contains non-public information regarding the terms of confidential

27   agreements with counterparties.  This information has never been disclosed publicly, and

28   disclosure would severely and adversely impact Google's ability to negotiate agreements in the

future.  If revealed to competitors, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, a competitor of Google could use knowledge of the disclosed terms contemplated by Google as leverage to seek to obtain more favorable terms in negotiations with Google's actual or potential counterparties, to the competitive detriment of Google.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

39.     **Paragraph 129, page 29, line 23 (between "Agreement with" and the end of the paragraph).**  This information contains non-public information regarding the terms of a confidential agreement with a counterparty.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, a competitor of the counterparty, or a potential counterparty of Google, could use knowledge of the disclosed terms as leverage to seek to obtain similar or more favorable terms in negotiations with Google, to the competitive detriment of both Google and its business counterparty.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of contractual terms.

40.     **Paragraph 134, page 30, line 22 (between "up to" and "of "Play") and line 22 (between "up to" and "by 2023").**  This information contains confidential negotiations with counterparties.  This information has never been disclosed publicly, and disclosure would severely and adversely impact Google's ability to negotiate agreements in the future.  If revealed to competitors and potential business counterparties, they could use this non-public and confidential information to disadvantage Google in marketing and in negotiations.  For example, if the terms Google was willing to consider offering were publicly disclosed, potential counterparties could use that information as leverage in seeking favorable terms from Google, for instance, to demand similar or more favorable terms for itself.  Similarly, a competitor of Google would know the terms it needs to beat in discussions with those same counterparties.  Moreover, counterparties have a reasonable expectation that Google will maintain the confidentiality of

1  contractual terms.

2      41.     **Paragraph 187, page 42, line 24 (beginning at "In particular") to the end of**

3  **the sentence.**  This information contains non-public information regarding terms offered during

4  negotiations with a potential contractual counterparty.  This information has never been disclosed

5  publicly, and disclosure would severely and adversely impact Google's ability to negotiate

6  agreements in the future.  If revealed to competitors and potential business counterparties, they

7  could use this non-public and confidential information to disadvantage Google in marketing and

8  in negotiations.  For example, a competitor of the counterparty, or a potential counterparty of

9  Google, could use knowledge of the disclosed terms as leverage to seek to obtain the same or

10  more favorable terms in negotiations with Google, to the competitive detriment of both Google

11  and its business counterparty.  Further, the information implicates a third-party's confidentiality

12  interests.  Moreover, counterparties have a reasonable expectation that Google will maintain the

13  confidentiality of contractual terms.

14          Confidential Internal Analyses That Could Cause Google Economic Harm

15      42.     **Paragraph 85, page 20, line 5 (between "represented a potential" and "annual**

16  **revenue") and line 6 (between "[l]oss [of]" and "of revenue").**  This information contains non-

17  public financial projections.  This information has never been disclosed publicly, and disclosure

18  would severely and adversely impact Google's ability to negotiate agreements in the future.  If

19  revealed to competitors and potential business counterparties, they could use this non-public and

20  confidential information to disadvantage Google in marketing and in negotiations.  For example,

21  if a potential counterparty were to have visibility into the projected consequences of the events at

22  issue, it could use that information as leverage in negotiations with Google and with Google's

23  competitors to, for instance, insist on more favorable terms.

24      43.     To my knowledge, the confidential information discussed above is not publicly

25  known, and Google recognizes and protects the enormous value of this information through its

26  various policies and procedures designed to protect confidential information from disclosure.

27

28

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on the

2    20th day of August, 2021, in Mountain View, California.

3

4

5    _____

     Christian Cramer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos. 3:21-md-02981-JD;
3:20-cv-05761-JD; 3:20-cv-05792-JD;
3:21-cv-05227-JD