Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com
benh@hbsslaw.com

*Counsel for Plaintiff Pure Sweat Basketball, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION

Case No. 3:20-cv-05792-JD

NOTICE OF APPEARANCE OF BEN M. HARRINGTON

Hon. James Donato

**PLEASE TAKE NOTICE** that attorney Ben M. Harrington of the law firm Hagens Berman Sobol Shapiro LLP, located at 715 Hearst Avenue, Suite 202, Berkeley, CA 94710, hereby appears as an attorney of record on behalf of plaintiff Pure Sweat Basketball, Inc. in the above-captioned matter, and requests that all court documents in connection with this action be served upon him at the email address listed below.

DATED: September 8, 2021

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By *<u>/s/ Ben M. Harrington</u>*

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
benh@hbsslaw.com

*Counsel for Plaintiff Pure Sweat Basketball, Inc.*