1  MARIANNA MAO (State Bar No. 318070)
   Marianna.Mao@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, California 94105-2907
4  Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
5
   Attorney for Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12 | IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
   |---|---|
   | | **NOTICE OF APPEARANCE OF MARIANNA MAO** |
   | | The Honorable James Donato |

16
17         PLEASE TAKE NOTICE that attorney Marianna Mao of the law firm of Munger,
18 Tolles & Olson, LLP, located at 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA
19 94105, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google
20 Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment
21 Corp. in the above-captioned action, and requests that all court documents in connection with this
22 action be served upon her at the email address listed above.

---

Case No. 3:20-cv-05792

NOTICE OF APPEARANCE OF MARIANNA MAO

| | | |
|---|---|---|
| 1 | DATED: September 24, 2021 | MUNGER, TOLLES & OLSON LLP |

By: _____/s/ Marianna Mao_____
MARIANNA MAO
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

Attorney for Defendants