|   |   |
|---|---|
| 1 | KURUVILLA J. OLASA (State Bar No. 281509) |
|   | Kuruvilla.Olasa@mto.com |
| 2 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue |
| 3 | Fiftieth Floor |
|   | Los Angeles, CA 90071-3426 |
| 4 | Telephone:     (213) 683-9100 |
|   | Facsimile:     (213) 687-3702 |
| 5 |   |
|   | Attorney for Defendants |
| 6 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
|---|---|
|  | **NOTICE OF APPEARANCE OF KURUVILLA J. OLASA** |
|  | The Honorable James Donato |

PLEASE TAKE NOTICE that attorney Kuruvilla J. Olasa of the law firm of Munger, Tolles & Olson, LLP, located at 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071, hereby appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the email address listed above.

| | | |
|---|---|---|
| 1 | DATED: September 24, 2021 | MUNGER, TOLLES & OLSON LLP |

By:     */s/ Kuruvilla J. Olasa*
       KURUVILLA J. OLASA
       MUNGER, TOLLES & OLSON LLP
       350 South Grand Avenue
       Fiftieth Floor
       Los Angeles, CA 90071
       Telephone: (213) 683-9100

Attorney for Defendants