UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pure Sweat Basketball, Inc., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Google LLC, et al.,<br><br>Defendant(s). | Case No: 3:20-05792-JD<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jonathan I. Kravis, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Google, LLC, et al. in the above-entitled action. My local co-counsel in this case is Marianna Mao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 601 Massachusetts Ave., NW, Suite 500E<br>Washington, DC  20001 | 560 Mission Sreet, Twenty-Seventh Floor<br>San Francisco, CA  94105 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 220-1130 | (415) 512-4000 |
| My email address of record: | Local co-counsel's email address of record: |
| Jonathan.Kravis@mto.com | Marianna.Mao@mto.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 973780.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/23/21

/s/ Jonathan I. Kravis
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jonathan I. Kravis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE