Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re
Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re
Google Play Developer Antitrust Litigation and
Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re
Google Play Developer Antitrust Litigation and
Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH
LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic
Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY
GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone:  801-366-0260

*Counsel for Utah*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**IN RE GOOGLE PLAY STORE
ANTITRUST LITIGATION**

THIS DOCUMENT RELATES TO:

*Epic Games Inc. v. Google LLC et al.*, Case
No. 3:20-cv-05671-JD

*In re Google Play Consumer Antitrust
Litigation*, Case No. 3:20-cv-05761-JD

*In re Google Play Developer Antitrust
Litigation*, Case No. 3:20-cv-05792-JD

*State of Utah et al. v. Google LLC et al.*, Case
No. 3:21-cv-05227-JD

Case No. 3:21-md-02981-JD

**JOINT REQUEST TO CONDUCT CASE
MANAGEMENT CONFERENCE
REMOTELY**

Date: October 21, 2021
Time: 10:00 a.m.
Courtroom: 11, 19th Floor
Judge:  Hon. James Donato

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties in the above-captioned matters (the "Parties") respectfully request that the upcoming October 21, 2021 Case Management Conference in this MDL case be conducted remotely for the reasons stated below.  While the general Scheduling Notes available online state that, effective July 12, 2021, all Parties are to assume that all proceedings will be held in person, the Parties are cognizant that the Court previously indicated that the monthly conferences for this MDL case would likely continue to be held remotely even after other matters return to being held in person.  (Tr. (12/3/2020) 7:9-8:9.)  In light of the current environment and the rise in COVID cases, combined with the travel required for counsel for many of the Parties to attend in person, as well as to allow the Parties and non-participating counsel to view the proceedings, the Parties respectfully request that the upcoming October 21, 2021 Case Management Conference be held remotely by Zoom webinar.

1

Dated:  October 14, 2021

2

3

4

5

6

7

8

9

10

11

12

13

14

15

Dated:  October 14, 2021

16

17

18

19

20

21

22

23

24

25

26

27

28

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Katherine B. Forrest *(pro hac vice)*
  Darin P. McAtee *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Omid H. Nasab *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
         Yonatan Even

         *Counsel for Plaintiff Epic Games, Inc.*

BARTLIT BECK LLP
  Karma M. Giulianelli

KAPLAN FOX & KILSHEIMER LLP
  Hae Sung Nam

         Respectfully submitted,

By:   */s/ Karma M. Giulianelli*
         Karma M. Giulianelli

         *Co-Lead Counsel for the Proposed Class in*
         *In re Google Play Consumer Antitrust*
         *Litigation*

3

1    Dated:  October 14, 2021                    PRITZKER LEVINE LLP
                                                     Elizabeth C. Pritzker
2
                                                 Respectfully submitted,
3
                                                 By:    /s/ Elizabeth C. Pritzker
4                                                        Elizabeth C. Pritzker

5                                                        *Liaison Counsel for the Proposed Class in*
                                                         *In re Google Play Consumer Antitrust*
6                                                        *Litigation*

7
      Dated:  October 14, 2021                    HAGENS BERMAN SOBOL SHAPIRO LLP
8                                                     Steve W. Berman
                                                      Robert F. Lopez
9                                                     Benjamin J. Siegel

10                                                SPERLING & SLATER PC
11                                                    Joseph M. Vanek
                                                      Eamon P. Kelly
12                                                    Alberto Rodriguez

13
14                                                Respectfully submitted,

15                                                By:    /s/ Steve W. Berman
                                                         Steve W. Berman
16
17                                                       *Co-Lead Interim Class Counsel for the*
                                                         *Developer Class and Attorneys for Plaintiff*
18                                                       *Pure Sweat Basketball*

19
20
21
22
23
24
25
26
27
28

Dated:  October 14, 2021            HAUSFELD LLP
                                        Bonny E. Sweeney
                                        Melinda R. Coolidge
                                        Katie R. Beran
                                        Scott A. Martin
                                        Irving Scher


                                    Respectfully submitted,

                                    By:    */s/ Bonny E. Sweeney*
                                        Bonny E. Sweeney

                                        *Co-Lead Interim Class Counsel for the*
                                        *Developer Class and Attorneys for Plaintiff*
                                        *Peekya App Services, Inc.*


Dated:  October 14, 2021            OFFICE OF THE UTAH ATTORNEY
                                    GENERAL
                                        Brendan P. Glackin


                                    Respectfully submitted,

                                    By:    */s/ Brendan P. Glackin*
                                        Brendan P. Glackin

                                    *Counsel for Utah*


Dated:  October 14, 2021            MORGAN, LEWIS & BOCKIUS LLP
                                        Brian C. Rocca
                                        Sujal J. Shah
                                        Michelle Park Chiu
                                        Minna L. Naranjo
                                        Rishi P. Satia


                                    Respectfully submitted,

                                    By:    */s/ Brian C. Rocca*
                                        Brian C. Rocca

                                    *Counsel for Defendants Google LLC et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  October 14, 2021

O'MELVENY & MYERS LLP
    Daniel M. Petrocelli
    Ian Simmons
    Benjamin G. Bradshaw
    E. Clay Marquez
    Stephen J. McIntyre

Respectfully submitted,

By:   */s/ Daniel M. Petrocelli*
    Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated:  October 14, 2021

MUNGER, TOLLES & OLSON LLP
    Glenn D. Pomerantz
    Kyle W. Mach
    Kuruvilla Olasa
    Justin P. Raphael
    Emily C. Curran-Huberty
    Jonathan I. Kravis
    Marianna Y. Mao

Respectfully submitted,

By:   */s/ Glenn D. Pomerantz*
    Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

6

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

## <u>E-FILING ATTESTATION</u>

I, Kyle G. Bates, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Kyle G. Bates*

7

JOINT REQUEST TO CONDUCT CASE MANAGEMENT CONFERENCE REMOTELY
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD