| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Bonny E. Sweeney (SBN 176174) |
| Robert F. Lopez (*pro hac vice*) | Kyle Geoffrey Bates (SBN 299114) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAUSFELD LLP |
| 1301 Second Avenue, Suite 2000 | 600 Montgomery Street, Suite 3200 |
| Seattle, WA 98101 | San Francisco, CA 94104 |
| Telephone: (206) 623-7292 | Telephone: (415) 633-1908 |
| Facsimile: (206) 623-0594 | Facsimile: (415) 358-4980 |
| steve@hbsslaw.com | bsweeney@hausfeld.com |
| robl@hbsslaw.com | kbates@hausfeld.com |
| | |
| Ben M. Harrington (SBN 313877) | Eamon P. Kelly (*pro hac vice*) |
| Benjamin J. Siegel (SBN 256260) | Joseph M. Vanek (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Alberto Rodriguez (*pro hac vice*) |
| 715 Hearst Avenue, Suite 202 | SPERLING & SLATER, P.C. |
| Berkeley, CA 94710 | 55 W. Monroe Street, 32nd Floor |
| Telephone: (510) 725-3000 | Chicago, IL 60603 |
| Facsimile: (510) 725-3001 | Telephone: (312) 676-5845 |
| benh@hbsslaw.com | Facsimile: (312) 641-6492 |
| bens@hbsslaw.com | jvanek@sperling-law.com |
| | ekelly@sperling-law.com |
| | arodriguez@sperling-law.com |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT** |
| *Related Actions:*<br>*Epic Games, Inc. v. Google LLC,*<br>No. 3:20-cv-5671-JD<br>*In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-5761-JD | |

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Developer Plaintiffs will and hereby do move the Court, pursuant to Civil Local Rule 79-5, for an administrative order to file under seal portions of Developer Plaintiffs' Second Amended Consolidated Complaint ("Plaintiffs' Motion").

Plaintiffs file this motion in accordance with Civil Local Rule 79-5 and the Court's August 25, 2021 Order regarding the sealing of Plaintiffs' complaints in this multidistrict litigation (ECF No. 137) ("Order Re Sealing Of Complaints"). Pursuant to Civil Local Rules 79-5 and 7-11(c); no hearing date has been set.

## Materials to Be Filed Under Seal

Plaintiffs file this administrative motion to comply with Civil Local Rule 79-5 and the Court's Order Re Sealing Of Complaints.

Portions of Developer Plaintiffs' Second Amended Consolidated Complaint contain, summarize, or reflect the content of a document Defendants have designated as Confidential and/or Highly Confidential pursuant to the protective order in this case ("the Protected Material"). As such, Defendants, as the designating parties, are responsible for establishing that all of the designated materials are sealable. By submitting these materials under seal, Plaintiffs do not concede that any of the materials satisfy the criteria for remaining under seal. Additionally, the Protected Material was the subject of a motion to seal made by Defendants on August 20, 2021 (ECF No. 135). That motion to seal was granted as to the Protected Material on August 25, 2021 (ECF No. 137).

Pursuant to Civil Local Rule 79-5(d)(1), the following attachments accompany this motion:

1. Declaration of Bonny E. Sweeney in Support of Developer Plaintiffs' Administrative Motion to Seal;
2. A proposed order that identifies the document sought to be sealed;
3. A redacted version of Developer Plaintiffs' Second Amended Consolidated Complaint; and

1      4.      An unredacted version of Developer Plaintiffs' Second Amended Consolidated
2              Complaint.

5  DATED: December 3, 2021                          Respectfully submitted,

                                                    By *s/ Bonny E. Sweeney*
                                                       Bonny E. Sweeney (SBN 176174)
                                                    Kyle Geoffrey Bates (SBN 299114)
                                                    **HAUSFELD LLP**
                                                    600 Montgomery Street, Suite 3200
                                                    San Francisco, CA 94111
                                                    Telephone.: (415) 633-1908 (main)
                                                    Telephone: (415) 633-1953 (direct)
                                                    Facsimile: (415) 358-4980
                                                    bsweeney@hausfeld.com
                                                    kbates@hausfeld.com

                                                    Melinda R. Coolidge (*pro hac vice*)
                                                    **HAUSFELD LLP**
                                                    1700 K Street, NW, Suite 650
                                                    Washington, DC 20006
                                                    Telephone: (202) 540-7200 (main)
                                                    Telephone: (202) 540-7144 (direct)
                                                    Facsimile: (202) 540-7201
                                                    mcoolidge@hausfeld.com

                                                    Katie R. Beran (*pro hac vice*)
                                                    Yelena W. Dewald (*pro hac vice*)
                                                    Daniel Kees (*pro hac vice*)
                                                    **HAUSFELD LLP**
                                                    325 Chestnut Street, Suite 900
                                                    Philadelphia, PA 19106
                                                    Telephone: (215) 985-3270 (main)
                                                    Telephone: (267) 702-3215 (direct)
                                                    Facsimile: (215) 985-3271
                                                    kberan@hausfeld.com
                                                    ydewald@hausfeld.com
                                                    dkees@hausfeld.com

                                                    Scott A. Martin (*pro hac vice*)
                                                    Irving Scher (*pro hac vice*)
                                                    **HAUSFELD LLP**

33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone: (646) 357-1100 (main)
Telephone: (646) 357-1195 (direct)
Facsimile: (212) 202-4322
smartin@hausfeld.com
ischer@hausfeld.com

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com
benh@hbsslaw.com

By  */s/ Eamon P. Kelly*
    Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

Raymond Witt (*pro hac vice*)
**THE LEWIS FIRM PLLC**
1300 I Street NW, Suite 400E

3

DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:20-cv-05792-JD

Washington, DC 20005
Tel.: (202) 355-8895
Fax: (888) 430-6695
rwitt@lewis-firm.com

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

Dated: December 3, 2021                                         */s/ Bonny E. Sweeney*
                                                                                         Bonny E. Sweeney