| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Bonny E. Sweeney (SBN 176174) |
| Robert F. Lopez (*pro hac vice*) | Kyle Geoffrey Bates (SBN 299114) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAUSFELD LLP |
| 1301 Second Avenue, Suite 2000 | 600 Montgomery Street, Suite 3200 |
| Seattle, WA 98101 | San Francisco, CA 94104 |
| Telephone: (206) 623-7292 | Telephone: (415) 633-1908 |
| Facsimile: (206) 623-0594 | Facsimile: (415) 358-4980 |
| steve@hbsslaw.com | bsweeney@hausfeld.com |
| robl@hbsslaw.com | kbates@hausfeld.com |
| | |
| Ben M. Harrington (SBN 313877) | Eamon P. Kelly (*pro hac vice*) |
| Benjamin J. Siegel (SBN 256260) | Joseph M. Vanek (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Alberto Rodriguez (*pro hac vice*) |
| 715 Hearst Avenue, Suite 202 | SPERLING & SLATER, P.C. |
| Berkeley, CA 94710 | 55 W. Monroe Street, 32nd Floor |
| Telephone: (510) 725-3000 | Chicago, IL 60603 |
| Facsimile: (510) 725-3001 | Telephone: (312) 676-5845 |
| benh@hbsslaw.com | Facsimile: (312) 641-6492 |
| bens@hbsslaw.com | jvanek@sperling-law.com |
| | ekelly@sperling-law.com |
| | arodriguez@sperling-law.com |

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
| | **DECLARATION OF BONNY E. SWEENEY IN SUPPORT OF DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| *Related Actions:*<br>*Epic Games, Inc. v. Google LLC,*<br>No. 3:20-cv-5671-JD<br>*In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-5761-JD | |

I, Bonny E. Sweeney, declare as follows:

1. I am a partner of the law firm Hausfeld LLP, attorneys for Developer Plaintiffs and Interim Co-Lead Class Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5(d)-(e) and in connection with Developer Plaintiffs' Administrative Motion to Partially File Under Seal the Second Amended Consolidated Class Action Complaint for Violation of the Sherman and Clayton Acts (15 U.S.C. §§ 1, 2, 3, 15, 26), Cartwright Act (Cal. Bus. & Prof. Code §§ 16700 et seq.) and Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 et seq.).

3. The foregoing document incorporates discovery material designated "Confidential" and "Highly Confidential – Attorneys' Eyes Only" by Defendants Google LLC, et al. pursuant to the protective order in this action. Such material was also the subject of a motion to seal made by Google on August 20, 2021 (ECF No. 135) which was granted in part on August 25, 2021 (ECF No. 137). Portions that we seek to be redacted are highlighted in yellow.

4. Developer Plaintiffs respectfully submit this Second Amended Complaint under seal in accordance with the Court's August 25, 2021 Order.

Dated: December 3, 2021

    /s/ Bonny E. Sweeney
Bonny E. Sweeney