1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**[PROPOSED] ORDER GRANTING DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
|---|---|
| *Related Actions:*<br>*Epic Games, Inc. v. Google LLC,* No. 3:20-cv-5671-JD<br>*In re Google Play Consumer Antitrust Litigation,* No. 3:20-cv-5761-JD | |

This matter comes before the Court on Developer Plaintiffs' administrative motion to partially seal the Second Amended Consolidated Class Action Complaint for Violation of the Sherman and Clayton Acts (15 U.S.C. §§ 1, 2, 3, 15, 26), Cartwright Act (Cal. Bus. & Prof. Code §§ 16700 et seq.) and Unfair Competition Law (Cal. Bus. & Prof. Code §§17200 et seq.)

For good cause shown, and consistent with the Court's prior Order of August 25, 2021 (ECF No. 137), the motion is GRANTED. The portions of the unredacted SACC that shall remain sealed are as follows:

| SACC Footnote No. | Corresponding Page and Line Number(s) |
|---|---|
| 61 | Page 26, line 23 (between "between" and "and"), line 23.5 (after "Google") to line 24 (before "Google"), line 24 (after "will pay") to line 24.5 (before "to"), line 25.5 (between "from the" and "that"). |

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE