UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pure Sweat Basketball, Inc.          , <br><br> Plaintiff(s), <br><br> v. <br><br> Google LLC et al.,                    , <br><br> Defendant(s). | Case No. 3:20-cv-05792-EMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Barry Frett_____, an active member in good standing of the bar of __Supreme Court of Illinois_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Pure Sweat Basketball, Inc._____ in the above-entitled action. My local co-counsel in this case is __Benjamin J. Siegel_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __256260_____.

| | |
|---|---|
| 55 W. Monroe St., #3200, Chicago, IL 60603 | 715 Hearst Ave., #202, Berkeley, CA 94710 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312-641-3200 | 510-725-3000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bfrett@sperling-law.com | bens@hbsslaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __6332689_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __one__ times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _December 6, 2021___                                    _Barry Frett_____
                                                                    APPLICANT
5

6  ════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of _Barry Frett_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                        _____

18                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Barry Anton Frett
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603-5072

Chicago
Monday, December 06, 2021

In re:   Barry Anton Frett
Admitted: 11/07/2019
Attorney No. 6332689

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office
indicate that the attorney named above was admitted to the practice of law in Illinois; is
currently registered on the master roll of attorneys entitled to practice law in this state;
and has never been disciplined; and is in good standing

Very truly yours,
Jerome Larkin
Administrator

*Lisa Medina*

Lisa Medina
Deputy Registrar

lm