| | |
|---|---|
| 1 | Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com |
| 2 | **BARTLIT BECK LLP**<br>1801 Wewatta St., Suite 1200 |
| 3 | Denver, Colorado 80202<br>Telephone: (303) 592-3100 |

Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

[Additional counsel appear on signature page]

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

Case No. 3:20-cv-05671-JD
STIPULATION AND [PROPOSED] ORDER RE: RESPONSE AND REPLY DEADLINES FOR MOTIONS TO AMEND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINES RELATED TO CONSUMERS' AND DEVELOPERS' MOTIONS FOR LEAVE TO AMEND**<br><br>Judge: Hon. James Donato |

WHEREAS, Consumer Plaintiffs and Developer Plaintiffs have filed motions for leave to amend their complaints ("Motions"), with hearings set for January 13, 2022, responses due December 20, 2022, and replies due December 27, 2022;

WHEREAS, as set forth in more detail in the Parties' December 9, 2021 Joint Case Management Statement ("JCMS"), Google has agreed not to oppose the Motions in exchange for Developer and Consumer Plaintiffs' agreement to meet certain discovery milestones related to discovery for the new named class plaintiffs, which is in turn contingent on all parties' jointly proposed case schedule described in the JCMS;

WHEREAS, the Joint Status Conference set for December 16, 2021 may obviate the need for further briefing on the Motions;

WHEREAS, Google and the Consumer and Developer Plaintiffs therefore agree to stipulate that Google may receive a one-week extension of time until December 27, 2022, to file responses to the Motions;

WHEREAS, Google and the Consumer and Developer Plaintiffs agree that, if Google files responses to the Motions, replies in support of the Motions shall be due by January 3, 2022;

THEREFORE, pursuant to Local Rule 6-2, Google and the Consumer and Developer Plaintiffs stipulate and agree, subject to the Court's approval, that Google's responses to the Motions will be due December 27, 2022, and the Consumer and Developer Plaintiffs' replies to the Motions will be due January 3, 2022.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: December 16, 2021 | | BARTLIT BECK LLP<br>  Karma M. Giulianelli |
| | | KAPLAN FOX & KILSHEIMER LLP<br>  Hae Sung Nam |
| | | Respectfully submitted, |
| | By: | */s/ Karma M. Giulianelli*<br>  Karma M. Giulianelli |
| | | *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |
| Dated: December 16, 2021 | | PRITZKER LEVINE LLP<br>  Elizabeth C. Pritzker |
| | | Respectfully submitted, |
| | By: | */s/ Elizabeth C. Pritzker*<br>  Elizabeth C. Pritzker |
| | | *Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* |

| | |
|---|---|
| Dated:  December 16, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>    Steve W. Berman<br>    Robert F. Lopez<br>    Benjamin J. Siegel<br><br>SPERLING & SLATER PC<br>    Joseph M. Vanek<br>    Eamon P. Kelly<br>    Alberto Rodriguez<br><br>Respectfully submitted,<br><br>By:   */s/ Steve W. Berman*<br>        Steve W. Berman<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball* |
| Dated:  December 16, 2021 | HAUSFELD LLP<br>    Bonny E. Sweeney<br>    Melinda R. Coolidge<br>    Katie R. Beran<br>    Scott A. Martin<br>    Irving Scher<br><br>Respectfully submitted,<br><br>By:   */s/ Bonny E. Sweeney*<br>        Bonny E. Sweeney<br><br>*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.* |

Dated:  December 16, 2021

MORGAN, LEWIS & BOCKIUS LLP
  Brian C. Rocca
  Sujal J. Shah
  Michelle Park Chiu
  Minna L. Naranjo
  Rishi P. Satia

Respectfully submitted,

By:  */s/ Brian C. Rocca*
  Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated:  December 16, 2021

O'MELVENY & MYERS LLP
  Daniel M. Petrocelli
  Ian Simmons
  Benjamin G. Bradshaw
  Stephen J. McIntyre

Respectfully submitted,

By:  */s/ Daniel M. Petrocelli*
  Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: December 16, 2021

MUNGER, TOLLES & OLSON LLP
　　Glenn D. Pomerantz
　　Kyle W. Mach
　　Kuruvilla Olasa
　　Justin P. Raphael
　　Emily C. Curran-Huberty
　　Jonathan I. Kravis
　　Marianna Y. Mao

Respectfully submitted,

By:  */s/ Glenn D. Pomerantz*
　　　Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

Case Nos. 3:20-md-05671; 3:20-cv-05761; 3:20-cv-05792
STIPULATION AND [PROPOSED] ORDER RE: RESPONSE AND REPLY DEADLINES FOR MOTIONS TO AMEND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  December ___, 2021

                                                              The Honorable James Donato
                                                              United States District Judge

**E-FILING ATTESTATION**

I, Marianna Y. Mao, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Marianna Y. Mao*