Reset Form

1
2          UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

3   IN RE GOOGLE PLAY DEVELOPER         )
4   ANTITRUST LITIGATION                )   Case No: 3:20-cv-05792-J
                                        )
5                                       )   **APPLICATION FOR**
                                        )   **ADMISSION OF ATTORNEY**
6                                       )   **PRO HAC VICE**
                                        )   (CIVIL LOCAL RULE 11-3)
7                                       )
                                        )
8                                       )

9     I, Mia N. Gonzalez, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the
10  Northern District of California representing: see attached list of Defendants in the
    above-entitled action. My local co-counsel in this case is Stephen McIntyre, an
11  attorney who is a member of the bar of this Court in good standing and who maintains an office
12  within the State of California.

13  | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
    | 7 Times Square | 400 South Hope Street, 18th Floor |
14  | New York, NY 10036 | Los Angeles, CA 90071 |
    | MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
15  | (212) 326-2000 | (213) 430-6000 |
    | MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
16  | mgonzalez@omm.com | smcintyre@omm.com |

17    I am an active member in good standing of a United States Court or of the highest court of
    another State or the District of Columbia, as indicated above; my bar number is: 4648424.
18    A true and correct copy of a certificate of good standing or equivalent official document from said
    bar is attached to this application.
19    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
      *I declare under penalty of perjury that the foregoing is true and correct*.
21
    Dated: 01/31/22                              Mia N. Gonzalez
22                                               APPLICANT

23  ============================================

24              **ORDER GRANTING APPLICATION**
              **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25    IT IS HEREBY ORDERED THAT the application of Mia N. Gonzalez is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27  designated in the application will constitute notice to the party.

    Dated:
28                                        _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE

**Application for Admission of Attorney Pro Hac Vice**
**(Continuation)**

Represented Defendants include:

Google LLC
Google Ireland Limited
Google Commerce Limited
Google Asia Pacific Pte. Ltd.
Google Payment Corp.



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

---

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Mia Noel Gonzalez

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 29, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 12, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00035745