1

2
LAURA S. ARONSSON (S.B. #304263)
laronsson@omm.com
3
O'MELVENY & MYERS LLP
Times Square Tower
4
7 Times Square
New York, New York  10036-6537
5
Telephone:     +1 212 326 2000
Facsimile:     +1 212 326 2061
6
*Attorney for Defendants*

7

8

9
**UNITED STATES DISTRICT COURT**

10
**NORTHERN DISTRICT OF CALIFORNIA**

11
**SAN FRANCISCO**

12

13
| **IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION** | Case No. 3:20-cv-05792-JD |
| --- | --- |
| | **NOTICE OF APPEARANCE OF LAURA ARONSSON** |

14

15

16
          PLEASE TAKE NOTICE that attorney Laura Aronsson of the law firm of O'Melveny &

17
Myers LLP, located at Times Square Tower, 7 Times Square, New York, NY 10036, hereby

18
appears as an attorney of record on behalf of Defendants Google LLC, Google Ireland Limited,

19
Google Commerce Limited, Google Asia Pacific Pte. Ltd., and Google Payment Corp. in the

20
above-captioned action, and requests that all court documents in connection with this action be

21
served upon her at the e-mail address listed above.

22

23

24

25

26

27

28

1   Dated:  January 31, 2022

2                                        LAURA S. ARONSSON
                                         O'MELVENY & MYERS LLP
3

4
                                         By: */s/ Laura Aronsson*
5                                             Laura S. Aronsson
                                              O'MELVENY & MYERS LLP
6                                             Times Square Tower
                                              7 Times Square
7                                             New York, NY 10036
                                              Telephone: (212) 326-2000
8
                                         *Attorney for Defendants*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28