| | |
|---|---|
| 1  Karma M. Giulianelli (SBN 184175) | Paul J. Riehle (SBN 115199) |
| karma.giulianelli@bartlitbeck.com | paul.riehle@faegredrinker.com |
| 2  **BARTLIT BECK LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 1801 Wewetta St., Suite 1200 | Four Embarcadero Center, 27th Floor |
| 3  Denver, Colorado 80202 | San Francisco, CA 94111 |
| Telephone: (303) 592-3100 | Telephone: (415) 591-7500 |
| 4 | |
| Hae Sung Nam (*pro hac vice*) | Christine A. Varney (*pro hac vice*) |
| 5  hnam@kaplanfox.com | cvarney@cravath.com |
| **KAPLAN FOX & KILSHEIMER LLP** | **CRAVATH, SWAINE & MOORE LLP** |
| 6  850 Third Avenue | 825 Eighth Avenue |
| New York, NY 10022 | New York, New York 10019 |
| 7  Telephone.: (212) 687-1980 | Telephone: (212) 474-1000 |

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Counsel for Utah*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for LittleHoots, LLC and Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Scalisco LLC d/b/a Rescue Pets and Peekya App Services, Inc.*

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

[Additional counsel appear on signature page]

*Counsel for Defendants Google LLC et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       March 17, 2022<br>Time:      11:00 a.m.<br>Courtroom: 11, 19th Floor (by remote access)<br>Judge:     Hon. James Donato |

Pursuant to the Court's Amended MDL Scheduling Order ("Scheduling Order") (Dkt. No. 191, 3:21-md-02981-JD ("MDL")) dated February 2, 2022, setting a status conference on March 17, 2022 at 11:00 a.m., the parties in the above-captioned MDL (the "Parties"), by and through their undersigned counsel, submit this Joint Case Management Statement.

### I.   CASE STATUS SUMMARY

#### A.  Case Schedule

On February 2, 2022, the Court entered the Scheduling Order (MDL Dkt. No. 191) setting an April 3, 2023 trial date and interim pretrial deadlines in the MDL.

The Parties respectfully seek leave of Court to modify certain interim deadlines in the Scheduling Order, as described below, without impacting any Court hearing or filing deadline.

*First*, the Scheduling Order currently provides Plaintiffs' merits experts with three weeks to serve rebuttal reports to Defendants' ("Google's") merits expert reports. Plaintiffs believe their

merits experts may need more than three weeks to fully consider and respond to Google's merits expert reports. The proposed changes would provide Plaintiffs' merits experts with one additional week to serve rebuttal reports (i.e., four weeks, instead of three weeks).

*Second*, the Scheduling Order currently provides the Parties with two weeks after Plaintiffs' merits experts serve their rebuttal reports to complete expert depositions. The Parties and their experts may need more time to fully consider the opposing Parties' expert reports and prepare for depositions. The proposed changes would provide the Parties with one additional week after rebuttal reports are served to complete expert discovery (i.e., three weeks, instead of two weeks).[1]

Finally, the proposal would move the close of fact discovery forward by four days to accommodate the changes described above, while also ensuring Plaintiffs' merits experts can incorporate any discovery obtained near the end of fact discovery into their opening merits reports.

The Parties have met and conferred and agreed to jointly request the changes to the Scheduling Order set forth below.

| Event | Current Deadline (Dkt. No. 191) | Proposed Deadline |
|---|---|---|
| Class certification hearing | August 4, 2022 | August 4, 2022 |
| Fact Discovery Cut-Off | August 12, 2022 | **August 8, 2022** |
| Plaintiffs' Merits Expert Reports | August 22, 2022 | **August 15, 2022** |
| Google's Merits Expert Reports | September 26, 2022 | **September 19, 2022** |
| Plaintiffs' Merits Expert Rebuttal Reports | October 17, 2022 | October 17, 2022 |

---

[1] The Parties' requested changes to the schedule are consistent with the initial MDL Scheduling Order that the Court entered on October 22, 2021 (Dkt. No. 122) with respect to the allotted time for exchange of expert reports and completion of expert depositions, in that the initial MDL Scheduling Order provided Plaintiffs' merits experts with four weeks to serve rebuttal reports to Google's merits expert reports, and provided the Parties with three weeks after rebuttal reports were served to complete expert depositions.

| Event | Current Deadline (Dkt. No. 191) | Proposed Deadline |
|---|---|---|
| Merits Experts Discovery Cut-Off | October 31, 2022 | **November 7, 2022**[2] |
| Last day to file dispositive and *Daubert* Motions | November 10, 2022 | November 10, 2022 |

### B. Class Certification

With respect to class certification, Consumer Plaintiffs and Developer Plaintiffs (collectively, "Class Plaintiffs") and Google are proceeding in accordance with the Court's Amended MDL Scheduling Order (MDL Dkt. No 191). Class Plaintiffs served their expert reports on February 28. Google's opposition class expert reports are due March 31, with Class Plaintiffs' rebuttal reports due on April 25. Class Plaintiffs and Google are discussing the timing and sequence of expert depositions during the class expert discovery period, which closes on May 13.

## II. STATUS OF DISCOVERY

### A. Depositions

The Parties have begun taking depositions of Consumer Plaintiffs and witnesses from Google and Epic, including Rule 30(b)(6) testimony from Google and Epic. The Plaintiffs have continued to coordinate on the requested deponents and timing of the depositions. Depositions of Consumer Plaintiffs are largely completed. Depositions of Developer Plaintiffs are scheduled to begin on March 11. Depositions of Plaintiff States have not yet commenced, but are expected to proceed after additional document production is completed.

