Bonny E. Sweeney (SBN 176174)
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
bsweeney@hausfeld.com
kbates@hausfeld.com

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street
Philadelphia, PA 19106
kberan@hausfeld.com

Melinda R. Coolidge (*pro hac vice*)
Yelena W. Dewald (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW
Suite 300
Washington, DC 20006
mcoolidge@hausfeld.com
ydewald@hausfeld.com

*Co-Lead Counsel for the Proposed Class
in In re Google Play Developer Antitrust
Litigation and Attorneys for Peekya App Services,
Inc. and Scalisco LLC d/b/a Rescue Pets*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:21-md-02981-JD |
|---|---|
| THIS DOCUMENT RELATES TO: *In re Google Play Developer Antitrust Litigation* Case No. 3:20-cv-05792-JD | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

1      **TO THE CLERK AND ALL PARTIES OF RECORD:** PLEASE TAKE NOTICE THAT
2   after May 6, 2022, the undersigned will no longer be affiliated with the law firm of Hausfeld LLP
3   and therefore withdraws as counsel for Plaintiffs Peekya App Services, Inc. and Scalisco LLC d/b/a
4   Rescue Pets in the above-captioned matters.  Plaintiffs Peekya App Services, Inc. and Scalisco LLC
5   d/b/a Rescue Pets will continue to be represented by other counsel of record in the above-captioned
6   matters.

DATED: May 6, 2022                    HAUSFELD LLP

By: */s/ Daniel Kees*
Daniel Kees
**HAUSFELD LLP**
888 16th Street NW
Suite 300
Washington, DC 20006
dkees@hausfeld.com

*Counsel for Plaintiff Peekya App Services, Inc. and Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation*