| | |
|---|---|
| Karma M. Giulianelli (SBN 184175)<br>karma.giulianelli@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100 | Steve W. Berman (*pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292 |
| Hae Sung Nam (*pro hac vice*)<br>hnam@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone.: (212) 687-1980 | Eamon P. Kelly (*pro hac vice*)<br>ekelly@sperling-law.com<br>**SPERLING & SLATER P.C.**<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: (312) 641-3200 |
| *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation* | *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.* |
| Brian C. Rocca (SBN 221576)<br>brian.rocca@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000 | Bonny E. Sweeney (SBN 176174)<br>bsweeney@hausfeld.com<br>**HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94104<br>Telephone: (415) 633-1908 |
| Daniel M. Petrocelli (SBN 97802)<br>dpetrocelli@omm.com<br>**O'MELVENY & MYERS LLP**<br>1999 Avenue of the Stars, 7th Fl.<br>Los Angeles, CA 90067-6035<br>Telephone: (310) 553-6700 | *Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.* |
| Glenn D. Pomerantz (SBN 112503)<br>glenn.pomerantz@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100 | |

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**<br><br>Judge: Hon. James Donato |

1 | WHEREAS, on February 2, 2022, the Court entered an Amended MDL Scheduling Order in the above-captioned cases that set forth May 13, 2022 as the cut-off for Class expert discovery (*see* MDL Dkt. No. 206);

| WHEREAS, the Amended MDL Scheduling Order stated that "Counsel may not modify these dates by stipulation without leave of court";

| WHEREAS, the Parties have worked collaboratively to schedule expert depositions within the confines of the Court's Amended MDL Scheduling Order but due to scheduling conflicts, the earliest mutually agreeable date among the Parties for the expert depositions of Michelle M. Burtis, Douglas C. Schmidt, and Douglas Skinner was May 16-17, 2022, May 17, 2022, and May 18, 2022, respectively;

| NOW, THEREFORE, IT IS HEREBY STIPULATED AND ORDERED that the May 13, 2022 cut-off for Class expert discovery, as set forth in the Amended MDL Scheduling Order, is further amended to permit Drs. Burtis, Schmidt, and Skinner to be deposed on May 16-17, 2022, May 17, 2022, and May 18, 2022, respectively. All other dates as set by the Court are regarded as firm.

Dated: May 3, 2022

**BARTLIT BECK LLP**
  Karma M. Giulianelli

**KAPLAN FOX & KILSHEIMER LLP**
  Hae Sung Nam

Respectfully submitted,

By:   /s/ *Karma M. Giulianelli*
      Karma M. Giulianelli

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

---

1

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

Dated: May 3, 2022                          PRITZKER LEVINE LLP
   Elizabeth C. Pritzker

        Respectfully submitted,

By:   /s/ *Elizabeth C. Pritzker*
   Elizabeth C. Pritzker

*Liaison Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Dated: May 3, 2022                          HAGENS BERMAN SOBOL SHAPIRO LLP
   Steve W. Berman
   Robert F. Lopez
   Benjamin J. Siegel

SPERLING & SLATER PC
   Joseph M. Vanek
   Eamon P. Kelly
   Alberto Rodriguez

        Respectfully submitted,

By:   /s/ *Steve W. Berman*
   Steve W. Berman

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat Basketball*

Dated: May 3, 2022                          HAUSFELD LLP
   Bonny E. Sweeney
   Melinda R. Coolidge
   Katie R. Beran
   Scott A. Martin
   Irving Scher

        Respectfully submitted,

By:   /s/ *Bonny E. Sweeney*
   Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc.*

2

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

| | |
|---|---|
| Dated: May 3, 2022 | MORGAN, LEWIS & BOCKIUS LLP<br>  Brian C. Rocca<br>  Sujal J. Shah<br>  Michelle Park Chiu<br>  Minna L. Naranjo<br>  Rishi P. Satia<br><br>          Respectfully submitted,<br><br>  By:    /s/ *Brian C. Rocca*<br>          Brian C. Rocca<br><br>  *Counsel for Defendants Google LLC et al.* |
| Dated: May 3, 2022 | O'MELVENY & MYERS LLP<br>  Daniel M. Petrocelli<br>  Ian Simmons<br>  Benjamin G. Bradshaw<br>  Stephen J. McIntyre<br><br>          Respectfully submitted,<br><br>  By:    /s/ *Daniel M. Petrocelli*<br>          Daniel M. Petrocelli<br><br>  *Counsel for Defendants Google LLC et al.* |
| Dated: May 3, 2022 | MUNGER, TOLLES & OLSON LLP<br>  Glenn D. Pomerantz<br>  Kuruvilla Olasa<br>  Emily C. Curran-Huberty<br>  Jonathan I. Kravis<br>  Justin P. Raphael<br>  Kyle W. Mach<br><br>          Respectfully submitted,<br><br>  By:    /s/ *Glenn D. Pomerantz*<br>          Glenn D. Pomerantz<br><br>  *Counsel for Defendants Google LLC et al.* |

3

STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD

**ORDER**

Pursuant to the stipulation, it is so Ordered.

DATED: 5/9/2022

_____
HON. JAMES DONATO
United States District Court Judge

# E-FILING ATTESTATION

I, Hae Sung Nam, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Hae Sung Nam*
Hae Sung Nam