Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Counsel for the Proposed Class in
In re Google Play Developer Antitrust
Litigation and Attorneys for Pure Sweat
Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in
In re Google Play Developer Antitrust
Litigation and Attorneys for Peekya App
Services, Inc.*

[Additional counsel appear on signature page]

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEVELOPER PLAINTIFFS' CLASS CERTIFICATION DEADLINES IN LIGHT OF SETTLEMENT**<br><br>[Civil L.R. 6-2]<br><br>Judge:  Hon. James Donato |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Pursuant to Civil Local Rule 6-2, the plaintiffs in the *In re Google Play Developer Antitrust Litigation*, No. 3:20-cv-5792-JD (N.D. Cal.) ("Developer Plaintiffs"); and the defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), stipulate as follows:

WHEREAS, the current case schedule, ECF No. 191, 198, *In re Google Play Store Antitrust Litigation*, 3:21-md-02981-JD, requires Developer Plaintiffs to file a class certification motion on May 26, 2022, with additional class certification filing deadlines to follow for Developer Plaintiffs and Google in connection with that motion.

WHEREAS, the current case schedule requires Google and Developer Plaintiffs to file *Daubert* motions in connection with the other party's class certification expert reports on May 26, 2022, with additional filing deadlines to follow for both parties in connection with such motions.

WHEREAS, Developer Plaintiffs and Google have agreed to the principal terms on which the parties will settle *In re Google Play Developer Antitrust Litigation*, No. 3:20-cv-5792-JD (N.D. Cal.), subject to Court approval, on behalf of a class of U.S. Developers that sold paid apps or in-app content through the Google Play store and had up to $2 million in annual sales through the Google Play store during each year of the 2016-2021 period. Developers Plaintiffs and Google estimate that the proposed settlement class represents more than 99 percent of all U.S. developers selling paid apps or in-app content through the Google Play store.

WHEREAS, Developer Plaintiffs and Google are working expeditiously and in good faith to finalize the long-form settlement agreement, and anticipate that any motion for preliminary approval of the settlement will be filed on or before June 16, 2022.

WHEREAS, in furtherance of the settlement, and to conserve judicial and party resources, the Developer Plaintiffs and Google agree, and request that the Court order, that the

1    class certification and *Daubert* deadlines as between the Developer Plaintiffs and Google should

2    be held in abeyance pending further order of the Court, with the parties agreeing to reserve all

3    rights related to class certification.

4            NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE

5    APPROVAL OF THE COURT:

6            1.       All class certification deadlines and deadlines for *Daubert* motions for class

7    certification experts as between Developer Plaintiffs and Google, in Case No. 3:20-cv-05792-JD,

8    shall be held in abeyance pending further order of the Court.

9            2.       Developer Plaintiffs shall file a motion for preliminary approval of the settlement

10   as soon as is practicable, but on or before June 16, 2022.

11   Dated:  May 25, 2022

12                                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                                     Steve W. Berman
13                                                   Robert F. Lopez
                                                     Ben M. Harrington
14                                                   Benjamin J. Siegel

15                                                   SPERLING & SLATER, PC
                                                     Joseph M. Vanek
16                                                   Eamon P. Kelly
                                                     Alberto Rodriguez

17
                                                     Respectfully submitted,
18
                                                     By: */s/ Steve W. Berman*
19                                                   Steve W. Berman

20                                                   *Co-Lead Interim Class Counsel for the*
                                                     *Developer Class and Attorneys for Plaintiffs*
21                                                   *Pure Sweat Basketball and LittleHoots, LLC*

22

23

24

25

HAUSFELD LLP
    Bonny E. Sweeney
    Melinda R. Coolidge
    Katie R. Beran
    Scott A. Martin
    Irving Scher

Respectfully submitted,

By: */s/ Bonny E. Sweeney*
    Bonny E. Sweeney

    *Co-Lead Interim Class Counsel for the*
    *Developer Class and Attorneys for Plaintiffs*
    *Peekya App Services, Inc. and Scalisco LLC*


MORGAN, LEWIS & BOCKIUS LLP
    Brian C. Rocca
    Sujal J. Shah
    Michelle Park Chiu
    Minna L. Naranjo
    Rishi P. Satia

Respectfully submitted,

By: */s/ Brian C. Rocca*
    Brian C. Rocca

    *Counsel for Defendants Google LLC et al.*


O'MELVENY & MYERS LLP
    Daniel M. Petrocelli
    Ian Simmons
    Benjamin G. Bradshaw
    Stephen J. McIntyre

Respectfully submitted,

By: */s/ Ian Simmons*
    Ian Simmons

    *Counsel for Defendants Google LLC et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MUNGER, TOLLES & OLSON LLP
Glenn D. Pomerantz
Kyle W. Mach
Kuruvilla Olasa
Justin P. Raphael
Emily C. Curran-Huberty
Jonathan I. Kravis

Respectfully submitted,

By: */s/ Glenn D. Pomerantz*
Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
United States District Judge

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

_____
*s/ Steve W. Berman*
STEVE W. BERMAN