1  Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
2  **BARTLIT BECK LLP**
1801 Wewetta St., Suite 1200
3  Denver, Colorado 80202
Telephone: (303) 592-3100
4

5  Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
6  **KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
7  New York, NY 10022
Telephone.: (212) 687-1980
8

9  *Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

10  Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
11  **FAEGRE DRINKER BIDDLE & REATH LLP**
12  Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
13  Telephone: (415) 591-7500

14  Christine A. Varney (*pro hac vice*)
15  cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
16  825 Eighth Avenue
New York, New York 10019
17  Telephone: (212) 474-1000

18  *Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*
19

20  Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
21  **HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
22  Seattle, WA 98101
Telephone: (206) 623-7292

23

24

25

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for Utah and the States*

John C. Hueston (SBN 164921)
jhueston@hueston.com **HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

1   Eamon P. Kelly (pro hac vice)
    ekelly@sperling-law.com
2   **SPERLING & SLATER P.C.**
    55 W. Monroe, Suite 3200
3   Chicago, IL 60603
    Telephone: 312-641-3200
4

5   *Co-Lead Counsel for the Proposed Class in In re*
    *Google Play Developer Antitrust Litigation and*
6   *Attorneys for Pure Sweat Basketball, Inc.*

7   Bonny E. Sweeney (SBN 176174)
    bsweeney@hausfeld.com
8   **HAUSFELD LLP**
    600 Montgomery Street, Suite 3200
9   San Francisco, CA 94104
    Telephone: (415) 633-1908
10

11  *Co-Lead Counsel for the Proposed Class in In re*
    *Google Play Developer Antitrust Litigation and*
12  *Attorneys for Peekya App Services, Inc.*

13  [Additional counsel appear on signature page]

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.,* Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br><br>**STIPULATED ~~[PROPOSED]~~ ORDER MODIFYING SEALING PROCEDURES RELATING TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Courtroom:  11, 19th Floor (via Zoom)<br>Judge:  Hon. James Donato |

WHEREAS, Epic Games, Inc., the Consumer Plaintiffs, the Developer Plaintiffs, the State Plaintiffs, the Match Group Plaintiffs and the Google Defendants (collectively the "Parties") respectfully move this Court for a modification to the sealing procedures applicable to the joint statement to be filed on May 27, 2022 in accordance with the Court's May 12, 2022 Notes and Order (Dkt. # 230) on the grounds set forth herein.

WHEREAS, in accordance with the Notes and Order, the Parties will file a joint statement setting forth the Parties' proposal for a "method of resolution" of their dispute concerning document preservation by the Google Defendants, which will include "a proffer from Plaintiffs" and supporting exhibits; and

WHEREAS, the Google Defendants may take the position that the joint statement and supporting exhibits may contain material that should be filed under seal consistent with the operative Protective Order and Local Rule 79-5;

WHEREAS, Plaintiffs disagree that any of the material cited in the joint statement or the supporting exhibits meets the standard for filing under seal but agree to permit the Google Defendants additional time to review whether a sealing motion is necessary; and

WHEREAS, the Parties wish to conserve the resources of the Court and the Parties and to avoid the need to brief multiple sealing motions with respect to the joint statement and Plaintiffs' forthcoming motion for sanctions, and further believe it will be most efficient to handle all sealing issues, if any, in  omnibus sealing motions to be filed shortly following the briefing on Plaintiffs' motion for sanctions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED SUBJECT TO THE COURT'S APPROVAL:

- The Parties may file redacted versions of the Parties' May 27, 2022 joint statement, Plaintiffs' motion for sanctions, the Google Defendants' opposition to the motion,

Plaintiffs' reply brief, and any associated supporting documents, as separate entries on the ECF docket;

- If any material is filed in redacted form, the Parties shall also contemporaneously file unredacted copies of all documents on the ECF docket provisionally under seal, along with a 1-page interim sealing motion which may indicate that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion; and

- The Parties and any affected third parties shall jointly file omnibus sealing motions within 14 days after the filing of the Plaintiffs' reply brief in support of the motion for sanctions.

