Karma M. Giulianelli (SBN 184175)
karma.giulianelli@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100

Hae Sung Nam (*pro hac vice*)
hnam@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone.: (212) 687-1980

*Co-Lead Counsel for the Proposed Class in In re Google Play Consumer Antitrust Litigation*

Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

*Counsel for Plaintiff Epic Games, Inc. in Epic Games, Inc. v. Google LLC et al.*

Brendan P. Glackin (SBN 199643)
bglackin@agutah.gov
**OFFICE OF THE UTAH ATTORNEY GENERAL**
160 E 300 S, 5th Floor
PO Box 140872
Salt Lake City, UT 84114-0872
Telephone: (801) 366-0260

*Counsel for Utah and the States*

John C. Hueston (SBN 164921)
jhueston@hueston.com
**HUESTON HENNIGAN LLP**
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

*Counsel for Plaintiffs Match Group, LLC, et al.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700

*Counsel for Defendants Google LLC et al.*

Plaintiffs' Administrative Motion to File Documents Under Seal and Notice of Lodging Pursuant to Civil Local Rule 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (pro hac vice)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots, LLC*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>RELATED ACTIONS:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC et al. v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | No. 3:20-CV-05761-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:  Hon. James Donato |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs submit this administrative motion
2  to file under seal the Parties' Joint Statement Regarding Google's Preservation of Instant
3  Messages ("Joint Statement"), as well as certain Exhibits filed in support of the Joint Statement.
4  Pursuant to the Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for
5  Sanctions, Dkt. 256, the reasons for sealing will be discussed in a forthcoming omnibus sealing
6  motion, to be filed 14 days after the filing of Plaintiffs' reply brief in support of the motion for
7  sanctions. Plaintiffs also hereby provide notice of lodging to all parties and their counsel pursuant
8  to Civil Local Rule 79-5(e).

Dated: May 27, 2022                    **BARTLIT BECK LLP**
                                        Karma M. Giulianelli

                                       **KAPLAN FOX & KILSHEIMER LLP**
                                        Hae Sung Nam

                                                Respectfully submitted,

                                       By:    /s/ Karma M. Giulianelli

                                       *Co-Lead Counsel for the Proposed Class in In re
                                       Google Play Consumer Antitrust Litigation*

Dated: May 27, 2022                    **PRITZKER LEVINE LLP**
                                        Elizabeth C. Pritzker

                                                Respectfully submitted,

                                       By:    /s/ Elizabeth C. Pritzker
                                              Elizabeth C. Pritzker

                                       *Liaison Counsel for the Proposed Class in In re
                                       Google Play Consumer Antitrust Litigation*

| | | |
|---|---|---|
| 1 | Dated: May 27, 2022 | **CRAVATH, SWAINE & MOORE LLP** |
| 2 | | Christine Varney (pro hac vice) |
| | | Katherine B. Forrest (pro hac vice) |
| 3 | | Gary A. Bornstein (pro hac vice) |
| 4 | | Timothy G. Cameron (pro hac vice) |
| | | Yonatan Even (pro hac vice) |
| 5 | | Lauren A. Moskowitz (pro hac vice) |
| | | Justin C. Clarke (pro hac vice) |
| 6 | | M. Brent Byars (pro hac vice) |
| 7 | | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| 8 | | Paul J. Riehle (SBN 115199) |
| 9 | | Respectfully submitted, |
| 10 | | By:   */s/ Yonatan Even* |
| 11 | | Yonatan Even |
| 12 | | *Counsel for Plaintiff Epic Games, Inc.* |
| 13 | Dated: May 27, 2022 | **OFFICE OF THE UTAH ATTORNEY GENERAL** |
| 14 | | Brendan P. Glackin |
| 15 | | Lauren M. Weinstein |
| 16 | | Respectfully submitted, |
| 17 | | By:   */s/ Brendan P. Glackin* |
| 18 | | Brendan P. Glackin |
| 19 | | *Counsel for Utah* |

PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

5

| | | |
|---|---|---|
| 1 | Dated: May 27, 2022 | **HUESTON HENNIGAN LLP** |
| 2 | | John C. Hueston |
| | | Douglas J. Dixon |
| 3 | | Joseph A. Reiter |
| 4 | | Michael K. Acquah |
| | | William M. Larsen |
| 5 | | Julia L. Haines |
| 6 | | Respectfully submitted, |
| 7 | | By:   /s/ Douglas J. Dixon |
| 8 | |          Douglas J. Dixon |
| 9 | | *Counsel for Plaintiffs Match Group, LLC, et al.* |
| 10 | Dated: May 27, 2022 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | | Steve W. Berman |
| 11 | | Robert F. Lopez |
| 12 | | Benjamin J. Siegel |
| 13 | | **SPERLING & SLATER PC** |
| | | Joseph M. Vanek |
| 14 | | Eamon P. Kelly |
| 15 | | Alberto Rodriguez |
| 16 | | Respectfully submitted, |
| 17 | | By:   /s/ Steve W. Berman |
| | |          Steve W. Berman |
| 18 | | |
| 19 | | *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Pure Sweat* |
| 20 | | *Basketball and LittleHoots, LLC* |

| | | |
|---|---|---|
| Dated: May 27, 2022 | **HAUSFELD LLP** | |
| | Bonny E. Sweeney | |
| | Melinda R. Coolidge | |
| | Katie R. Beran | |
| | Scott A. Martin | |
| | Irving Scher | |

           Respectfully submitted,

        By: <u>/s/ Bonny E. Sweeney</u>
           Bonny E. Sweeney

*Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiff Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

Dated: May 27, 2022      **MORGAN, LEWIS & BOCKIUS LLP**
                Brian C. Rocca
                Sujal J. Shah
                Michelle Park Chiu
                Minna L. Naranjo
                Rishi P. Satia

           Respectfully submitted,

        By: <u>/s/ Brian C. Rocca</u>
           Brian C. Rocca

*Counsel for Defendants Google LLC et al.*

Dated: May 27, 2022      **O'MELVENY & MYERS LLP**
                Daniel M. Petrocelli
                Ian Simmons
                Benjamin G. Bradshaw
                Stephen J. McIntyre

           Respectfully submitted,

        By: <u>/s/ Daniel M. Petrocelli</u>
           Daniel M. Petrocelli

*Counsel for Defendants Google LLC et al.*

Dated: May 27, 2022

**MUNGER, TOLLES & OLSON LLP**
Glenn D. Pomerantz
Kuruvilla Olasa
Emily C. Curran-Huberty
Jonathan I. Kravis
Justin P. Raphael
Kyle W. Mach

Respectfully submitted,

By:   /s/ Glenn D. Pomerantz
       Glenn D. Pomerantz

*Counsel for Defendants Google LLC et al.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served on May 27, 2022, upon all counsel of record via the Court's electronic notification system.

*/s/ Hae Sung Nam*