Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

Glenn D. Pomerantz (SBN 112503)
glenn.pomerantz@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca (SBN 221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000

Daniel M. Petrocelli, Bar No. 97802
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

*Counsel for Defendants Google LLC et al.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEVELOPER PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>[Civil L.R. 6-2]<br><br>Judge: Hon. James Donato |

Pursuant to Civil Local Rule 6-2, the plaintiffs in the *In re Google Play Developer Antitrust Litigation*, No. 3:20-cv-5792-JD (N.D. Cal.) ("Developer Plaintiffs"); and the defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. (collectively, "Google"), stipulate as follows:

WHEREAS, pursuant to the Stipulation and Order re Developer Plaintiffs' Class Certification Deadlines in Light of Settlement entered by this Court on May 25, 2022 (ECF No. 208), Developer Plaintiffs are due to file their motion for preliminary settlement approval on June 16, 2022.

WHEREAS, Developer Plaintiffs and Google have retained a settlement administrator and made substantial progress both finalizing a long-form settlement agreement and developing a settlement administration plan for the Court's approval.

WHEREAS, Developer Plaintiffs and Google believe that additional time is needed and appropriate to coordinate with the settlement administrator and finalize aspects of the notice and distribution plan.

WHEREAS, Developer Plaintiffs and Google agree, and request that the Court order, that Developer Plaintiffs' deadline to file for preliminary settlement approval should be extended from June 16, 2022 to June 30, 2022.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. Developer Plaintiffs shall file a motion for preliminary approval of the settlement on or before June 30, 2022.


Dated: June 15, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP
  Steve W. Berman
  Robert F. Lopez
  Ben M. Harrington
  Benjamin J. Siegel

SPERLING & SLATER, PC
  Joseph M. Vanek
  Eamon P. Kelly
  Alberto Rodriguez

Respectfully submitted,

By: */s/ Steve W. Berman*
  Steve W. Berman

  *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiffs Pure Sweat Basketball and LittleHoots, LLC*

HAUSFELD LLP
  Bonny E. Sweeney
  Melinda R. Coolidge
  Katie R. Beran
  Scott A. Martin
  Irving Scher

Respectfully submitted,

By: */s/ Bonny E. Sweeney*
  Bonny E. Sweeney

  *Co-Lead Interim Class Counsel for the Developer Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scalisco LLC*

MORGAN, LEWIS & BOCKIUS LLP
 Brian C. Rocca
 Sujal J. Shah
 Michelle Park Chiu
 Minna L. Naranjo
 Rishi P. Satia

Respectfully submitted,

By: */s/ Brian C. Rocca*
 Brian C. Rocca

 *Counsel for Defendants Google LLC et al.*


O'MELVENY & MYERS LLP
 Daniel M. Petrocelli
 Ian Simmons
 Benjamin G. Bradshaw
 Stephen J. McIntyre

Respectfully submitted,

By: */s/ Ian Simmons*
 Ian Simmons

 *Counsel for Defendants Google LLC et al.*


MUNGER, TOLLES & OLSON LLP
 Glenn D. Pomerantz
 Kyle W. Mach
 Kuruvilla Olasa
 Justin P. Raphael
 Emily C. Curran-Huberty
 Jonathan I. Kravis

Respectfully submitted,

By: */s/ Glenn D. Pomerantz*
 Glenn D. Pomerantz

 *Counsel for Defendants Google LLC et al.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      _____
                                                                  United States District Judge

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*s/ Steve W. Berman*
STEVE W. BERMAN