Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re
Google Play Developer Antitrust Litigation and
Attorneys for Pure Sweat Basketball, Inc.*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
kbates@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908

*Co-Lead Counsel for the Proposed Class in In
re Google Play Developer Antitrust Litigation
and Attorneys for Peekya App Services, Inc.
and Scalisco LLC d/b/a Rescue Pets*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION** | Case No. 3:20-cv-05792-JD |
| | **DECLARATION OF FRANÇOIS EINWAECHTER IN SUPPORT OF DEVELOPER PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |



1.      I am the Director o f Peekya App Services, Inc. ("Peekya"), a class representative in the above-captioned matter (the "Class Action").

2.      I submit this declaration in support of the Developer Class Plaintiffs' Motion for Preliminary Approval of the proposed Class Action Settlement with Google.

3.      This declaration is based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

4.      As a named class representative, I have actively participated in this case by reviewing the draft complaint and draft amended complaints, keeping apprised of the proceedings, preserving, collecting, and producing documents, preparing to have my deposition taken, helping to prepare the Responses and Objections to Defendants' First Set of Requests for Production to App Developer Class Plaintiffs, First Set of Interrogatories to Developer Class Plaintiffs, Second Set of Interrogatories to Developer Class Plaintiffs, and Preservation Interrogatories to Developer Class Plaintiffs, and reviewing and approving the terms of the proposed settlement.

5.      The proposed settlement agreement between Google and the proposed Settlement Class (the "Agreement") includes monetary and non-monetary relief for the benefit of the Settlement Class as more fully set forth in the Agreement.

6.      Peekya views Google's commitment to maintain a service fee rate of no greater than fifteen percent (15%) for the first $1,000,000 in developer revenue each year through May 25, 2025 ("Reduced Commission") as particularly significant non-monetary relief.

7.      In particular, the aspect of the Agreement securing a guaranteed Reduced Commission for the first $1,000,000 in developer revenue each year through May 25, 2025 furthers the significant, direct, and impactful benefits of Google's service fee rate reduction by ensuring that members of the Settlement Class will benefit from the continued reduction in Google's service fee

1

DECLARATION OF FRANÇOIS EINWAECHTER IN SUPPORT OF DEVELOPER PLAINTIFFS'
MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 3:20-cv-05792-JD

rate from 30% to 15% for members' sales of apps and in-app purchases for the first $1,000,000 in annual sales revenue for at least three more years.

8.      In relation to Google's March 16, 2021 announcement that it would reduce its service fee rate from 30% to 15% for the first $1,000,000 in developer revenue, I believe, and understand that Google has acknowledged, that this pending Class Action was a motivating factor in this significant reduction of Google's service fee rates, and I am proud to be serving as a class representative.

9.      The Agreement's terms guaranteeing a continued 50% reduction of Google's service fee rates for the distribution of apps and in-app content reflect a significant reduction in the service fee paid to Google by Peekya and members of the Settlement Class.

10.     Now, through this Class Action, we are able to guarantee that all members of the Settlement Class will continue to benefit from this substantial reduction for at least three more years, and I am gratified that my service as a class representative has helped to achieve this significant result.

11.     Overall, the Agreement not only includes monetary recovery but also will provide substantial benefits to Peekya and members of the Settlement Class, and Google's commitment to maintain the reduction in its service fee for at least three more years is of particular significance to Peekya and members of the Settlement Class.

12.     Therefore, Peekya fully supports the Settlement.

13.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 6 day of June, 2022, at Sarasota, Florida.

François Einwaechter

2