# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  August 4, 2022                                        Judge:  Hon. James Donato

Time:  9 minutes

Case No.        **3:20-cv-05792-JD In re Google Play Developer Antitrust Litigation**

Attorney(s) for Plaintiff(s):      Benjamin Siegel/Ben Harrington
Attorney(s) for Defendant(s):    Kuruvilla Olasa

Deputy Clerk:  Lisa R. Clark                                 Court Reporter:  Marla Knox

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

The Court discusses with the parties the developer plaintiffs' motion for preliminary settlement approval.  Dkt. No. 218.

The parties agree to supplement their notice proposal, and will aim to do so by August 25, 2022. The parties will propose additional methods of notice that will leverage the direct relationship defendant Google has with the proposed developer class members; the Court expects these additional methods can bring the anticipated claims rate to well above the 13% rate plaintiffs have stated they are anticipating here.  Dkt. No. 218 at 17.

The preliminary approval motion is stayed pending the further submission.