Kyle Geoffrey Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200 San Francisco, CA 94104 Telephone: (415) 633-1908 Facsimile: (415) 358-4980
bsweeney@hausfeld.com
kbates@hausfeld.com

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street
Philadelphia, PA 19106
kberan@hausfeld.com

Melinda R. Coolidge (*pro hac vice*)
Yelena W. Dewald (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW
Suite 300
Washington, DC 20006
mcoolidge@hausfeld.com
ydewald@hausfeld.com

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE FOR BONNY E. SWEENEY** |
| THIS DOCUMENT RELATES TO: <br><br> *In re Google Play Developer Antitrust Litigation* <br> Case No. 3:20-cv-05792-JD | |

1    TO THE COURT AND COUNSEL OF RECORD:

2    Plaintiffs hereby give notice and respectfully request leave of Court to withdraw Bonny E.
3 Sweeney of the law firm Hausfeld LLP as counsel of record for Plaintiffs Pure Sweat Basketball, Inc.
4 and Peekya App Services, Inc. ("Plaintiffs"), due to the fact that Ms. Sweeney is no longer associated
5 with Hausfeld LLP. Plaintiffs further request that Ms. Sweeney's name and email address be removed
6 from all case dockets. Plaintiffs will continue to be represented by court-appointed lead counsel,
7 including other attorneys of record associated with Hausfeld LLP.

9    Dated: August 9, 2022                                  Respectfully Submitted,

         /s/ *Kyle G. Bates*
         Kyle G. Bates (SBN 299114)
         **HAUSFELD LLP**
         600 Montgomery Street, Suite 3200
         San Francisco, CA 94104
         Telephone: (415) 633-1908
         Facsimile: (415) 358-4980
         kbates@hausfeld.com

         *Interim Co-Lead Class Counsel*

1
NOTICE OF WITHDRAWAL OF APPEARANCE FOR BONNY E. SWEENEY
CASE NO. 3:20-cv-05792-JD

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, I electronically filed the foregoing document entitled **NOTICE OF WITHDRAWAL OF APPEARANCE FOR BONNY E. SWEENEY** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kyle G. Bates*_____
Kyle G. Bates