1  Eamon P. Kelly (*pro hac vice*)
2  Joseph M. Vanek (*pro hac vice*)
   Alberto Rodriguez (*pro hac vice*)
3  SPERLING & SLATER, P.C.
   55 W. Monroe Street, 32nd Floor
4  Chicago, IL 60603
   Telephone: (312) 676-5845
5  Facsimile: (312) 641-6492
   jvanek@sperling-law.com
6  ekelly@sperling-law.com
   arodriguez@sperling-law.com
7

8

9  *Interim Co-Lead Class Counsel*

10

11                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
12                        SAN FRANCISCO DIVISION

13  | IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
    |---|---|
14  | | |
15  | | **NOTICE OF WITHDRAWAL OF APPEARANCE FOR BARRY FRETT** |
16  | THIS DOCUMENT RELATES TO: | |
17  | *In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | |
18

TO THE COURT AND COUNSEL OF RECORD:

Plaintiffs hereby give notice and respectfully request leave of Court to withdraw Barry Frett of the law firm Sperling & Slater, P.C. as counsel of record for Plaintiffs Pure Sweat Basketball, Inc. and Peekya App Services, Inc. ("Plaintiffs"), due to the fact that Mr. Frett is starting a clerkship and will no longer be associated with Sperling & Slater, P.C. Plaintiffs further request that Mr. Frett's name and email address be removed from all case dockets. Plaintiffs will continue to be represented by court-appointed lead counsel, including other attorneys of record associated with Sperling & Slater, P.C.

DATED: August 12, 2022                    Respectfully submitted,

By    */s/ Barry Frett*
     Barry Frett (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
**SPERLING & SLATER, P.C.**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I caused to be electronically filed the foregoing document entitled **NOTICE OF WITHDRAWAL OF APPEARANCE FOR BARRY FRETT** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of the same upon all counsel of record via the Court's electronic filing system.

                                                */s/ Barry Frett*
                                                Barry Frett (*pro hac vice*)