Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Pure Sweat Basketball, Inc. and LittleHoots LLC*

Bonny E. Sweeney (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908

*Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scaliso LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**DECLARATION OF LACEY THOMAS ELLIS IN SUPPORT OF DEVELOPER PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

1. I am the founder and Chief Executive Officer of LittleHoots, LLC, a class representative in the above-captioned matter (the "Class Action").

2. I submit this declaration in support of the Developer Class Plaintiffs' Motion for Preliminary Approval of the proposed Class Action Settlement with Google. This declaration is based on my personal, firsthand knowledge, and if called and sworn a witness, I could and would testify competently thereto.

3. This is an important lawsuit and I am proud to have served as a representative for the proposed class. I devoted significant time and effort to perform my role as a class representative. Among other tasks, I reviewed pleadings and discovery requests, conferring regularly with counsel regarding the subject matter of the lawsuit. I assisted counsel in responding to 71 document requests and 31 interrogatories. I spent substantial time and effort assisting counsel in gathering documents for production. I prepared for and had my deposition taken.

4. I understand that the proposed settlement agreement between Google and the proposed Settlement Class (the "Agreement") includes monetary and non-monetary relief for the benefit of the Settlement Class as more fully set forth in the Agreement. I fully approve the Agreement.

5. In addition to the monetary relief, one valuable aspect of the Agreement is Google's commitment to maintain a service fee rate of no greater than 15% for the first $1,000,000 in U.S. developer earnings each year through May 25, 2025. This commitment represents a substantial savings for U.S. developers. LittleHoots, for example, has never earned more than $1,000,000 in annual revenues in the Google Play store. Thus, when Google launched this 15% program in 2021, it had the effect of halving LittleHoots's service fees, reducing them from 30% to 15%. U.S. developers earning more than $1,000,000 also only pay 15% on the first $1,000,000 under this program. I understand that Google acknowledges in the Agreement that this lawsuit was one factor

behind the program's initial launch, and locking in the program's savings through May 25, 2025 is valuable in its own right. I am proud to have achieved this result for U.S. developers.

6. Another exciting aspect of the Agreement is Google's commitment to create an "Indie Apps Corner" on the U.S. homepage of the Google Play store, and maintain it for two years after final approval. This feature will spotlight a rotating set of apps created by independent and small startup developers. As a small, independent developer, I can attest to the value of the Indie Apps Corner. One challenge small developers face is getting their apps discovered, and that has been a challenge for LittleHoots in particular. The Indie Apps Corner will improve discoverability, and I believe the opportunity to be spotlighted in the Indie Apps Corner will encourage small and independent developers to continue to innovate quality apps. I am gratified to have contributed to this outcome.

7. From LittleHoots's perspective, another noteworthy aspect of the settlement is Google's commitment to maintain, for at least three years following final approval, features in the Android 12 OS that facilitate auto updates on apps downloaded outside the Google Play store. LittleHoots has updated its Android app on several occasions, and the ability to push auto updates to users is valuable because it ensures that users are utilizing the most recent (and typically most functional) version of the app. I believe that the ability to auto update apps downloaded from stores other than Google Play will make those stores more attractive distribution outlets for developers.

8. In sum, in addition to the monetary recovery, the Agreement will provide substantial benefits to LittleHoots and members of the Settlement Class. LittleHoots fully supports the Agreement.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of June, 2022, at Prairie Village, Kansas.

DocuSigned by:

*Lacey Ellis*

317AB73903A44BA...

Lacey Ellis