| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Bonny E. Sweeney (SBN 176174) |
| steve@hbsslaw.com | bsweeney@hausfeld.com |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **HAUSFELD LLP** |
| 1301 Second Ave., Suite 2000 | 600 Montgomery Street, Suite 3200 |
| Seattle, WA 98101 | San Francisco, CA 94111 |
| Telephone: (206) 623-7292 | Telephone: (415) 633-1908 |

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc. and Scalisco LLC d/b/a Rescue Pets*

*Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION** | Case No. 3:20-cv-05792-JD<br><br>**DECLARATION OF DANIEL SCALISE IN SUPPORT OF DEVELOPER PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

DECLARATION OF DANIEL SCALISE IN SUPPORT OF DEVELOPER PLAINTIFFS' MOTION
FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 3:20-cv-05792-JD

1. I am the owner of Scalisco LLC d/b/a Rescue Pets ("Rescue Pets"), a class representative in the above-captioned matter (the "Class Action").

2. I submit this declaration in support of the Developer Class Plaintiffs' Motion for Preliminary Approval of the proposed Class Action Settlement with Google.

3. This declaration is based on my personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

4. As a named class representative, I have actively participated in this case and devoted significant time and effort to this case by reviewing the draft Second Amended Consolidated Class Action Complaint, keeping apprised of the proceedings, preserving, collecting, and producing documents, preparing to have my deposition taken and having my deposition taken, helping to prepare the Responses and Objections to Defendants' First Set of Requests for Production to App Developer Class Plaintiffs, First Set of Interrogatories to Developer Class Plaintiffs, Second Set of Interrogatories to Developer Class Plaintiffs, and Preservation Interrogatories to Developer Class Plaintiffs, and reviewing and approving the terms of the proposed settlement.

5. The proposed settlement agreement between Google and the proposed Settlement Class (the "Agreement") includes monetary and non-monetary relief for the benefit of the Settlement Class as more fully set forth in the Agreement.

6. Of the non-monetary relief in the Agreement, Rescue Pets believes that Google's commitment to maintain a service fee rate of no greater than fifteen percent (15%) for the first $1,000,000 in developer revenue each year through May 25, 2025 ("Reduced Commission") is of significant value to members of the Settlement Class.

7. Guaranteeing a Reduced Commission for the first $1,000,000 in developer revenue each year through May 25, 2025 ensures that members of the Settlement Class will continue to receive the benefit of Google's reduction in its service fee rate from 30% to 15% for members'

sales of apps and in-app purchases for the first $1,000,000 in annual sales revenue for approximately three more years at minimum.

8. Because Rescue Pets has earned less than $1,000,000 in developer revenue each year since its creation, the effect of Google's service fee rate change was that the service fees Rescue Pets pays to Google were reduced by 50%.

9. The Agreement's terms guaranteeing a continued 50% reduction of Google's service fee rates for the distribution of apps and in-app content reflect a significant reduction in the service fee paid to Google by Rescue Pets and members of the Settlement Class.

10. Therefore, the Reduced Commission has a substantial impact that directly benefits Rescue Pets and members of the Settlement Class.

11. Rescue Pets understands that Google has acknowledged that this pending Class Action was a motivating factor in its March 16, 2021 announcement that it would reduce its service fee rate from 30% to 15% for the first $1,000,000 in developer revenue, and I am proud that we achieved such an outstanding result through this litigation.

12. I further believe that this Class Action and the resulting proposed Agreement, guaranteeing that all members of the Settlement Class will continue to benefit from this substantial service fee reduction, is a substantial benefit to the Settlement Class, and I am proud to have helped bring about this monumental result, as well as the additional structural reforms that Google has committed to, including developing an "Indie Apps Corner" on the homepage of the Google Play Store and publishing an annual transparency report.

13. Overall, the Agreement not only includes monetary recovery but also will provide substantial benefits to Rescue Pets and members of the Settlement Class, in particular through Google's commitment to maintain the reduction in its service fee for approximately three more years at minimum.

Case 3:20-cv-05792-JD   Document 229-6   Filed 10/12/22   Page 4 of 4

14. Rescue Pets, therefore, enthusiastically supports the Settlement.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 29 day of June, 2022, at Montgomery, West Virginia.

_____
Daniel Scalise

3
DECLARATION OF DANIEL SCALISE IN SUPPORT OF DEVELOPER PLAINTIFFS' MOTION
FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 3:20-cv-05792-JD