# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 17, 2022      Judge: Hon. James Donato

Time: 9 Minutes

Case No.      **3:20-cv-05792-JD**
Case Name     **In re Google Play Developer Antitrust Litigation**

Attorney(s) for Plaintiff(s):     Steve Berman/Ben Harrington/Melinda Coolidge/Eamon Kelly
Attorney(s) for Defendant(s):     Brian Rocca/Nina Naranjo/Kuruvilla Olasa/Glen Pomerantz/Tate Harshbarger

Court Reporter: Debra Pas

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motion for Preliminary Settlement Approval -- Held

## NOTES AND ORDERS

For the developer plaintiffs' renewed motion for preliminary settlement approval, Dkt. No. 229, the parties will revise and re-submit their proposed notice and proposed preliminary approval order, as discussed with the Court on the record.