Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
SPERLING & SLATER P.C.
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Pure Sweat Basketball, Inc. and LittleHoots LLC*

Melinda R. Coolidge (*pro hac vice*)
mcoolidge@hausfeld.com
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200

*Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scaliso LLC*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**SUPPLEMENTAL SUBMISSION SUPPORTING DEVELOPER PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Hon. James Donato |

On October 12, 2022, Developer Plaintiffs submitted a Renewed Motion for Preliminary Settlement Approval. *See* ECF No. 229. At the November 17, 2022 preliminary approval hearing, the Court instructed Developer Plaintiffs to make several modifications to the notice documents and proposed order. Working with the Settlement Administrator and Google, Developer Plaintiffs have implemented the Court's guidance as follows:

- **Notice Documents**: As requested by the Court, Developer Plaintiffs have modified the Long Form Notice,[1] Summary Email Notice,[2] and Summary Postcard Notice[3] to emphasize that Settlement Class Members are entitled to an automatic payment. Console Notice,[4] which will be delivered through the Google Play store console, will continue to direct Settlement Class Members to the Settlement Website, where the Long Form Notice and all pertinent settlement details will be posted.

- **Claim Form**: In accordance with the Court's directions, what was previously described as the optional "Claim Form" has been retitled the "Payment Selection Form"[5] and so described throughout the notice documents.

- **Proposed Order**: The Court requested that the proposed order previously submitted (ECF No. 229-8) be amended to include further details on the proposed notice and distribution plan, including the procedures for distributing automatic payments to Settlement Class Members. These details are now set forth in paragraphs 7 to 13 of the Proposed Order Regarding Developer Plaintiffs' Renewed Motion for Preliminary Settlement Approval, filed herewith and emailed separately to the Court.

With these modifications, Developer Plaintiffs are confident that Settlement Class Members will receive the best notice practicable, and the Settlement Administrator concurs. *See* Weisbrot Decl. ¶ 4. Developer Plaintiffs respectfully request that preliminary approval be granted.

---

[1] *See* Declaration of Steven Weisbrot of Angeion Group Regarding Revised Notice Documents, dated November 21, 2022 ("Weisbrot Decl."), Ex. A.

[2] *See id.* Ex. B.

[3] *See id.* Ex. C.

[4] *See id.* Ex. D.

[5] *See id.* Ex. E.

- 1 -

SUPPLEMENTAL SUBMISSION SUPPORTING RENEWED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 3:20-cv-05792-JD

| | |
|---|---|
| Dated: November 21, 2022 | Respectfully submitted, |
| | By  */s/ Steve W. Berman* |
| | Steve W. Berman (*pro hac vice*) |
| | Robert F. Lopez (*pro hac vice*) |
| | Ted Wojcik (*pro hac vice*) |
| | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | steve@hbsslaw.com |
| | robl@hbsslaw.com |
| | tedw@hbsslaw.com |
| | |
| | Ben M. Harrington (SBN 313877) |
| | Benjamin J. Siegel (SBN 256260) |
| | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | benh@hbsslaw.com |
| | bens@hbsslaw.com |
| | |
| | By *s/ Melinda R. Coolidge* |
| | Melinda R. Coolidge (*pro hac vice*) |
| | Yelena W. Dewald (*pro hac vice*) |
| | **HAUSFELD LLP** |
| | 888 16th Street, NW, Suite 300 |
| | Washington, DC 20006 |
| | Telephone: (202) 540-7200 (main) |
| | Telephone: (202) 540-7144 (direct) |
| | Facsimile: (202) 540-7201 |
| | mcoolidge@hausfeld.com |
| | ydewald@hausfeld.com |
| | |
| | Kyle Geoffrey Bates (SBN 299114) |
| | **HAUSFELD LLP** |
| | 600 Montgomery Street, Suite 3200 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 633-1908 (main) |
| | Facsimile: (415) 358-4980 |
| | kbates@hausfeld.com |

```
                                    Katie R. Beran (pro hac vice)
                                    HAUSFELD LLP
                                    325 Chestnut Street, Suite 900
                                    Philadelphia, PA 19106
                                    Telephone: (215) 985-3270 (main)
                                    Telephone: (267) 702-3215 (direct)
                                    Facsimile:  (215) 985-3271
                                    kberan@hausfeld.com

                                    By    /s/ Eamon P. Kelly
                                       Eamon P. Kelly (pro hac vice)
                                    Joseph M. Vanek (pro hac vice)
                                    Alberto Rodriguez (pro hac vice)
                                    SPERLING & SLATER, P.C.
                                    55 W. Monroe Street, 32nd Floor
                                    Chicago, IL 60603
                                    Telephone: (312) 676-5845
                                    Facsimile: (312) 641-6492
                                    jvanek@sperling-law.com
                                    ekelly@sperling-law.com
                                    arodriguez@sperling-law.com

                                    Interim Co-Lead Class Counsel and Proposed
                                    Settlement Counsel
```

- 3 -

SUPPLEMENTAL SUBMISSION SUPPORTING RENEWED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 3:20-cv-05792-JD