UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP REGARDING REVISED NOTICE DOCUMENTS** |

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). Angeion specializes in designing, developing, analyzing, and implementing large-scale, unbiased, legal notification plans.

2. I have personal knowledge of the matters stated herein. In forming my opinions regarding notice and settlement administration in this action, I have drawn from my extensive class action experience, as described below.

3. Following the November 17, 2022 preliminary approval hearing, Angeion worked with Class Counsel and Google to implement the Court's instructions with respect to class notice. Further to the Court's requests, the Long Form Notice (**Exhibit A** hereto), Summary Email Notice (**Exhibit B** hereto), and Summary Postcard Notice (**Exhibit C** hereto), have all been revised to better communicate Settlement Class Members' entitlement to an automatic payment. Console Notice (**Exhibit D** hereto) will continue to direct Settlement Class Members to the Settlement Website, where the Long Form Notice will be available. In addition, the optional "Claim Form" has been retitled the "Payment Selection Form" (**Exhibit E** hereto), and described as such throughout all notice documents.

4. It is my opinion that the plan for notice and distribution, as revised in accordance with the Court's instructions, is the best practicable under the circumstances and fully comports with due process, Federal Rule of Civil Procedure 23, and the Northern District's Procedural Guidance for Class Action Settlements. In connection with any motion for final approval of the Settlement, Angeion will provide a final report verifying the effective implementation of notice.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  November 21, 2022

_____
STEVEN WEISBROT

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Are a U.S. Android OS App Developer
## You Could Get a Payment from a Settlement with Google

**Developers who meet all class criteria are entitled to an automatic minimum cash payment of $250 to amounts estimated to exceed $200,000**

*A court authorized this notice.  This is not a solicitation.*

A settlement has been reached with Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. ("Google") in an antitrust class action lawsuit about the Google Play store.  The lawsuit was brought by U.S. app developers.  The lawsuit alleged that Google monopolized (or attempted to monopolize) alleged markets related to the distribution of Android OS apps and in-app products in violation of U.S. and California law. Google denies all allegations and the settlement is not an admission of wrongdoing by Google.  Both Plaintiffs and Google agreed to settle this case to move forward, avoid uncertain litigation, and provide support to the developer community.

You may be included in this settlement and entitled to receive a payment if you are or were a U.S. developer of any Android OS application or in-app product (including subscriptions) and satisfy the following criteria:

   (1) Sold an application or in-app product (including subscriptions) for a non-zero price between August 17, 2016 and December 31, 2021;

   (2) Paid Google a service fee greater than 15% on at least one such transaction between August 17, 2016 and December 31, 2021; and

   (3) Earned proceeds between U.S. $0 and U.S. $2,000,000.00 through Google Play in every calendar year between and inclusive of 2016 and 2021.  For this purpose, the 2016 calendar year shall consist of August 17, 2016 through December 31, 2016.

Your legal rights are affected whether you act or don't act.  Read this notice carefully.  It addresses each of the following options available to you:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
| --- | --- |
| **STAY IN THE CLASS AND RECEIVE PAYMENT**<br><br>**DEADLINE: AS SPECIFIED IN DESCRIPTION** | If you received an email or mailed notice of this settlement from the Settlement Administrator, that is because Google's records indicate you may be a member of the Settlement Class.  If you take no further action, the Settlement Administrator will attempt to send you a physical check.  If you wish to receive a digital payment instead, you must elect that option by [insert]. (*See* Question [XX]).<br><br>If you did not receive an email or mailed notice of this settlement, but believe you are a Settlement Class Member, you must submit a valid Payment Selection Form by [insert] to receive a payment.  (*See* Question [XX]). |
| **ASK TO BE EXCLUDED FROM THE SETTLEMENT**<br><br>**DEADLINE: [INSERT]** | If you decide to exclude yourself from this settlement, you will lose the ability to obtain a payment from the Settlement Fund.  But you may keep the ability to sue Google for claims related to this case.  (*See* Question 16.) |

| OBJECT TO THE SETTLEMENT DEADLINE: [INSERT] | If you do not exclude yourself from the settlement, you may still object to it by writing to the Court to explain the basis for your objection. (*See* Question 19.) |
|---|---|
| ASK TO SPEAK AT THE HEARING ON [INSERT] | If you object to the settlement, you may ask the Court for permission to speak at the Final Approval Hearing about your objection.  (*See* Question 23.) |
| DO NOTHING (NO DEADLINE) | If you take no action you give up your legal right to continue to sue Google for claims related to this case, and, if you received a separate email or mailed notice of this settlement, the Settlement Administrator will attempt to send you a physical check. |

These rights and options – **and the deadlines to exercise them** – are explained in this notice.

