Raymond Witt
**King & Spalding LLP**
Al Fattan Currency House
Tower 2, Level 24
Dubai International Financial Centre
Dubai
United Arab Emirates
+971 4 377 9900
raywitt@hotmail.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF RAYMOND WITT** |
|---|---|

**TO THE CLERK AND ALL PARTIES OF RECORD:** PLEASE TAKE NOTICE THAT the undersigned is no longer affiliated with the law firm of The Lewis Firm PLLC and therefore withdraws as counsel for Plaintiff Peekya App Services, Inc. in the above-captioned matter. Plaintiff Peekya App Services, Inc. will continue to be represented by other counsel of record in the above-captioned matter.

DATED:  December 19, 2022                 By: _/s/ Raymond Witt_

Raymond Witt
King & Spalding LLP
Al Fattan Currency House
Tower 2, Level 24
Dubai International Financial Centre
Dubai
United Arab Emirates
+971 4 377 9900
raywitt@hotmail.com