Case number 3:20-cv-05792-jd
Kevin Reuter
+1-516-302-5757

In regard to my app software neoTranslate and to a lesser degree but still substantial rainbow matrix background

I believe my un-received software sales profits at this point are valued up word of 40 million (looking at Facebook i believe much more too) dollars and I want to sue to the fullest extent possible

RECEIVED
FEB 14 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



