From: 215 Bedford
Ave Bellmer
NY 11710

MID-ISLAND NY 117

8 FEB 2023   PM 6 L



To: Clerk of Court
US district court
Norther district of California
450 goldae gate Ave San
Francisco 94102

ReadyPost
Document Mailer

94102-999955



**UNITED STATES POSTAL SERVICE**®

93300006
6" x 9" Envelope

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

0  15645 72738  0