Joseph M. Vanek (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
SPERLING & SLATER, LLC
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com

*Counsel for Pure Sweat Basketball, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**DECLARATION OF EAMON P. KELLY IN SUPPORT OF DEVELOPER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS ON BEHALF OF SPERLING & SLATER, LLC**<br><br>Date:  May 18, 2023<br>Time:  10:00 a.m.<br>Judge:  Hon. James Donato |

I, Eamon P. Kelly, hereby declare as follows:

1.  I am a member of the bar of the State of Illinois.[1] I am a Partner at Sperling & Slater, LLC, and was appointed as co-lead Interim Class Counsel for the developer class in this matter. I submit this declaration in support of Developer Plaintiffs' Motion for Attorneys' Fees, Expenses,

---

[1] I am also a member of the following federal courts: U.S. District Court for the Central District of Illinois, U.S. District Court for the Northern District of Illinois.

and Service Awards on behalf of my firm Sperling & Slater, LLC. I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. Sperling & Slater has served as counsel for named plaintiff Pure Sweat Basketball, Inc. and as counsel for the Developer Class throughout the course of this litigation. A description of the firm's background and experience can be found at sperling-law.com/practices-areas/antitrust-competition. The biographies and experience of the firm's current attorneys who are primarily responsible for this litigation, namely, Alberto Rodriguez, Michael Dickler, Martin Amaro, Paul Slater, and myself, can be accessed at sperling-law.com/attorneys/.

3. Sperling & Slater has advanced this litigation on a contingent-fee basis, and has been at significant risk that it would not receive any compensation for prosecuting claims against the defendant.

4. Over the course of this litigation, Sperling & Slater has been involved in the following specific activities on behalf of the Developer Plaintiff class:

- Investigating the claims and the drafting of the original and consolidated complaints.

- Briefing dispositive motions.

- Preparing Rule 26 initial disclosures.

- Producing documents from class representative Pure Sweat Basketball, Inc.

- Responding to interrogatories directed to class representative Pure Sweat Basketball, Inc.

- Drafting discovery requests directed to defendant and to third parties.

- Reviewing documents.

- Taking depositions of fact witnesses.

- Preparing expert reports.

- Taking expert witness depositions.

- Appearing at Court hearings.

- Preparing a motion for class certification and declarations in support thereof.

- Participating in mediations, settlement discussions and the documentation of same.

- Preparing preliminary approval and final approval papers for the Developer Settlement.

5.    Attached hereto as **<u>Exhibit A</u>**[2] is a billing summary of Sperling & Slater's total hours and lodestar at historic and current billing rates, from inception of this case through December 31, 2022. I communicated the Court's and my own expectations for billing and case management efficiency to lawyers and professionals on the Sperling & Slater team. The total number of hours for which we are seeking compensation, <u>after</u> reductions and write-offs described below, was 11,272.40 hours with a corresponding lodestar at historic rates in the amount of $4,883,658.75 (as reflected in our monthly invoices) and at current rates in the amount of $5,160,438.25.

6.    Detailed and contemporaneously prepared time records in the form of monthly invoices covering the period from August 14, 2020 to December 30, 2022 supporting Sperling & Slaters' billing summary are attached as **<u>Exhibit B</u>** to this declaration. The invoices included in **<u>Exhibit B</u>** are arranged chronologically. Sperling & Slater's fees are reasonable and were recorded in compliance with the Court's Dec. 11, 2020 Order (*see* ECF No. 79), after applying certain write-offs and deductions. As directed by the Court, every month I reviewed Sperling & Slater's invoices to ensure time entries complied with the Court's guidance and address inefficiencies, duplication,

---

[2] Exhibit A was prepared based on time records regularly prepared and maintained by Sperling & Slater pursuant to the Court's Dec. 11, 2020 Order Appointing Interim Class Counsel (ECF No. 79), as adjusted as described herein.

and misjudgments on staffing. While our professionals generally complied with the Court's guidelines, I frequently applied corrections where, in my judgment, we could have worked more efficiently, or the entry did not comply with the Court's guidance.

