UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD<br><br>**[PROPOSED] ORDER GRANTING DEVELOPER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**<br><br>Hon. James Donato |

010803-11/2193775 V1

1   The Court, having considered Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards, and all papers filed in support thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and **ORDERS** that:

1.  Co-Lead Class Counsel (Hagens Berman Sobol Shapiro LLP, Sperling & Slater, P.C., and Hausfeld LLP) are awarded attorneys' fees of **$26,000,000**, together with a proportional share of interest earned on the Settlement Fund for the same time period until dispersed to Class Counsel.

2.  Class Counsel are awarded reimbursement of their litigation costs and expenses in the amount of **$4,422,740.98**.

3.  Class Representatives (a) Pure Sweat Basketball, Inc., (b) Peekya App Services, Inc., (c) LittleHoots, LLC, and (d) Scalisco LLC d/b/a Rescue Pets shall each receive a service award of **$10,000**.

4.  The attorneys' fees awarded, reimbursement of litigation costs and expenses, and the service awards shall be paid from the Settlement Fund and the interest earned thereon.

5.  Co-Lead Class Counsel shall allocate the fees and reimbursement of expenses among themselves, and with any firms assisting on the matter, in a fair and equitable manner.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

010803-11/2193775 V1