| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Ave., Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 | Melinda R. Coolidge (*pro hac vice*) <br> mcoolidge@hausfeld.com <br> HAUSFELD LLP <br> 888 16th Street, NW, Suite 300 <br> Washington, DC 20006 <br> Telephone: (202) 540-7200 |
| Eamon P. Kelly (*pro hac vice*) <br> ekelly@sperling-law.com <br> SPERLING & SLATER, LLC <br> 55 W. Monroe, Suite 3200 <br> Chicago, IL 60603 <br> Telephone: 312-641-3200 | *Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scaliso LLC* |

*Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Pure Sweat Basketball, Inc. and LittleHoots LLC*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD <br><br> **DECLARATION OF BEN M. HARRINGTON IN SUPPORT OF DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO SUBMIT DETAILED BILLING RECORDS AND EXPERT INVOICES FOR *IN CAMERA* REVIEW** |

010803-11/2193778 V1

I, Ben M. Harrington, declare as follows:

1. I am an attorney at Hagens Berman Sobol Shapiro LLP and I am duly licensed to practice before all courts of the State of California. Based on personal knowledge or discussions with co-counsel of the matters stated herein, if called upon, I could and would competently testify thereto.

2. On grounds set forth in the accompanying Administrative Motion, Developer Plaintiffs submit for *in camera* review detailed billing records and expert invoices in support of Developer Plaintiffs' accompanying Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards. Developer Plaintiffs believe the detailed records will assist the Court in assessing the reasonableness of Class Counsel's requested fees and reimbursable expenses. The detailed records are appended as (a) Exhibits 2 and 6 to the Declaration of Steve W. Berman in Support of Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement for Expenses, and Service Awards; (b) Exhibit B to the Declaration of Eamon P. Kelly in Support of Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards; (c) Exhibit C to the Declaration of Melinda R. Coolidge in Support of Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards and (d) Exhibit B to the Declaration of Erin Lewis, Administrator of the Estate of Michael Paul Lewis, in Support of Developer Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards on Behalf of the Lewis Firm.

3. On February 27, 2023, Counsel for Developer Plaintiffs and Google met and conferred on the subject matter of this motion. Google's counsel indicated that Google does not consent to *in camera* review of Class Counsel's detailed billing records and expense invoices.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct. Executed this 1st day of March, 2023 at Berkeley, California.

*s/ Ben M. Harrington*
BEN M. HARRINGTON

HARRINGTON DEC. ISO DEVELOPER PLAINTIFFS' MOTION TO
SUBMIT DETAILED BILLING RECORDS AND EXPERT INVOICES
*FOR IN CAMERA* REVIEW – 1
Case No. 3:20-cv-05792-JD

010803-11/2193778 V1