UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD<br><br>**[PROPOSED] ORDER GRANTING DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO SUBMIT DETAILED BILLING RECORDS AND EXPERT INVOICES FOR *IN CAMERA* REVIEW**<br><br>Hon. James Donato |

010803-11/2193779 V1

1  This matter comes before the Court on Developer Plaintiffs' Administrative Motion to
2  Submit Detailed Billing Records and Expert Invoices for *In Camera* Review ("Motion"). Having
3  reviewed the Motion, and all materials submitted in connection thereto, the Court concludes that
4  there are sufficient grounds for Developer Plaintiffs to submit *In Camera* (a) Exhibits 2 and 6 to
5  the Declaration of Steve W. Berman in Support of Developer Plaintiffs' Motion for Attorneys'
6  Fees, Reimbursement for Expenses, and Service Awards; (b) Exhibit B to the Declaration of
7  Eamon P. Kelly in Support of Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of
8  Expenses, and Service Awards; (c) Exhibit C to the Declaration of Melinda R. Coolidge in Support
9  of Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service
10 Awards and (d) Exhibit B to the Declaration of Erin Lewis, Administrator of the Estate of Michael
11 Paul Lewis, in Support of Developer Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service
12 Awards on Behalf of the Lewis Firm.
13     The Motion is therefore **GRANTED**.
14
15     **IT IS SO ORDERED.**
16
17 DATED: _____
18                                          _____
                                             HONORABLE JAMES DONATO
19                                          UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

010803-11/2193779 V1