| | |
|---|---|
| Brian C. Rocca, S.B. #221576 | Glenn D. Pomerantz, S.B. #112503 |
| brian.rocca@morganlewis.com | glenn.pomerantz@mto.com |
| Sujal J. Shah, S.B. #215230 | Kuruvilla Olasa, S.B. #281509 |
| sujal.shah@morganlewis.com | kuruvilla.olasa@mto.com |
| Michelle Park Chiu, S.B. #248421 | Nicholas R. Sidney, S.B. #308080 |
| michelle.chiu@morganlewis.com | nick.sidney@mto.com |
| Minna Lo Naranjo, S.B. #259005 | **MUNGER, TOLLES & OLSON LLP** |
| minna.naranjo@morganlewis.com | 350 South Grand Avenue, Fiftieth Floor |
| Rishi P. Satia, S.B. #301958 | Los Angeles, California 90071 |
| rishi.satia@morganlewis.com | Telephone: (213) 683-9100 |
| **MORGAN, LEWIS & BOCKIUS LLP** | |
| One Market, Spear Street Tower | Kyle W. Mach, S.B. #282090 |
| San Francisco, CA 94105 | kyle.mach@mto.com |
| Telephone: (415) 442-1000 | Justin P. Raphael, S.B. #292380 |
| | justin.raphael@mto.com |
| Richard S. Taffet, *pro hac vice* | Emily C. Curran-Huberty, S.B. #293065 |
| richard.taffet@morganlewis.com | emily.curran-huberty@mto.com |
| **MORGAN, LEWIS & BOCKIUS LLP** | Dane P. Shikman, S.B. #313656 |
| 101 Park Avenue | dane.shikman@mto.com |
| New York, NY 10178 | **MUNGER, TOLLES & OLSON LLP** |
| Telephone: (212) 309-6000 | 560 Mission Street, Twenty Seventh Floor |
| | San Francisco, California 94105 |
| | Telephone: (415) 512-4000 |
| *Counsel for Defendants Google LLC et al.* | |
| | Jonathan I. Kravis, *pro hac vice* |
| | jonathan.kravis@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| | 601 Massachusetts Avenue NW, Suite 500E |
| | Washington, D.C. 20001 |
| | Telephone: (202) 220-1100 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>This Document Relates To:<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD | Case No. 3:21-md-02981-JD<br><br>**DEFENDANT GOOGLE'S OPPOSITION TO DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO SUBMIT RECORDS *IN CAMERA***<br><br>Judge:   Hon. James Donato |

1    Google opposes Developer Plaintiffs' administrative motion to submit billing and expense records to this Court *in camera*. There is no clear sailing clause in the settlement agreement, so Google has the right to challenge the fee award. *See* Case No. 3:20-cv-05792-JD, Dkt. No. 218, at 17 ("Google reserves all rights to oppose any fee application made.").

Permitting Google to inspect Developer Plaintiffs' billing records would assist Google in assessing and potentially challenging Developer Plaintiffs' lodestar calculation. *See Yamada v. Nobel Biocare Holding AG*, 825 F.3d 536, 544 (9th Cir. 2016) ("[T]he district court's use over Defendants' objection of ex parte, in camera submissions to support its fee order violated Defendants' due process rights."); *see also In re Anthem, Inc. Data Breach Litig.*, No. 15-MD-2617-LHK, 2018 WL 3960068, at *34 (N.D. Cal. Aug. 17, 2018). Rather than submit the entirety of their billing and expense records *in camera*, Developer Plaintiffs should redact the information they deem to be privileged. As the Ninth Circuit has held, a party has a "right to inspect and challenge the documents" on which a fee award may be based, subject to redactions to safeguard the attorney-client privilege and attorney work product. *Yamada*, 825 F.3d. at 545-46.

As an alternative to their proposal to submit records *in camera*, Developer Plaintiffs have sought authorization in their Administrative Motion to submit redacted records. Google has no objection to this alternative proposal.

Accordingly, the Court should deny the Developer Plaintiffs' administrative motion to submit billing and expense records *in camera*.

DATED: March 3, 2023                              Respectfully submitted,

By:       /s/ *Glenn D. Pomerantz*
          Glenn D. Pomerantz
          Glenn D. Pomerantz, S.B. #112503
          glenn.pomerantz@mto.com
          Kuruvilla Olasa, S.B. #281509
          kuruvilla.olasa@mto.com
          Nicholas R. Sidney, S.B. #308080
          nick.sidney@mto.com
          **MUNGER, TOLLES & OLSON LLP**
          350 South Grand Avenue, Fiftieth Floor
          Los Angeles, California 90071
          Telephone: (213) 683-9100

-1-

| | |
|---|---|
| 1 | Kyle W. Mach, S.B. #282090 |
| 2 | kyle.mach@mto.com |
|   | Justin P. Raphael, S.B. #292380 |
| 3 | justin.raphael@mto.com |
|   | Emily C. Curran-Huberty, S.B. #293065 |
| 4 | emily.curran-huberty@mto.com |
|   | Dane P. Shikman, S.B. #313656 |
| 5 | dane.shikman@mto.com |
| 6 | **MUNGER TOLLES & OLSON LLP** |
|   | 560 Mission St., Suite 2700 |
| 7 | San Francisco, CA 94105 |
|   | Telephone: (415) 512-4000 |
| 8 | Facsimile: (415) 512-4077 |
| 9 | Jonathan I. Kravis, *pro hac vice* |
|   | jonathan.kravis@mto.com |
| 10 | **MUNGER, TOLLES & OLSON LLP** |
| 11 | 601 Massachusetts Avenue NW, Suite 500E |
|   | Washington, D.C. 20001 |
| 12 | Telephone: (202) 220-1100 |
| 13 | Brian C. Rocca, S.B #221576 |
|   | brian.rocca@morganlewis.com |
| 14 | Sujal J. Shah, S.B #215230 |
| 15 | sujal.shah@morganlewis.com |
|   | Michelle Park Chiu, S.B #248421 |
| 16 | michelle.chiu@morganlewis.com |
|   | Minna Lo Naranjo, S.B #259005 |
| 17 | minna.naranjo@morganlewis.com |
|   | Rishi P. Satia, S.B #301958 |
| 18 | rishi.satia@morganlewis.com |
| 19 | **MORGAN, LEWIS & BOCKIUS LLP** |
|   | One Market, Spear Street Tower |
| 20 | San Francisco, CA 94105 |
|   | Telephone: (415) 442-1000 |
| 21 | Facsimile: (415) 422-1001 |
| 22 | |
|   | Richard S. Taffet, *pro hac vice* |
| 23 | richard.taffet@morganlewis.com |
|   | **MORGAN, LEWIS & BOCKIUS LLP** |
| 24 | 101 Park Avenue |
|   | New York, NY 10178 |
| 25 | Telephone: (212) 309-6000 |
|   | Facsimile: (212) 309-6001 |
| 26 | |
| 27 | *Counsel for Defendants Google LLC et al.* |
| 28 | |