<u>**Corrected Version of ECF No. 240-10**</u>

**Corrected [Proposed] Order Granting Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD<br><br>**CORRECTED [PROPOSED] ORDER GRANTING DEVELOPER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**<br><br>Hon. James Donato |
|---|---|

010803-11/2198040 V1

The Court, having considered Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards, and all papers filed in support thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and **ORDERS** that:

1. Co-Lead Class Counsel (Hagens Berman Sobol Shapiro LLP, Sperling & Slater, P.C., and Hausfeld LLP) are awarded attorneys' fees of **$26,000,000**, together with a proportional share of interest earned on the Settlement Fund for the same time period until dispersed to Class Counsel.

2. Class Counsel are awarded reimbursement of their litigation costs and expenses in the amount of **$5,916,010.30**.

3. Class Representatives (a) Pure Sweat Basketball, Inc., (b) Peekya App Services, Inc., (c) LittleHoots, LLC, and (d) Scalisco LLC d/b/a Rescue Pets shall each receive a service award of **$10,000**.

4. The attorneys' fees awarded, reimbursement of litigation costs and expenses, and the service awards shall be paid from the Settlement Fund and the interest earned thereon.

5. Co-Lead Class Counsel shall allocate the fees and reimbursement of expenses among themselves, and with any firms assisting on the matter, in a fair and equitable manner.

**IT IS SO ORDERED.**

DATED: _____

                                          HONORABLE JAMES DONATO
                                          UNITED STATES DISTRICT JUDGE