1 | Your name: Grace Tang
2 | Address: 7854 Pacific Ave 691543
3 | Stockton, CA 95269
4 | Phone Number: 650-250-5363
5 | Fax Number:
6 | E-mail Address: grace@tryonapps.com
7 | Pro Se [Select one: Plaintiff or Defendant]

FILED
MAR 17 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

[Select one location: San Francisco / Oakland / San Jose / Eureka]

Application Developers )   Case Number: 3:20-cv-05792-JD
                       )
                       )   Title of Document:
        Plaintiff(s),  )   Permission to speak at
    vs.                )   the Final Approval Hearing
Google                 )
                       )
                       )   IN RE. Google Play Developer
                       )   Antitrust Litigation
                       )
       Defendant(s).   )

I am a class member in a class action settlement between Google and a class of app developers. I am a class member in the class of app developers. Class ID GPD5000216.

I would like to speak at the final approval hearing

TITLE OF DOCUMENT: _____ CASE NO.: 3:20-cv-05792-JD
PAGE NO. 1 OF 3   [JDC TEMPLATE]

1  of the settlement, and I am seeking
2  Court's permission to speak at the hearing.

TITLE OF DOCUMENT:_____  CASE NO.: 3:20-CV-05792-JD

PAGE NO. 2 OF 2    [JDC TEMPLATE]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18  Date: March 17, 2023     Sign Name: Grace Tang
19                          Print Name: Grace Tang
20
21
22
23
24
25
26
27
28

TITLE OF DOCUMENT: _____     CASE NO.: 3:20-cv-05792-JD

PAGE NO. 3 OF 3    [JDC TEMPLATE]