| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Melinda R. Coolidge (*pro hac vice*) |
| steve@hbsslaw.com | mcoolidge@hausfeld.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAUSFELD LLP |
| 1301 Second Ave., Suite 2000 | 888 16th Street, NW, Suite 300 |
| Seattle, WA 98101 | Washington, DC 20006 |
| Telephone: (206) 623-7292 | Telephone: (202) 540-7200 |

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
SPERLING & SLATER, LLC
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scaliso LLC*

*Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Pure Sweat Basketball, Inc. and LittleHoots LLC*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD <br><br> **ADMINISTRATIVE MOTION TO MODIFY DEADLINES RELATING TO DEVELOPER PLAINTIFF SETTLEMENT** <br><br> Hon. James Donato |

1   Developer Plaintiffs respectfully bring this administrative motion pursuant to Civil Local Rules 7-11 and 6-3 for an Order (a) extending until May 8, 2023 the deadline for objections to Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Service Awards ("Fee and Cost Motion"), and (b) authorizing Developer Plaintiffs to submit by May 12, 2023 a supplemental brief (not to exceed 10 pages) addressing any such objections received after their May 3, 2023 deadline to move for final approval. These adjustments to the schedule, which Google does not oppose, would not require modification of any other deadline relating to the Developer Plaintiff settlement.

By way of background, Developer Plaintiffs submitted their Fee and Cost Motion on March 1, 2023 (ECF No. 240) and a related errata on March 6, 2023 (ECF No. 243). The deadline to object to the Fee and Cost Motion is April 5, 2023. *See* ECF No. 233 ¶ 15. On April 3, 2023, Class Counsel became aware that, due to a clerical oversight, the Fee and Cost Motion had not been uploaded to the settlement website. Class Counsel promptly advised the settlement administrator (Angeion) of the omission and, later that day, the Fee Motion was uploaded. *See* Harrington Decl. ¶ 2.[1]

While class notice (disseminated January 30, 2023) specified that Class Counsel would request a fee award up to 30% of the settlement fund, and Class Counsel have requested a lesser amount, and the precise parameters of Class Counsel's request have been available on the docket for 35 days at this time, Class Counsel believe it nevertheless is appropriate in an abundance of caution to extend the April 5, 2023 deadline for any objections to the Fee and Cost Motion. This will ensure that the settlement class has every opportunity to review the Fee and Cost Motion from the settlement website, where it is now readily accessible, and lodge any objections.

This District's Procedural Guidance for Class Action Settlements instructs parties to ensure that class members have 35 days to object to motions for attorneys' fees or costs. *See id.* § 9. Developer Plaintiffs accordingly request that the deadline for any objections to their Fee and Cost

---

[1] "Harrington Decl." refers to the Declaration of Ben M. Harrington in Support of Motion to Modify Deadlines Relating to Developer Plaintiff Settlement," filed concurrently herewith.

Motion be extended to May 8, 2023, which is 35 days from the motion's posting on the settlement website, and more than 65 days after it was filed.

Developer Plaintiffs do not request any extension of the May 3, 2023 deadline for their final approval motion, the final approval hearing date, or modification of any other deadline relating to settlement administration. Developer Plaintiffs do, however, respectfully request that, to the extent any objections to the Fee and Cost Motion are submitted after May 3, 2023, Developer Plaintiffs be permitted to address those objections in a brief supplemental filing (not to exceed 10 pages).

In summary, Developer Plaintiffs request the following modifications to the remaining schedule relating to settlement approval.

| EVENT | EXISTING DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Exclusions from or Objections to the Settlement | April 5, 2023 | April 5, 2023 (unchanged) |
| Deadline for Final Approval Motion | May 3, 2023 | May 3, 2023 (unchanged) |
| Deadline for Objections to Fee and Cost Motion | April 5, 2023 | May 8, 2023 |
| Deadline for Supplemental Brief Addressing Any Objections to Fee and Cost Motion Received After May 3, 2023 | N/A | May 12, 2023 |
| Fairness Hearing | May 18, 2023 | May 18, 2023 (unchanged) |

ADMINISTRATIVE MOT. TO MODIFY DEADLINES RELATING TO
DEVELOPER PL. SETTLEMENT – 2
Case No. 3:20-CV-05792-

| | | |
|---|---|---|
| 1 | DATED: April 5, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By    /s/ Steve W. Berman |
| | | Steve W. Berman (*pro hac vice*) |
| 4 | | Robert F. Lopez (*pro hac vice*) |
| | | Ted Wojcik (*pro hac vice*) |
| 5 | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | | 1301 Second Avenue, Suite 2000 |
| 6 | | Seattle, WA 98101 |
| | | Telephone: (206) 623-7292 |
| 7 | | Facsimile:  (206) 623-0594 |
| | | steve@hbsslaw.com |
| 8 | | robl@hbsslaw.com |
| 9 | | tedw@hbsslaw.com |
| 10 | | Ben M. Harrington (SBN 313877) |
| | | Benjamin J. Siegel (SBN 256260) |
| 11 | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | | 715 Hearst Avenue, Suite 202 |
| 12 | | Berkeley, CA 94710 |
| | | Telephone: (510) 725-3000 |
| 13 | | Facsimile:  (510) 725-3001 |
| 14 | | benh@hbsslaw.com |
| | | bens@hbsslaw.com |
| 15 | | |
| 16 | | By *s/ Melinda R. Coolidge* |
| | | Melinda R. Coolidge (*pro hac vice*) |
| 17 | | Yelena W. Dewald (*pro hac vice*) |
| | | **HAUSFELD LLP** |
| 18 | | 888 16th Street, NW, Suite 300 |
| | | Washington, DC 20006 |
| 19 | | Telephone: (202) 540-7200 (main) |
| 20 | | Telephone: (202) 540-7144 (direct) |
| | | Facsimile:  (202) 540-7201 |
| 21 | | mcoolidge@hausfeld.com |
| | | ydewald@hausfeld.com |
| 22 | | |
| 23 | | Kyle Geoffrey Bates (SBN 299114) |
| | | **HAUSFELD LLP** |
| 24 | | 600 Montgomery Street, Suite 3200 |
| | | San Francisco, CA 94111 |
| 25 | | Telephone: (415) 633-1908 (main) |
| | | Facsimile:  (415) 358-4980 |
| 26 | | kbates@hausfeld.com |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
| 1 | Katie R. Beran (*pro hac vice*) |
| 2 | **HAUSFELD LLP** |
|   | 325 Chestnut Street, Suite 900 |
| 3 | Philadelphia, PA 19106 |
|   | Telephone: (215) 985-3270 (main) |
| 4 | Telephone: (267) 702-3215 (direct) |
|   | Facsimile: (215) 985-3271 |
| 5 | kberan@hausfeld.com |

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270 (main)
Telephone: (267) 702-3215 (direct)
Facsimile: (215) 985-3271
kberan@hausfeld.com

By    */s/ Eamon P. Kelly*
        Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
**SPERLING & SLATER, LLC**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*Interim Co-Lead Class Counsel and Proposed Settlement Class Counsel*

# E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*s/ Steve W. Berman*
STEVE W. BERMAN