---

[2] The Parties' proposed changes to the schedule would provide three days between the Merits Experts Discovery Cut-Off on November 7, 2022, and the deadline for dispositive and *Daubert* motions on November 10, 2022. Accordingly, the Parties have agreed to make their merits experts available for depositions on or before October 31, 2022, if requested by any opposing Party on the grounds that such deposition is relevant to a dispositive or *Daubert* motion. The Parties intend to use the final week of expert discovery to take the depositions of Google's and Plaintiffs' remaining experts.

## B. Written and Document Discovery

The Parties continue to serve and respond to additional written discovery, and continue to produce documents in response to document requests. Google has informed the Plaintiffs that its production of documents in response to all outstanding requests (for which Google has agreed to produce documents) is nearly complete and should be fully complete by March 17, 2022. The Parties continue to meet and confer over certain document requests.

Google and Plaintiff States are still negotiating the scope of documents that Plaintiff States will produce in this case. Plaintiff States have informed Google that they intend to substantially complete production of documents responsive to Google's first set of RFPs by the end of March 2022.

Dated: March 10, 2022

CRAVATH, SWAINE & MOORE LLP
  Christine Varney *(pro hac vice)*
  Katherine B. Forrest *(pro hac vice)*
  Gary A. Bornstein *(pro hac vice)*
  Timothy G. Cameron *(pro hac vice)*
  Yonatan Even *(pro hac vice)*
  Lauren A. Moskowitz *(pro hac vice)*
  Justin C. Clarke *(pro hac vice)*
  M. Brent Byars *(pro hac vice)*

FAEGRE DRINKER BIDDLE & REATH LLP
  Paul J. Riehle (SBN 115199)

Respectfully submitted,

By:   */s/ Yonatan Even*
        Yonatan Even

        *Counsel for Plaintiff Epic Games, Inc.*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  March 10, 2022 | BARTLIT BECK LLP<br>    Karma M. Giulianelli |
| 3 | | KAPLAN FOX & KILSHEIMER LLP<br>    Hae Sung Nam |
| 4 | | |
| 5 | | Respectfully submitted, |
| 6 | | By:  /s/ Karma M. Giulianelli<br>        Karma M. Giulianelli |
| 7 | | *Co-Lead Counsel for the Proposed Class in* |
| 8 | | *In re Google Play Consumer Antitrust Litigation* |

Dated:  March 10, 2022            BARTLIT BECK LLP
                                      Karma M. Giulianelli

                                  KAPLAN FOX & KILSHEIMER LLP
                                      Hae Sung Nam

                                  Respectfully submitted,

                                  By:  */s/ Karma M. Giulianelli*
                                          Karma M. Giulianelli

                                  *Co-Lead Counsel for the Proposed Class in
                                  In re Google Play Consumer Antitrust
                                  Litigation*


Dated:  March 10, 2022            PRITZKER LEVINE LLP
                                      Elizabeth C. Pritzker

                                  Respectfully submitted,

                                  By:  */s/ Elizabeth C. Pritzker*
                                          Elizabeth C. Pritzker

                                  *Liaison Counsel for the Proposed Class in
                                  In re Google Play Consumer Antitrust
                                  Litigation*


Dated:  March 10, 2022            HAGENS BERMAN SOBOL SHAPIRO LLP
                                      Steve W. Berman
                                      Robert F. Lopez
                                      Benjamin J. Siegel

                                  SPERLING & SLATER PC
                                      Joseph M. Vanek
                                      Eamon P. Kelly
                                      Alberto Rodriguez

                                  Respectfully submitted,

                                  By:  */s/ Steve W. Berman*
                                          Steve W. Berman

                                  *Co-Lead Interim Class Counsel for the
                                  Developer Class and Attorneys for
                                  Plaintiffs LittleHoots, LLC and  Pure Sweat
                                  Basketball*

| | | |
|---|---|---|
| 1 | Dated: March 10, 2022 | HAUSFELD LLP |
| 2 | |    Bonny E. Sweeney |
| | |    Melinda R. Coolidge |
| 3 | |    Katie R. Beran |
| | |    Scott A. Martin |
| 4 | |    Irving Scher |

Respectfully submitted,

By:   */s/ Bonny E. Sweeney*
     Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiffs Scalisco LLC d/b/a Rescue Pets and Peekya App Services, Inc.*

Dated: March 10, 2022

OFFICE OF THE UTAH ATTORNEY GENERAL
   Brendan P. Glackin

Respectfully submitted,

By:   */s/ Brendan P. Glackin*
     Brendan P. Glackin

*Counsel for Utah*

Dated: March 10, 2022

MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca
   Sujal J. Shah
   Michelle Park Chiu
   Minna L. Naranjo
   Rishi P. Satia

Respectfully submitted,

By:   */s/ Brian C. Rocca*
     Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated:  March 10, 2022

O'MELVENY & MYERS LLP
Daniel M. Petrocelli
Ian Simmons
Benjamin G. Bradshaw
Stephen J. McIntyre

Respectfully submitted,

By:  */s/ Ian Simmons*
Ian Simmons

*Counsel for Defendants Google LLC et al.*

Dated:  March 10, 2022

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis
Dane P. Shikman
Nicholas R. Sidney

Respectfully submitted,

By:  */s/ Glenn D. Pomerantz*
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**E-FILING ATTESTATION**

I, Kuruvilla Olasa, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

<i>/s/ Kuruvilla Olasa</i><br>
Kuruvilla Olasa