Dated:  May 26, 2022              BARTLIT BECK LLP
                                               Karma M. Giulianelli

                                           KAPLAN FOX & KILSHEIMER LLP
                                               Hae Sung Nam

                                           Respectfully submitted,

                                           By:   /s/  *Karma M. Giulianelli*
                                                    Karma M. Giulianelli

                                               *Co-Lead Counsel for the Proposed Class in*
                                               *In re Google Play Consumer Antitrust*
                                               *Litigation*

Dated:  May 26, 2022              PRITZKER LEVINE LLP
                                               Elizabeth C. Pritzker

                                           Respectfully submitted,

                                           By:   /s/  *Elizabeth C. Pritzker*
                                                    Elizabeth C. Pritzker

                                               *Liaison Counsel for the Proposed Class in*
                                               *In re Google Play Consumer Antitrust*
                                               *Litigation*

Dated:  May 26, 2022                   FAEGRE DRINKER BIDDLE & REATH LLP
                                                  Paul J. Riehle

CRAVATH, SWAIN & MOORE LLP
     Christine A. Varney

Respectfully submitted,

By:   /s/  *Paul J. Riehle*
       Paul J. Riehle

*Counsel for Plaintiff Epic Games, Inc. in*
*Epic Games, Inc. v. Google LLC et al.*

Dated:  May 26, 2022                   OFFICE OF THE UTAH ATTORNEY
GENERAL
     Brendan P. Glackin

Respectfully submitted,

By:   /s/  *Brendan P. Glackin*
       Brendan P. Glackin

*Counsel for Utah and the States*

Dated:  May 26, 2022                   HAGENS BERMAN SOBOL SHAPIRO LLP
     Steve W. Berman
     Robert F. Lopez
     Benjamin J. Siegel

SPERLING & SLATER PC
     Joseph M. Vanek
     Eamon P. Kelly
     Alberto Rodriguez

Respectfully submitted,

By:   /s/  *Steve W. Berman*
       Steve W. Berman

*Co-Lead Interim Class Counsel for the*
*Developer Class and Attorneys for*
*Plaintiff Pure Sweat Basketball*

3

1   Dated:  May 26, 2022                     HAUSFELD LLP
                                              Bonny E. Sweeney
2                                             Melinda R. Coolidge
                                              Katie R. Beran
3                                             Scott A. Martin
                                              Irving Scher
4
                                              Respectfully submitted,
5
                                              By:   /s/  *Bonny E. Sweeney*
6                                                    Bonny E. Sweeney
7                                                    *Co-Lead Interim Class Counsel for the*
                                                     *Developer Class and Attorneys for*
8                                                    *Plaintiff Peekya App Services, Inc.*
9   Dated:  May 26, 2022                     HUESTON HENNIGAN LLP
                                              John C. Hueston
10                                            Douglas J. Dixon
                                              Joseph A. Reiter
11                                            Michael K. Acquah
                                              William M. Larsen
12                                            Julia L. Haines
13                                            Respectfully submitted,
14                                            By:   /s/  *Douglas J. Dixon*
                                                     Douglas J. Dixon
15
                                                     *Counsel for Match Group, LLC, Humor*
16                                                   *Rainbow, Inc., PlentyofFish Media ULC,*
                                                     *People Media, Inc. ("Match Group*
17                                                   *Plaintiffs")*
18  Dated:  May 26, 2022                     MORGAN, LEWIS & BOCKIUS LLP
                                              Brian C. Rocca
19                                            Sujal J. Shah
                                              Minna L. Naranjo
20                                            Rishi P. Satia
                                              Michelle Park Chiu
21
                                              Respectfully submitted,
22
                                              By:   /s/  *Brian C. Rocca*
23                                                   Brian C. Rocca
24                                                   *Counsel for Defendants Google LLC et al.*
25
                                        4

Dated:  May 26, 2022                    O'MELVENY & MYERS LLP
                                         Daniel M. Petrocelli
                                         Ian Simmons
                                         Benjamin G. Bradshaw
                                         Stephen J. McIntyre

                                        Respectfully submitted,

                                        By:   */s/ Stephen J. McIntyre*
                                              Stephen J. McIntyre

                                              *Counsel for Defendants Google LLC et al.*

Dated:  May 26, 2022                    MUNGER, TOLLES & OLSON LLP
                                         Glenn D. Pomerantz
                                         Kyle W. Mach
                                         Kuruvilla Olasa
                                         Justin P. Raphael
                                         Emily C. Curran-Huberty
                                         Jonathan I. Kravis

                                        Respectfully submitted,

                                        By:   */s/ Glenn D. Pomerantz*
                                              Glenn D. Pomerantz

                                              *Counsel for Defendants Google LLC et al.
                                              in In re Google Play Consumer Antitrust
                                              Litigation; In re Google Play Developer
                                              Antitrust Litigation; Epic Games, Inc. in
                                              Epic Games, Inc. v. Google LLC; State of
                                              Utah et al. v. Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   May 27, 2022
                                         _____
                                         HON. JAMES DONATO
                                         United States District Judge

5

## **E-FILING ATTESTATION**

I, Stephen J. McIntyre, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.


            */s/   Stephen J. McIntyre*