# WHAT THIS NOTICE CONTAINS [adjust pages before going to final]

**BASIC INFORMATION**                                                                   **Page**
    1.  Why was this notice issued?                     4
    2.  What is this lawsuit about?                     4
    3.  Why is there a settlement?                      4

**WHO IS INCLUDED IN THE SETTLEMENT?**                                                  **Page**
    4.  How do I know if I am part of the settlement?    5
    5.  What does a "U.S. app developer" mean?           5
    6.  What are App Store "proceeds"?                   5
    7.  Do I need to calculate my proceeds?              5

**THE SETTLEMENT'S BENEFITS**                                                           **Page**
    8.  What does the settlement provide?                6
    9.  How much will my payment be?                     7

**HOW TO GET A PAYMENT**                                                                **Page**
    10. How do I get a payment?
    11. What if I want payment by check, but to a different entity or address?
                                8
    12. When will I get a payment?                            8
    13. What rights am I giving up to get a payment?          9

**THE LAWYERS REPRESENTING THE CLASS**                                                  **Page**
    14. Do I have a lawyer in this case?                      9
    15. How will the lawyers be paid?                         9
    16. May I get my own lawyer?                              10

**EXCLUDING YOURSELF FROM THE SETTLEMENT**                                              **Page**
    17. How do I request to be excluded from the settlement?    10
    18. If I exclude myself, can I still get a payment from this settlement?    10
    19. If I exclude myself, can I sue Google for the same claims later?    10

**OBJECTING TO THE SETTLEMENT**                                                         **Page**
    20. How do I object?                                     11
    21. What's the difference between objecting and excluding myself?    11

**THE COURT'S FINAL APPROVAL HEARING**                                                  **Page**
    22. When and where will the Court decide whether to approve the settlement?    12
    23. Do I have to come to the hearing?                     12
    24. May I speak at the hearing?                           12

**IF YOU DO NOTHING**                                                                   **Page**
    25. What happens if I do nothing at all?                  12

**ADDITIONAL INFORMATION**                                                **Page**

    26. Are more details available?                                          12

## BASIC INFORMATION

**1. Why was this notice issued?**

A federal court authorized this notice because you have a right to know about the proposed settlement of this class action lawsuit and all of your options before the Court decides whether to approve the proposed settlement.  This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, and who can get them.

Judge James Donato of the United States District Court for the Northern District of California (the "Court") is currently overseeing this case and will decide whether to grant final approval to the settlement.  The case is known as In re *Google Play Developer Antitrust Litigation.*, Case No. 3:20-cv-05792-JD and is included in the multidistrict litigation called *In re: Google Play Antitrust Litigation,* 3:21-md-02981-JD.

**2.  What is this lawsuit about?**

Plaintiffs filed a lawsuit against Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. ("Google") claiming that Google has monopolized (or attempted to monopolize) alleged markets for Android OS app and in-app-product distribution services in violation of the federal antitrust laws, as well as California antitrust and unfair competition laws.  Plaintiffs also alleged that Google unlawfully requires that developers selling apps through the Google Play store use Google's billing services for in-app purchases, and that this requirement is a "tie" in violation of U.S. and California antitrust laws.

Plaintiffs claimed that Google's alleged anticompetitive conduct allowed Google to charge supra-competitive service fees to developers on the sale of apps and in-app products.

Google denies all these claims and the settlement is not an admission of wrongdoing by Google.

**3.  Why is there a Settlement?**

The Court did not decide in favor of the Plaintiffs or Google.  Instead, the Plaintiffs and Google agreed to a settlement.  This way, the parties avoid the cost, burden, and uncertainty of litigation.  The class representatives and their attorneys think the settlement is best for all Settlement Class Members.  Google denies that it did anything wrong and denies that its conduct harmed developers but has agreed to the Settlement to avoid the time, expense, and distraction associated with further litigation.  In addition, Google agreed to this Settlement to provide additional support to the Google Play developer community.

## WHO IS INCLUDED IN THE SETTLEMENT?

**4.  How do I know if I am part of the settlement?**

The Court decided that everyone who fits this description and chooses not to request to be excluded is a member of the **Settlement Class**:

All former or current U.S. developers that meet each of the following criteria: (a) sold an application or in-app product (including subscriptions) for a non-zero price between August 17, 2016 and December 31, 2021; (b) paid Google a service fee greater than 15% on at least one such transaction between August 17, 2016 and December 31, 2021; and (c) earned Proceeds between U.S. $0 and U.S. $2,000,000.00 through Google Play in every calendar year between and inclusive of 2016 and 2021. Solely for Settlement Class definition purposes, the 2016 calendar year shall consist of August 17, 2016 through December 31, 2016.

Excluded from the Settlement Class are (a) directors, officers, and employees of Google or its subsidiaries and affiliated companies, as well as Google's legal representatives, heirs, successors, or assigns; (b) the Court, the Court staff, as well as any appellate court to which this matter is ever assigned and its staff; (c) Defense Counsel, as well as their immediate family members, legal representatives, heirs, successors, or assigns; (d) any Developers who validly request exclusion ("opt out") from the Settlement Class; and (e) any other individuals or entities whose claims already have been adjudicated to a final judgment.

Based on the records obtained by Class Counsel, there are nearly 48,000 potential members of the Settlement Class ("Settlement Class Members").  If you received an email or mailed notice of this settlement, that is because Google's records indicate that you may be a Settlement Class Member and entitled to a payment.

**5.   What does a "U.S. app developer" mean?**

"U.S. Developer" means a Developer that identified the United States as the Developer's country when enabling payments from Google Play.

**6.   What are Google Play store "Proceeds"?**

A developer's Google Play "Proceeds" are its net revenues on Google Play, across all the Developers' accounts collectively, after subtracting any service fee retained by Google.