7. Per the Court's order, my invoice review was completed, and our monthly invoice was finalized by the 14th day of every month. The only exceptions being: (1) the finalization of our initial invoices for the period August 14 through October 2020 (prior to the Court's Dec. 11, 2020 Order) on November 13, 2020 (*see* **Exhibit B** at SPERLING_INV_0001 through 0010), and (2) for the month of May 2022, where I reviewed the invoice before June 14, 2022, but the invoice was not finalized until the following day, June 15, 2022 (*see* **Exhibit B** at SPERLING_INV_0204 through 0212). In preparing our fee submission, I applied a few further reductions.[3] Furthermore, my firm has elected not to seek payment for any professionals who billed less than 20 hours in this litigation, or any fees incurred after the Court preliminarily approved the settlement on December 1, 2022 (*see* ECF No. 223).

8. The hourly rates for my firm's professionals are the same as our usual and customary hourly rates. My firm handles both contingency cases and hourly work for paying clients and the rates represent (i) standard rates charged to clients in similar matters or, (ii) for counsel that work overwhelmingly on contingency matters, the rates charged for their services on

---

[3] In preparing this submission we identified that five time entries for one time keeper had been included on both our third (covering November 1 through December 14, 2020) and fourth invoice (covering December 1 through 31, 2020). (*See* entries for "PES" on December 1 through 4, 2020 on **Exhibit B** at SPERLING_INV_0018 through 0019 and SPERLING_INV_0023). We also identified that in statement 15 (covering November 2021) we applied the wrong billing rate for "AR." (*See* **Exhibit B** at SPERLING_INV_0140).

a contingent basis in similar complex class action litigation (which rates have been approved by courts in other antitrust class action cases).[4]

9. Attached hereto as **Exhibit C** is a summary of the expenses Sperling & Slater has incurred during this litigation for which Sperling & Slater is seeking reimbursement. Given the moderate travel required by this case due to the extensive use of remote video technology for depositions, mediation sessions and court hearings, my firm elected not to seek reimbursement for travel expenses it has incurred. My firm likewise is not seeking reimbursement for expenses associated with legal research related charges, including Westlaw or Lexis fees. The expenses my firm has incurred for which it is seeking reimbursement total $187,822.45 and were incurred on behalf of Developer Plaintiffs by Sperling & Slater on a contingent basis. The expenses reflected in **Exhibit C** for court fees, transcripts/deposition reporting (court reporter), photocopying, expert expenses, and similar charges, were prepared from invoices, receipts, check records, bank records and firm records and represent an accurate recordation of the expenses incurred. These source materials can be provided to the Court upon request.

10. In addition, my firm also contributed a total of $1,886,000 to a common litigation fund to cover common litigation expenses, which is separately listed in **Exhibit C**.

11. As a result of reductions to our fees and expenses described herein, the firm's "Historic Rates (Loadstar)" calculation (*see* **Exhibit A)**, and the expenses for which the firm seeks

---

[4] *See, e.g., In re Ranbaxy Generic Drug Application Antitrust Litigation*, No. 19-md-02878, 2022 WL 4329646 (D. Mass Sep. 19, 2022); *Cameron et al. v. Apple Inc.* (*In re Apple iPhone Antitrust Litigation*), No. 19-cv-03074, ECF. Dkt. No. 491 (N.D. Cal. June 10, 2022); *In re Glumetza Antitrust Litigation*, No. 19-cv-05822, 2022 WL 327707 (N.D. Cal. Feb. 3, 2022); *In re Intuniv Antitrust Litigation*, No. 18-cv-12653, 2020 WL 8373393 (D. Mass. Dec. 9, 2020); and *In re Restasis Antitrust Litigation*, No. 18-md-2819, 2020 WL 6193857 (E.D.N.Y. Oct. 7, 2020). The rates approved in these cases were the firm's standard hourly rates then in effect. Sperling & Slater, LLC has historically increased its standard hourly rates each fiscal year.

reimbursement (see **Exhibit C)**, are less than the total fees and expenses reflected in the firm's contemporaneous invoices. (*See* **Exhibit B** at SPERLING_INV_0225 (final invoice for December 2022).