**7.   Do I need to calculate my proceeds?**

The Google Play proceeds for your developer accounts will be calculated based on Google's records to provisionally confirm that you are eligible to receive a payment from the settlement.  To redeem your payment check or elect a digital payment, you must confirm that, to the extent you have multiple accounts, the total proceeds for all your accounts does not exceed $2,000,000 through the Google Play

store in any calendar year between and inclusive of 2016 and 2021.  Solely for Settlement Class definition purposes, the 2016 calendar year shall consist of August 17, 2016 through December 31, 2016.

If you are unsure if you are a Settlement Class Member, please visit www.googleplaydevelopersettlement.com, email [email], or call [phone].

If you did not receive a notice, but think you may be a Settlement Class Member, you can still file a Payment Selection Form to pursue a payment.  More information on how to do so is available at www.googleplaydevelopersettlement.com.

## THE SETTLEMENT'S BENEFITS

| **8.    What does the settlement provide?** |
| --- |

Under the settlement, if approved, Google has agreed to establish a $90 million settlement fund (the "Settlement Fund"). After deducting any Court-approved attorneys' fees and expenses, service awards, and the costs of settlement administration, the remaining Net Settlement Fund will be available for distribution to Settlement Class Members.

If the Settlement is approved, Google will also do the following:

- Through May 25, 2025, Google shall maintain for U.S. Developers a service fee of no greater than fifteen percent (15%) for the first $1M of developer earnings each year, pursuant to the terms and conditions of Google Play and subject to program participation requirements.

- For a period of at least three (3) years following final approval of the settlement (the "Final Approval Order"), Google shall continue to allow developers to use contact information obtained in-app (with user consent) to communicate with users out-of-app, including to promote alternatives to Google Play's billing system.  In the interest of clarity, Google agrees to modify the Google Play Developer Distribution Agreement (DDA) by eliminating the last sentence of ¶ 4.9, as follows:

    > You will not engage in any activity with Google Play, including making Your Products available via Google Play, that interferes with, disrupts, damages, or accesses in an unauthorized manner the devices, servers, networks, or other properties or services of any third party including, but not limited to, Google or any Authorized Provider. ~~You may not use user information obtained via Google Play to sell or distribute Products outside of Google Play.~~

    Google agrees to implement this modification within three (3) months of the Final Approval Order.

- For a period of at least three (3) years following the public release of Android 12 (October 4, 2021), Google shall, subject to technical requirements published at https://developer.android.com/reference/android/content/pm/PackageInstaller.SessionParams#s

7

etRequireUserAction(int), maintain in subsequent versions of Android the changes implemented in Android 12 that Google believes made it even easier for people to use other app stores on their mobile devices while being careful not to compromise the safety measures Android has in place.  More specifically, Android 12 introduced a new method to allow installer apps to perform app updates without requiring the user to confirm the action.  Google considers this aspect of Android 12 to be consistent with Google's belief and longstanding practice that developers should have a choice in how they distribute their apps and that stores should compete for the user's and developer's business.  Google also acknowledges that the pendency of this lawsuit was a factor in its decision to invest in this aspect of Android 12.

- For at least two (2) years following the Final Approval Order, Google Play will develop an "Indie Apps Corner" to help spotlight a collection of qualifying independent and small startup developers building high quality and unique apps. The collection would appear on the apps tab on the U.S. homepage and would be refreshed at least quarterly. Developers will be able submit their apps for consideration, and Google will attempt in good faith to identify qualifying apps, based on the following criteria:

  - **Indie app Developer**: team size 1-30 people, and company is self-funded or has a small outside investment.
  - **Quality:** user rating of 4.0 stars or higher
  - **Freshness**: app launched no later than 2 years before submission date
  - **Location**: developer based in the United States

- For a period of at least three (3) years following the Final Approval Order, Google will publish an annual transparency report that, at a minimum, will convey meaningful statistics such as apps removed from Google Play, account termination, and objective information regarding how users interact with Google Play.

| **9.   How much will my payment be?** |
|---|

The Settlement Fund will be distributed to all Settlement Class Members based pro rata on the total amount of service fees they paid Google above the 15% level, with a $250 minimum payment. **Minimum payments are estimated to range from $250 to amounts exceeding $200,000**. Actual payment amounts may be different depending on the size of the Settlement Fund after any court-approved deductions for fees and expenses, service awards, and the costs of settlement administration.

The settlement administrator has sent email and mail notice, where available, to potential Settlement Class members with credentials that Settlement Class Members can use at www.googleplaydevelopersettlement.com to identify their estimated minimum payment amount.

The Settlement Website will also specify the total amount of service fees you paid Google above the 15% level between August 17, 2016 and December 31, 2021.  Your estimated payment is based on that service fee total.  If you believe the total is incorrect, you must contact the settlement administrator at [email] or toll-free at [(xxx) xxx-xxxx] by [date].  The settlement administrator may require additional information and/or documentation from you to calculate your service fee total.

8

# HOW TO GET A PAYMENT

| 10. How do I get a payment? |
| --- |

If you received a notice by email and/or mail from the Settlement Administrator indicating that you may be a Settlement Class Member, you have two options to receive a payment.  If you do nothing, a check will be sent to the individual/entity and address specified in the notice you received.  Alternatively, you can receive a digital payment (PayPal, Venmo or virtual prepaid card) instead of a check by electing this option on the Settlement Website (www.googleplaydevelopersettlement.com).  To elect a digital payment, or endorse a physical check, you will be required to confirm your membership in the Settlement Class and that you are the current owner, or authorized representative, of the Google Play developer account to which the payment is being directed.