      12.    As stated above, I have reviewed the time and expenses reported by Sperling & Slater in this case which are included in this declaration, and I affirm that they are true and accurate.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

      Executed this 27th day of February, 2023.

_____
Eamon P. Kelly

# EXHIBIT A

*IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION*

**Sperling & Slater, LLC**

**- REPORTED LOADSTAR -**

**(Inception through December 1, 2022)**

| Name | Total Hours | Current Hourly Rate | Current Rates (Loadstar) | Historic Rates (Loadstar) |
|---|---|---|---|---|
| **Paul E. Slater (Partner)** | **194.70** | **$1,255.00** | **$244,348.50** | **$216,294.50** |
| L100 - Case Assessment, Development and Administration | 15.50 | | $19,452.50 | $16,998.50 |
| L120 - Analysis/Strategy | 75.50 | | $94,752.50 | $84,007.50 |
| L130 - Experts/Consultants | 19.40 | | $24,347.00 | $22,112.00 |
| L240 - Dispositive Motions | 83.80 | | $105,169.00 | $92,599.00 |
| L160 - Settlement/Non-Binding ADR | 0.50 | | $627.50 | $577.50 |
| **Joseph M. Vanek (Partner)** | **92.10** | **$1,035.00** | **$95,323.50** | **$88,845.50** |
| L100 - Case Assessment, Development and Administration | 27.70 | | $28,669.50 | $26,396.50 |
| L190 - Case Management | 51.00 | | $52,785.00 | $49,518.00 |
| L250 - Other Written Motions and Submissions | 1.10 | | $1,138.50 | $1,061.50 |
| L210 - Pleadings | 1.40 | | $1,449.00 | $1,351.00 |
| L310 - Written Discovery | 0.30 | | $310.50 | $289.50 |
| L130 - Experts/Consultants | 1.50 | | $1,552.50 | $1,447.50 |
| L240 - Dispositive Motions | 2.00 | | $2,070.00 | $1,930.00 |
| L160 - Settlement/Non-Binding ADR | 7.10 | | $7,348.50 | $6,851.50 |
| **Michael G. Dickler (Partner)** | **435.40** | **$785.00** | **$341,789.00** | **$324,373.00** |
| L190 - Case Management | 3.20 | | $2,512.00 | $2,384.00 |
| L120 - Analysis/Strategy | 7.00 | | $5,495.00 | $5,215.00 |
| L110 - Fact Investigation/Development | 0.70 | | $549.50 | $521.50 |
| L310 - Written Discovery | 1.70 | | $1,334.50 | $1,266.50 |
| L130 - Experts/Consultants | 95.80 | | $75,203.00 | $71,371.00 |
| L340 - Expert Discovery | 132.90 | | $104,326.50 | $99,010.50 |
| L320 - Document Review | 15.90 | | $12,481.50 | $11,845.50 |
| L330 - Depositions | 178.20 | | $139,887.00 | $132,759.00 |
| **Eamon P. Kelly (Partner)** | **1,323.40** | **$775.00** | **$1,025,635.00** | **$902,299.00** |
| L100 - Case Assessment, Development and Administration | 39.00 | | $30,225.00 | $25,155.00 |
| L190 - Case Management | 158.30 | | $122,682.50 | $104,364.50 |
| L250 - Other Written Motions and Submissions | 51.10 | | $39,602.50 | $32,959.50 |
| L120 - Analysis/Strategy | 53.00 | | $41,075.00 | $36,425.00 |
| L210 - Pleadings | 95.80 | | $74,245.00 | $62,281.00 |
| L110 - Fact Investigation/Development | 40.70 | | $31,542.50 | $26,538.50 |
| L310 - Written Discovery | 45.40 | | $35,185.00 | $29,619.00 |
| L130 - Experts/Consultants | 233.90 | | $181,272.50 | $165,586.50 |
| L240 - Dispositive Motions | 69.20 | | $53,630.00 | $44,697.00 |
| L340 - Expert Discovery | 103.90 | | $80,522.50 | $74,218.50 |
| L160 - Settlement/Non-Binding ADR | 136.30 | | $105,632.50 | $93,247.50 |
| L320 - Document Review | 54.90 | | $42,547.50 | $35,781.50 |
| L230 - Court Mandated Conferences | 1.00 | | $775.00 | $645.00 |
| L330 - Depositions | 226.20 | | $175,305.00 | $160,445.00 |
| L390 - Other Discovery | 1.00 | | $775.00 | $645.00 |
| L260 - Class Action Certification and Notice | 13.70 | | $10,617.50 | $9,690.50 |
| **Alberto Rodriguez (Partner)** | **1,163.50** | **$695.00** | **$808,632.50** | **$769,363.50** |
| L100 - Case Assessment, Development and Administration | 5.30 | | $3,683.50 | $3,460.50 |
| L190 - Case Management | 87.70 | | $60,951.50 | $57,841.50 |
| L250 - Other Written Motions and Submissions | 2.90 | | $2,015.50 | $1,941.50 |
| L210 - Pleadings | 163.30 | | $113,493.50 | $107,507.50 |