If you did not receive a notice by email and/or mail from the Settlement Administrator indicating that you may be a Settlement Class Member, you can submit a Payment Selection Form online or by mail to demonstrate that you are a Settlement Class Member. You must fill out and complete an accurate Payment Selection Form so that it is received by [date]. These forms can be found and submitted electronically at www.googleplaydevelopersettlement.com. Settlement Class Members also have the option of downloading a Payment Selection Form and submitting it by U.S. mail to: Google Play Developer Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

If your Payment Selection Form is incomplete, contains false information, or is not received by the deadline, you will not be entitled to a payment. The settlement administrator may contact you to request more information to verify that you are a Settlement Class Member.

| 11. What if I want payment by check, but to a different entity or address? |
| --- |

If you received a notice by email and/or mail from the Settlement Administrator indicating that  you may be a Settlement Class Member, that notice will specify the individual/entity and address to which, absent further action, a payment check will be directed.  If you believe the recipient or address is incorrect, and that the check should be issued to a different entity or address, you must contact the Settlement Administrator at [email] or toll-free at [(xxx) xxx-xxxx] by [date].  The Settlement Administrator may require additional information from you to confirm that the payment is properly addressed to the Settlement Class Member.

| 12. When will I get a payment? |
| --- |

The Court will hold a hearing at [time] on [date], to decide whether to grant final approval to the settlement.  If the Court approves the settlement, there may be objections.  It is always uncertain whether objections will be filed and, if so, how long it will take to resolve them.  Settlement payments will be distributed to Settlement Class Members as soon as possible, if and when the Court grants final approval to the settlement and all objections (if any) have been resolved.

Following distribution of the funds from the Settlement Fund to Settlement Class Members, funds remaining from the distribution will be redistributed to Settlement Class Members in a second distribution.  Funds remaining after the second distribution may, with approval of the Court, be redistributed to Code.org.

If you receive a physical check from the first distribution, you will have six months to deposit the check from the date the check is issued.  Funds that are not deposited within six months of issuance of the physical check will revert to the settlement fund and you will not receive a payment.

If you elect an electronic distribution but do not provide sufficient information to receive a payment through the selected method, the Settlement Administrator may attempt to contact you to obtain additional information or may send you a paper check to your mailing address, if available.  If the Settlement Administrator is unable to contact you and unable to issue a paper check, then the funds will revert to the settlement fund and you will not receive a payment.

Note that the Court may also elect to move the final approval hearing to a different date or time in its sole discretion.   The date and time of the final approval hearing can be confirmed at www.googleplaydevelopersettlement.com.

| **13. What rights am I giving up to get a payment?** |
| --- |

Unless you exclude yourself, you will be part of the Settlement Class.  If the settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you.  You won't be able to sue, continue to sue, or be part of any other lawsuit against Google related to the subject matter of this lawsuit or the claims released by the settlement agreement.  The specific claims you will be releasing are described in more detail in paragraph 13 of the settlement agreement, available at www.googleplaydevelopersettlement.com.

## THE LAWYERS REPRESENTING THE CLASS

| **14. Do I have a lawyer in this case?** |
| --- |

The Court appointed the following attorneys and their law firms to represent potential class members as "Class Counsel":

> Steve W. Berman
> Hagens Berman Sobol Shapiro LLP
> 1301 Second Ave., Suite 2000
> Seattle, WA 98101

> Melinda Coolidge
> HAUSFELD LLP
> 888 16th Street N.W., Suite 300
> Washington, DC 20006

> Eamon P. Kelly

SPERLING & SLATER P.C.
55 W. Monroe, Suite 3200
Chicago, IL 60603

They are experienced in handling similar class action cases. More information about these lawyers, their law firm, and their experience is available at www.hbsslaw.com, www.sperling-law.com, www.hausfeld.com. They believe, after conducting an extensive investigation, that the settlement is fair, reasonable, and in the best interest of the Settlement Class. You will not be charged for these lawyers.

## 15.  How will the lawyers be paid?

Class Counsel attorneys' fees, costs, and expenses will be paid from the Settlement Fund in amounts to be determined and awarded by the Court.  The petition for attorneys' fees will seek no more than 30% of the Settlement Fund for Class Counsel, as well as reimbursement of reasonable expenses incurred in connection with prosecuting this case.  The Court may award less than the sums requested.  Under the settlement, any amounts awarded to Class Counsel will be paid out of the Settlement Fund.

Subject to approval by the Court, the four class representatives will request service awards of up to $10,000.00 from the Settlement Fund.

A copy of Class Counsel's Motion for Attorneys' Fees and Expenses and for Named Plaintiff Service Awards will be available at www.googleplaydevelopersettlement.com  by [DATE].

## 16. May I get my own lawyer?

You are not required to hire your own lawyer because Class Counsel is working on your behalf. However, if you want your own lawyer, you may hire one at your own expense.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep any ability to sue Google related to the subject matter of this lawsuit or the claims released by the settlement agreement, and you do not want to receive a payment from this lawsuit, then you must take steps to get out of the settlement.  This is called excluding yourself or "opting out" of the settlement.