| | | | | |
|---|---|---|---|---|
| L300 - Discovery | 194.70 | | $135,316.50 | $127,528.50 |
| L310 - Written Discovery | 362.00 | | $251,590.00 | $237,968.00 |
| L130 - Experts/Consultants | 7.70 | | $5,351.50 | $5,197.50 |
| L240 - Dispositive Motions | 1.90 | | $1,320.50 | $1,244.50 |
| L340 - Expert Discovery | 155.40 | | $108,003.00 | $104,771.00 |
| L160 - Settlement/Non-Binding ADR | 2.00 | | $1,390.00 | $1,350.00 |
| L320 - Document Review | 61.40 | | $42,673.00 | $40,293.00 |
| L230 - Court Mandated Conferences | 4.60 | | $3,197.00 | $3,027.00 |
| L330 - Depositions | 113.90 | | $79,160.50 | $76,774.50 |
| L655 - Privilege Review | 0.70 | | $486.50 | $458.50 |
| **Robert D. Cheifetz (Partner)** | **54.60** | **$685.00** | **$37,401.00** | **$33,548.00** |
| L100 - Case Assessment, Development and Administration | 8.40 | | $5,754.00 | $5,135.00 |
| L250 - Other Written Motions and Submissions | 7.00 | | $4,795.00 | $4,305.00 |
| L120 - Analysis/Strategy | 2.50 | | $1,712.50 | $1,537.50 |
| L210 - Pleadings | 6.70 | | $4,589.50 | $4,120.50 |
| L110 - Fact Investigation/Development | 19.10 | | $13,083.50 | $11,746.50 |
| L310 - Written Discovery | 0.40 | | $274.00 | $246.00 |
| L240 - Dispositive Motions | 9.40 | | $6,439.00 | $5,781.00 |
| L320 - Document Review | 1.10 | | $753.50 | $676.50 |
| **Thomas D. Brooks (Partner)** | **114.30** | **$665.00** | **$76,009.50** | **$72,580.50** |
| L210 - Pleadings | 1.50 | | $997.50 | $952.50 |
| L320 - Document Review | 102.60 | | $68,229.00 | $65,151.00 |
| L330 - Depositions | 10.20 | | $6,783.00 | $6,477.00 |
| **Matthew Slater (Partner)** | **119.80** | **$635.00** | **$76,073.00** | **$66,381.00** |
| L100 - Case Assessment, Development and Administration | 9.00 | | $5,715.00 | $4,905.00 |
| L120 - Analysis/Strategy | 8.70 | | $5,524.50 | $5,026.50 |
| L210 - Pleadings | 30.20 | | $19,177.00 | $16,459.00 |
| L300 - Discovery | 1.50 | | $952.50 | $817.50 |
| L110 - Fact Investigation/Development | 29.80 | | $18,923.00 | $16,986.00 |
| L240 - Dispositive Motions | 39.40 | | $25,019.00 | $21,473.00 |