## 17.  How do I request to be excluded from the settlement?

To exclude yourself from the settlement, you must mail or otherwise deliver a letter (or request for exclusion) stating that you want to be excluded from the *Google Play Store Antitrust Litigation*, Case No. 3:20-cv-05792-JD (N.D. Cal.) settlement.  Your letter or request for exclusion must include your name and address, and identify all of your Google Developer Accounts.  You must mail or otherwise deliver your exclusion request no later than [Date], to:

11

*Google Play Developer* Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**18. If I exclude myself, can I still get a payment from this settlement?**

No.  You will not be eligible for any payment from the Settlement Fund if you exclude yourself from the settlement.  You can only get a payment if you stay in the Settlement Class.

**19. If I exclude myself, can I sue Google for the same claim later?**

If you exclude yourself, you may be able to sue Google regarding the subject matter of this lawsuit or the claims released by the Settlement Agreement.  If you do not exclude yourself, you give up your right to sue Google related to the subject matter of this lawsuit or the claims released by the settlement agreement.

## OBJECTING TO THE SETTLEMENT

**20. How do I object?**

If you are a Settlement Class Member and have not excluded yourself from the settlement, you can ask the Court to deny approval of the settlement by submitting an objection.  You cannot ask the Court to order a different settlement; the Court can only approve or reject the settlement agreed to by the parties.  If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue.  If that is what you want to happen, you must file an objection.

Any objection to the settlement must be in writing.  If you submit a timely written objection, you may, but are not required to, participate in the final approval hearing, either in person or through your attorney.  If you appear through your own attorney, you are responsible for hiring and paying that attorney.  All written objections and supporting papers must:

- clearly identify the case name and number (In re *Google Play Developer Antitrust Litigation.*, Case No. 3:20-cv-05792-JD);

- be submitted only to the Court, either by mailing the objection to Clerk of Court, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA, or by filing it in person at any location of the United States District Court for the Northern District of California; and

- must be postmarked or filed on or before [Date]**.**

**21. What's the difference between objecting and excluding myself?**

Objecting is simply telling the Court that you don't like something about the settlement.  If you are part of the Settlement Class, you can object to the settlement only if you stay in the Settlement Class (do not exclude yourself).  Excluding yourself from the settlement is telling the Court that you don't want to be part of the settlement.  If you exclude yourself from the settlement, you cannot object to the settlement because it no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold a hearing to decide whether to approve the settlement, including the potential payments to Settlement Class Members.  You may participate and you may ask to speak, but you don't have to do so.

**22.   When and where will the Court decide whether to approve the settlement?**

The Court will hold a final approval hearing at [time] on [date], at the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website at www.googleplaydevelopersettlement.com to confirm the details.

At this hearing the Court will consider whether to approve the settlement, Class Counsel's request for attorneys' fees and expenses, and the service awards to the named Plaintiffs.  If there are objections, the Court will consider them at this time.  After the hearing, the Court will decide whether to approve the settlement.  The Court's decision may be appealed.

**23. Do I have to come to the hearing?**

No.  Class Counsel will answer questions the Court may have.  However, you are welcome to participate in the hearing at your own expense.  If you send an objection, you do not have to participate in the hearing.  As long as you submitted your written objection on time, to the proper address, the Court will consider it.  You may also pay your own lawyer to participate, but that is not necessary.

**24. May I speak at the hearing?**

Yes.  You may ask the Court for permission to speak at the final approval hearing.

## IF YOU DO NOTHING

**25. What happens if I do nothing at all?**

If the Court gives final approval to the settlement, and you are a Settlement Class Member and you do nothing, you will still give up the rights explained in Question 13, including your right to start a lawsuit or be part of any other lawsuit against Google related to the subject matter of this lawsuit or for claims released by the settlement agreement. If the Settlement Administrator has your contact information from Google's records, it will issue you a physical check directed to the entity/individual and address specified in the email and mailed notice sent to you by the Settlement Administrator.

13

## ADDITIONAL INFORMATION

| |
|---|
| **26. Are more details available?** |

The notice summarizes the proposed settlement.  More details, including the settlement agreement and other related documents, are at www.googleplaydevelopersettlement.com. You may also call toll-free at [phone] or write to: Google Play Developer Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Information about the case is also available by accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Philip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. Inquiries should NOT be directed to the Court. Please do not contact Google for information about the settlement.

# EXHIBIT B

From:  Settlement Administrator <<email address>>

Subject:  Class Action Notice: Google Play Developer Antitrust Litigation

**CLASS ID:** <<Class ID Number>>

**CONFIRMATION CODE:** <<Confirmation Code>>

**LEGAL NOTICE**

*A court authorized this notice.  This is not a solicitation.*

**If you are a U.S. app developer that has earned not more than $2,000,000 per year selling apps and digital content in the Google Play store, you may be entitled to an automatic payment ranging from $250 to amounts exceeding $200,000.**

**By default, your payment will be issued by check addressed to <<Entity/Individual Name>> at <<Address>>.  You do not need to take any further action to be issued a payment by check.** To endorse the check, you will be required to verify membership in the Settlement Class.

If you wish to receive a digital payment (through PayPal, Venmo, or virtual prepaid card) instead of a physical check, you can make that election by visiting the settlement website (www.googleplaydevelopersettlement.com) and verifying your membership in the Settlement Class.