| L330 - Depositions | 1.20 | | $762.00 | $714.00 |
| **Nathan Shev (Partner)** | **87.50** | **$605.00** | **$52,937.50** | **$47,756.50** |
| L210 - Pleadings | 25.60 | | $15,488.00 | $13,696.00 |
| L240 - Dispositive Motions | 38.30 | | $23,171.50 | $20,490.50 |
| L160 - Settlement/Non-Binding ADR | 7.40 | | $4,477.00 | $4,255.00 |
| L260 - Class Action Certification and Notice | 16.20 | | $9,801.00 | $9,315.00 |
| **Timothy D. Sperling (Partner)** | **25.80** | **$605.00** | **$15,609.00** | **$14,271.00** |
| L120 - Analysis/Strategy | 0.80 | | $484.00 | $428.00 |
| L110 - Fact Investigation/Development | 5.50 | | $3,327.50 | $3,162.50 |
| L130 - Experts/Consultants | 6.20 | | $3,751.00 | $3,565.00 |
| L160 - Settlement/Non-Binding ADR | 13.30 | | $8,046.50 | $7,115.50 |
| **Martin Amaro (Associate)** | **507.80** | **$605.00** | **$307,219.00** | **$294,231.00** |
| L100 - Case Assessment, Development and Administration | 17.10 | | $10,345.50 | $9,643.50 |
| L190 - Case Management | 17.40 | | $10,527.00 | $9,913.00 |
| L250 - Other Written Motions and Submissions | 0.20 | | $121.00 | $113.00 |
| L120 - Analysis/Strategy | 12.00 | | $7,260.00 | $6,910.00 |
| L210 - Pleadings | 12.40 | | $7,502.00 | $7,006.00 |
| L300 - Discovery | 12.50 | | $7,562.50 | $7,062.50 |
| L110 - Fact Investigation/Development | 11.50 | | $6,957.50 | $6,631.50 |
| L310 - Written Discovery | 116.30 | | $70,361.50 | $67,331.50 |
| L130 - Experts/Consultants | 14.20 | | $8,591.00 | $8,307.00 |
| L340 - Expert Discovery | 10.80 | | $6,534.00 | $6,318.00 |
| L160 - Settlement/Non-Binding ADR | 2.90 | | $1,754.50 | $1,696.50 |
| L320 - Document Review | 88.20 | | $53,361.00 | $50,817.00 |
| L330 - Depositions | 183.60 | | $111,078.00 | $107,392.00 |
| L390 - Other Discovery | 2.00 | | $1,210.00 | $1,170.00 |
| L260 - Class Action Certification and Notice | 6.70 | | $4,053.50 | $3,919.50 |
| **Justin Lesko (Litigation Counsel)** | **244.60** | **$500.00** | **$122,300.00** | **$122,300.00** |
| L120 - Analysis/Strategy | 0.50 | | $250.00 | $250.00 |