**WHAT IS THIS NOTICE ABOUT?**
In this class action lawsuit pending against Google, Plaintiffs claimed that Google monopolized (or attempted to monopolize) alleged markets related to the distribution of Android OS apps and in-app products, and engaged in unlawful tying conduct, in violation of U.S. and California law. Google denies all allegations and this settlement is not an admission of wrongdoing. Both Plaintiffs and Google agreed to settle this case to move forward, avoid the distraction of litigation, and provide support to the developer community. This notice summarizes your legal rights. You should visit the settlement website (www.googleplaydevelopersettlement.com) to obtain more detailed information about the proposed settlement and your rights.  You also can contact the settlement administrator by mail, email or by calling toll-free:

Google Play Developer Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email:  [insert]
Toll-Free: [insert]

**AM I A CLASS MEMBER?**

**You are receiving this notice because Google's records indicate that you may be a member of the class (a "Settlement Class Member.") and be entitled an automatic cash payment.** You are a Settlement Class Member if you are a current or former U.S. developer of any Android OS application or in-app product (including subscriptions) and satisfy the following criteria:

(1) Sold an application or in-app product (including subscriptions) for a non-zero price between August 17, 2016 and December 31, 2021;

(2) Paid Google a service fee greater than 15% on at least one such transaction between August 17, 2016 and December 31, 2021; and

(3) Earned proceeds between U.S. $0 and U.S. $2,000,000.00 through Google Play in every calendar year between and inclusive of 2016 and 2021.  For these purposes, the 2016 calendar year consists of August 17, 2016 to December 31, 2016.

**HOW CAN I RECEIVE A PAYMENT FROM THE SETTLEMENT?**

Under the settlement, Google has agreed to establish a $90 million settlement fund (the "Settlement Fund").  If the Settlement is approved by the Court, **Settlement Class Members who do not request to be excluded from the Settlement will be entitled to a minimum cash payment of $250 to amounts estimated to exceed $200,000.**  Payment amounts are based on the amount of service fees Settlement Class Members have paid to Google.  Settlement Class Members who paid greater service fees are entitled to a greater distribution from the Settlement Fund.

**To determine your estimated minimum payment, visit www.googleplaydevelopersettlement.com and use the following Class Id: [XX] and Confirmation Code: [XX].**

**By default, your payment will be issued by check addressed to <<Entity/Individual Name>> at <<Address>>.  You do not need to take any further action to be issued a payment by check.** To endorse the check, you will be required to verify membership in the Settlement Class.

If you believe the recipient name or address identified above is incorrect, or if you wish to contest your estimated payment amount, you must contact the settlement administrator at [email] or toll-free at [(xxx)xxx-xxxx] by [date].

If you wish to receive a digital payment (through PayPal, Venmo, or virtual prepaid card) instead of a physical check, you can make that election by visiting the settlement website (www.googleplaydevelopersettlement.com) and verifying your membership in the Settlement Class.

**WHAT OTHER BENEFITS CAN I GET FROM THE SETTLEMENT**

In addition to establishing a $90 million Settlement Fund, the settlement also requires Google to do the following:

- Through May 25, 2025, Google shall maintain for U.S. Developers a service fee of no greater than fifteen percent (15%) for the first $1M of developer earnings each year, pursuant to the terms and conditions of Google Play and subject to program participation requirements.

- For a period of at least three (3) years following final approval of the settlement (the "Final Approval Order"), Google shall continue to allow developers to use contact information obtained in-app (with user consent) to communicate with users out-of-app, including to promote alternatives to Google Play's billing system. Google will eliminate the following sentence from ¶ 4.9 of its Developer Distribution Agreement (DDA): ~~You may not use user information obtained via Google Play to sell or distribute Products outside of Google Play~~.

- For a period of at least three (3) years following the public release of Android 12 (October 4, 2021), Google shall, subject to technical requirements maintain in subsequent versions of Android the changes implemented in Android 12 that Google believes made it even easier for people to use other app stores on their mobile devices while being careful not to compromise the safety measures Android has in place.

- For at least two (2) years following the Final Approval Order, Google Play will develop an "Indie Apps Corner" on the apps tab on the U.S. homepage of the Google Play store. The Indie Apps Corner will spotlight a collection of qualifying independent and small startup developers building high quality and unique apps, and would be refreshed at least quarterly.

- For a period of at least three (3) years following the Final Approval Order, Google will publish an annual transparency report that, at a minimum, will convey meaningful statistics such as apps removed from Google Play, account termination, and objective information regarding how users interact with Google Play.

**HOW CAN I EXCLUDE MYSELF FROM THE CLASS?**

If you don't want to be legally bound by the settlement, your request to be excluded must be received by [date], or you will not be able to sue or be part of any other lawsuit against Google related to the subject matter of this lawsuit or the claims released by the settlement agreement. Refer to the settlement website (www.googleplaydevelopersettlement.com) and the detailed Class Notice for information and instructions on how to exclude yourself.