| | | | | |
|---|---|---|---|---|
| L300 - Discovery | 5.30 | | $2,650.00 | $2,650.00 |
| L310 - Written Discovery | 1.30 | | $650.00 | $650.00 |
| L130 - Experts/Consultants | 12.10 | | $6,050.00 | $6,050.00 |
| L320 - Document Review | 66.90 | | $33,450.00 | $33,450.00 |
| L330 - Depositions | 135.50 | | $67,750.00 | $67,750.00 |
| L390 - Other Discovery | 0.80 | | $400.00 | $400.00 |
| L260 - Class Action Certification and Notice | 22.20 | | $11,100.00 | $11,100.00 |
| **Clayton Faits (Associate)** | **25.20** | **$495.00** | **$12,474.00** | **$11,970.00** |
| L340 - Expert Discovery | 25.20 | | $12,474.00 | $11,970.00 |
| **Barry A. Frett (Associate)** | **889.90** | **$475.00** | **$422,702.50** | **$422,702.50** |
| L190 - Case Management | 3.70 | | $1,757.50 | $1,757.50 |
| L120 - Analysis/Strategy | 183.40 | | $87,115.00 | $87,115.00 |
| L210 - Pleadings | 0.50 | | $237.50 | $237.50 |
| L110 - Fact Investigation/Development | 1.40 | | $665.00 | $665.00 |
| L310 - Written Discovery | 2.70 | | $1,282.50 | $1,282.50 |
| L130 - Experts/Consultants | 214.00 | | $101,650.00 | $101,650.00 |
| L340 - Expert Discovery | 6.80 | | $3,230.00 | $3,230.00 |
| L160 - Settlement/Non-Binding ADR | 14.20 | | $6,745.00 | $6,745.00 |
| L320 - Document Review | 7.90 | | $3,752.50 | $3,752.50 |
| L330 - Depositions | 414.10 | | $196,697.50 | $196,697.50 |
| L260 - Class Action Certification and Notice | 41.20 | | $19,570.00 | $19,570.00 |
| **Ashima Talwar (Associate)** | **635.25** | **$445.00** | **$282,686.25** | **$259,623.75** |
| L100 - Case Assessment, Development and Administration | 2.60 | | $1,157.00 | $1,027.00 |
| L190 - Case Management | 78.10 | | $34,754.50 | $32,484.50 |
| L250 - Other Written Motions and Submissions | 7.20 | | $3,204.00 | $2,844.00 |
| L120 - Analysis/Strategy | 33.70 | | $14,996.50 | $13,401.50 |
| L210 - Pleadings | 44.70 | | $19,891.50 | $17,666.50 |
| L300 - Discovery | 16.00 | | $7,120.00 | $6,320.00 |
| L110 - Fact Investigation/Development | 29.70 | | $13,216.50 | $11,966.50 |
| L310 - Written Discovery | 183.75 | | $81,768.75 | $73,636.25 |
| L130 - Experts/Consultants | 51.00 | | $22,695.00 | $20,935.00 |
| L240 - Dispositive Motions | 23.80 | | $10,591.00 | $9,401.00 |
| L340 - Expert Discovery | 8.50 | | $3,782.50 | $3,382.50 |
| L320 - Document Review | 37.00 | | $16,465.00 | $15,460.00 |
| L230 - Court Mandated Conferences | 1.70 | | $756.50 | $756.50 |
| L330 - Depositions | 101.40 | | $45,123.00 | $43,308.00 |
| L390 - Other Discovery | 15.60 | | $6,942.00 | $6,837.00 |
| L260 - Class Action Certification and Notice | 0.50 | | $222.50 | $197.50 |
| **Michelle Lisa (Litigation Counsel)** | **249.10** | **$400.00** | **$99,640.00** | **$99,640.00** |
| L130 - Experts/Consultants | 11.70 | | $4,680.00 | $4,680.00 |
| L320 - Document Review | 237.40 | | $94,960.00 | $94,960.00 |
| **A. Lisa Fridgeirsson (Paralegal)** | **69.80** | **$345.00** | **$24,081.00** | **$23,102.00** |
| L320 - Document Review | 0.30 | | $103.50 | $97.50 |
| L330 - Depositions | 27.80 | | $9,591.00 | $9,035.00 |
| L140 - Document/File Management | 41.70 | | $14,386.50 | $13,969.50 |
| **Diane Fan (Paralegal)** | **111.80** | **$345.00** | **$38,571.00** | **$37,265.00** |
| L210 - Pleadings | 0.30 | | $103.50 | $100.50 |
| L300 - Discovery | 14.20 | | $4,899.00 | $4,615.00 |
| L320 - Document Review | 82.90 | | $28,600.50 | $27,727.50 |
| L330 - Depositions | 11.90 | | $4,105.50 | $3,986.50 |
| L390 - Other Discovery | 2.50 | | $862.50 | $835.50 |
| **Matthew Fleming (Paralegal)** | **61.30** | **$345.00** | **$21,148.50** | **$20,480.50** |
| L190 - Case Management | 6.00 | | $2,070.00 | $1,955.00 |
| L310 - Written Discovery | 11.50 | | $3,967.50 | $3,852.50 |
| L340 - Expert Discovery | 10.50 | | $3,622.50 | $3,517.50 |
| L320 - Document Review | 33.30 | | $11,488.50 | $11,155.50 |
| **Elsa G. Reyna (Paralegal)** | **41.60** | **$335.00** | **$13,936.00** | **$13,936.00** |
| L320 - Document Review | 41.60 | | $13,936.00 | $13,936.00 |