**HOW CAN I OBJECT?**

If you want to remain a Settlement Class Member, but you want to object to the settlement and/or to class counsel's request for attorneys' fees and expenses, your objection must be received by [date]. Refer to the settlement website and the detailed Class Notice for information and instructions on how to object. The Court will consider objections at a final hearing in this case (In re *Google Play Developer Antitrust Litigation*, Case No. 30:20-cv-05792-JD) on [date] at [time], at the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 11, 450 Golden Gate Avenue, San Francisco, CA 94102, to consider whether to approve (1) the settlement; (2) class counsel's request for attorneys' fees and expenses;

and (3) named plaintiff service awards.  You may appear at the final hearing, but you don't need to.  The date of the final hearing may change without further notice and may be confirmed on the Court's Public Access to Court Electronic Records (PACER) site, for a fee, at https://ecf.cand.uscourts.gov.  Information about the final hearing will also be posted on the settlement website.

**WHERE CAN I GET MORE INFORMATION?**
**Please do not contact the Court or Google for information about the settlement.**  Please visit the settlement website at www.googleplaydevelopersettlement.com, or call toll free [phone] to obtain more complete information about the proposed settlement and your rights.  You may also write to class counsel at:

Google Play Developer Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Unsubscribe

# EXHIBIT C

**If you are a U.S. app developer that has earned not more than $2,000,000 per year selling apps and digital content on the Google Play store, you may be entitled to an automatic payment.**

For more information on the proposed settlement, to file a Payment Selection Form, an objection, or to exclude yourself, visit the settlement website or contact the Settlement Administrator or Class Counsel.

**Do not contact the Court or Google for information about the settlement.**

RETURN ADDRESS

«ScanString»

Postal Service: Please do not mark barcode

Class ID: «Class ID»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

**www.googleplaydevelopersettlement.com**

PLEASE RETAIN THIS POSTCARD FOR YOUR RECORDS

<u>NOTICE OF PROPOSED CLASS ACTION SETTLEMENT</u>

In a class action lawsuit pending against Google, Plaintiffs claimed that Google monopolized (or attempted to monopolize) alleged markets related to the distribution of Android OS apps and in-app products in violation of U.S. and California law. Google denies all allegations and this settlement is not an admission of wrongdoing.  Both Plaintiffs and Google agreed to settle this case to move forward, avoid the distraction of litigation, and provide support to the developer community. This notice summarizes your legal rights. You should visit the settlement website to obtain more detailed information about the proposed settlement. You also may write to the Settlement Administrator at the address on the reverse side, or call toll free at [(xxx) xxx-xxxx].

**What payment can I get from the settlement?** Settlement Class Members are entitled to a cash payment from a $90 million Settlement Fund. Estimated minimum payments will range from <u>$250</u> to amounts exceeding <u>$200,000</u>.  To determine your payment, visit www.googleplaydevelopersettlement.com and use the following Class Id: [XX] and Confirmation Code: [XX].  By default, your payment will be issued by check addressed to <<Entity/Individual Name>> at <<Address>>.  To endorse the check, you will be required to confirm your membership in the Settlement Class. If you believe the recipient name or address above is incorrect, or if you wish to contest your payment amount, you must contact the settlement administrator at [email] or toll-free at [(xxx) xxx-xxxx] by [date]. If you wish to receive a digital payment instead of a check, you can make that election at <u>www.googleplaydevelopersettlement.com</u>.

**Am I a Class Member?** Yes, if you are a current or former U.S. developer of any Android OS application or in-app product (including subscriptions) and satisfy the following criteria: (1) Sold an application or in-app product (including subscriptions) for a non-zero price between August 17, 2016 and December 31, 2021: (2) Paid Google a service fee greater than 15% on at least one such transaction between August 17, 2016 and December 31, 2021: and (3) Earned proceeds between U.S. $0 and U.S. $2,000,000.00 through Google Play in every calendar year between and inclusive of 2016 and 2021.   For these purposes, the 2016 calendar year consists of August 17, 2016 to December 31, 2016.

**Does the settlement contain other benefits?**  Yes.  Google has also agreed to maintain through May 25, 2025 a service fee no greater than 15% on the first $1 million of U.S. developer earnings.  For at least three years after final approval of the settlement, Google will also (a) continue to permit U.S. developers to use contact information obtained in-app to communicate with users out-of-app, and (b) publish an annual transparency report. For a period of at least 3 years following the public release of Android 12 (October 4, 2021), Google will, subject to technical requirements, maintain in subsequent versions of Android the changes implemented in Android 12. For at least two years after final approval, Google will maintain an "Indie Apps Corner" on the U.S. homepage of Google Play, which will feature apps created by qualifying independent and small startup developers.

**How can I exclude myself from the class?** If you don't want to be legally bound by the settlement, your request to be excluded must be <u>received by</u> [Date], or you will not be able to sue, continue to sue, or be part of any other lawsuit against Google related to the subject matter of this lawsuit or the claims released by the settlement agreement.  Refer to the settlement website and the detailed Class Notice for information and instructions on how to exclude yourself.

**How can I object?** If you want to stay in the settlement class, but object to the settlement and/or to class counsel's request for attorneys' fees and expenses, your objection must be <u>received by</u> [date]. Refer to the settlement website and the detailed Class Notice for instructions on how to object. The Court will consider objections at a final hearing in this case (In re *Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792) on [date] at [time]. at the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 11, 450 Golden Gate, San Francisco, CA, to consider whether to approve (1) the settlement: (2) class counsel's request for attorneys' fees and expenses: and (3) named plaintiff service awards. You may appear at the final hearing, but do not have to. The date of the final hearing may change without further notice and may be confirmed on the Court's website at <u>https://ecf.cand.uscourts.gov</u> and the settlement website.