| | | | | |
|---|---|---|---|---|
| **Christopher J. Tuinenga (Litigation Counsel)** | **1,066.25** | **$220.00** | **$234,575.00** | **$234,575.00** |
| L130 - Experts/Consultants | 38.05 | | $8,371.00 | $8,371.00 |
| L340 - Expert Discovery | 5.60 | | $1,232.00 | $1,232.00 |
| L320 - Document Review | 998.10 | | $219,582.00 | $219,582.00 |
| L330 - Depositions | 24.50 | | $5,390.00 | $5,390.00 |
| **Victoria Bussey (Litigation Counsel)** | **111.00** | **$215.00** | **$23,865.00** | **$23,865.00** |
| L320 - Document Review | 111.00 | | $23,865.00 | $23,865.00 |
| **Sarah Lewis (Project Assistant)** | **27.00** | **$215.00** | **$5,805.00** | **$5,805.00** |
| L320 - Document Review | 24.50 | | $5,267.50 | $5,267.50 |
| L330 - Depositions | 2.50 | | $537.50 | $537.50 |
| **Sandra E. Raitt (Litigation Specialist)** | **1,651.30** | **$215.00** | **$355,029.50** | **$355,029.50** |
| L320 - Document Review | 1,651.30 | | $355,029.50 | $355,029.50 |
| **Sylvia Krakauer (Litigation Specialist)** | **1,969.40** | **$215.00** | **$423,421.00** | **$423,421.00** |
| L320 - Document Review | 1,969.40 | | $423,421.00 | $423,421.00 |
| **Grand Total** | **11,272.40** | **$563.00** | **$5,160,438.25** | **$4,883,658.75** |

# Exhibit B

**to Declaration of Eamon P. Kelly
in Support of Developer Plaintiffs' Motion for Attorneys Fees,
Reimbursement of Expenses, And Service Awards on Behalf of
Sperling & Slater, LLC**

**[Submitted for *in camera* review only]**

# EXHIBIT C

## EXHIBIT C

*IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION*

**Sperling & Slater, LLC**

**- REPORTED EXPENSES -**

**(Inception through December 31, 2022)**

| Category | Amount |
|---|---|
| Messenger | $121.71 |
| Court Fees | $2,063.00 |
| Photocopies | $3,492.18 |
| Expert Fees | $3,536.80 |
| Transcripts/Deposition Reporting | $178,608.76 |
| **Expense Total:** | **$187,822.45** |
| Litigation Fund Assessments | $1,886,000.00 |
| **Grand Total:** | **$2,073,822.45** |