**Where can I get more information?** Please visit the settlement website at www.[website].com or call toll free at [phone] to obtain more complete information about the proposed settlement and your rights. You may also email class counsel at: [email].

**www.googleplaydevelopersettlement.com**

# EXHIBIT D

**<u>Google Play Console Notice</u>**

Dear Google Play Developer,

You may be entitled to a payment as a class member in a class action settlement between Google and a class of app developers.  Please visit www.googleplaydevelopersettlement.com for more details about the settlement.

Please do not contact Google regarding this settlement.  Inquiries should be directed to the Settlement Administrator at:

Google Play Developer Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Email:  [insert]
Toll-Free: [insert]

Google Play Team

# EXHIBIT E

**ONLINE PAYMENT SELECTION FORM**
**GOOGLE PLAY STORE ANTITRUST LITIGATION**

### Payment Selection Form and Instructions

### INSTRUCTIONS

If you received email and/or mailed notice of this Settlement from the Settlement Administrator, you are not required to complete this Payment Selection Form. You can receive a payment as explained in the Class Notice <u>HERE</u>.

If you did not receive email and/or mailed notice of this Settlement, and believe you are a member of the Settlement Class, you must complete this Payment Selection Form to receive a payment. Please read these instructions carefully. If you need assistance completing the Payment Selection Form, please review the FAQs <u>HERE</u>, or reference the Class Notice <u>HERE</u>. If you still have questions, you may send an email to the Settlement Administrator at: [add].

**Deadline and Submission Method.** By no later than [DATE], Payment Selection Forms must be either (a) submitted online or (b) printed, mailed, and **received by** the Settlement Administrator via U.S. mail.

**Eligibility.** The Settlement will provide a cash payment if you are a former or current U.S. Developer and meet each of the following criteria: (a) sold an application or in-app product (including subscriptions) for a non-zero price between August 17, 2016 and December 31, 2021; (b) paid Google a service fee greater than 15% on at least one such transaction between August 17, 2016 and December 31, 2021; and (c) earned proceeds between U.S. $0 and U.S. $2,000,000.00 through Google Play in every calendar year between and inclusive of 2016 and 2021. For class definition purposes, a "U.S. Developer" is a Developer that identified the United States as the Developer's country when enabling payments from Google Play. Also for class definition purposes, the 2016 calendar year shall consist of August 17, 2016 through December 31, 2016. If your Payment Selection Form is incomplete, contains false information, or is not **received by** the deadline, you will not be entitled to a payment. The Settlement Administrator may contact you to request more information to verify information you have provided. The information you provide will be treated as confidential and used for the purpose of this Settlement only.

Please retain a copy of this Payment Selection Form for your records.

**ONLINE PAYMENT SELECTION FORM**
**GOOGLE PLAY STORE ANTITRUST LITIGATION**

## I.  DEVELOPER INFORMATION

Please provide all of the information requested below. You must notify the Settlement Administrator if any of the information changes after you submit this form.

Developer Name: _____

Company Name: _____

Current Street Address: _____

City: _____ State: _____ Zip Code: _____

Name of all applications you have distributed through the Google Play store:

_____

_____

Google Play Developer Account ID(s): _____

(If you have multiple Google Play Developer Account IDs, you must specify each of them above.  You can find your Google Play Developer Account ID or IDs by logging in to the Google Play Console and navigating to the "Account details" page, which can be found on the navigation menu. You may only access one Developer Account at a time. To view your other Developer Account IDs, you can select a different account from the account picker, next to the "Support" icon on the top right corner of the Google Play Console.

☐  **Check this box to confirm that all your Google Play Developer Accounts collectively did not earn proceeds greater than $2,000,000.00 in any calendar year between and inclusive of 2016 and 2021.  For these purposes, the 2016 calendar year consists of August 17, 2016 through December 31, 2016.**

.

## II.  PAYMENT SELECTION & ATTESTATION

Please select **one** of the following payment options:

Please retain a copy of this Payment Selection Form for your records.

**ONLINE PAYMENT SELECTION FORM**
**GOOGLE PLAY STORE ANTITRUST LITIGATION**

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo -** Enter the mobile number associated with your Venmo account: __ __ __-__ __ __-__ __ __ __

☐ **Virtual Prepaid Card** - Enter your email address: _____

☐ **Physical Check -** Payment will be mailed to the address you provided above.

If you elect to receive a physical check, you will have six months to deposit the check from the date the check is issued. Funds that are not deposited within six months of issuance of the physical check will revert to the settlement fund and you will not receive a payment.

If you elect PayPal, Venmo, or a Virtual Prepaid Card but do not provide sufficient information to receive a payment through the selected method, the Settlement Administrator may attempt to contact you to obtain additional information or may send you a paper check to your mailing address, if available.  If the Settlement Administrator is unable to contact you and unable to issue a paper check, then the funds will revert to the settlement fund and you will not receive a payment.


I declare under penalty of perjury under the laws of the United States of America that the information I provided on this Payment Selection Form is true and correct to the best of my knowledge and that I am the owner of the developer account(s) identified above or authorized to submit this Payment Selection Form on the owner's behalf. I understand that this Payment Selection Form is subject to audit, review, and validation using all available information.

Type your signature _____

Date_____

Please retain a copy of this Payment Selection Form for your records.