1
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Melinda R. Coolidge (*pro hac vice*)
mcoolidge@hausfeld.com
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200

2

3

4

5
Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
SPERLING & SLATER, LLC
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Interim Class Counsel for the
Proposed Class and Attorneys for Plaintiffs
Peekya App Services, Inc. and Scaliso LLC*

6

7

8

9
*Co-Lead Interim Class Counsel for the
Proposed Class and Attorneys for Plaintiffs
Pure Sweat Basketball, Inc. and LittleHoots
LLC*

10

11

12

13
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14

15

16
IN RE GOOGLE PLAY DEVELOPER
ANTITRUST LITIGATION

Case No. 3:20-CV-05792-JD

**DECLARATION OF BEN M.
HARRINGTON IN SUPPORT OF
ADMINISTRATIVE MOTION TO
MODIFY DEADLINES RELATING
TO DEVELOPER PLAINTIFF
SETTLEMENT**

Hon. James Donato

17

18

19

20

21

22

23

24

25

26

27

28

I, Ben M. Harrington, declare as follows:

1.   I am an attorney at Hagens Berman Sobol Shapiro LLP and I am duly licensed to practice before all courts of the State of California. Based on personal knowledge or discussions with co-counsel of the matters stated herein, if called upon, I could and would competently testify thereto.

2.   On December 1, 2022, this Court preliminarily approved Developer Plaintiffs' settlement with Google and, in accordance with the Court's schedule, Class Counsel moved on March 1, 2023 for Attorneys' Fees, Reimbursement of Expenses, and Service Awards ("Fee and Cost Motion"). *See* ECF No. 240; *see also* ECF No. 243. On April 3, 2023, Class Counsel became aware that, due to a clerical error, the Fee and Cost Motion had not been uploaded to the settlement website maintained by Angeion, the settlement administrator for this action. Class Counsel promptly advised Angeion of the omission, and the Fee and Cost Motion was uploaded to the settlement website the same day.

3.   In an abundance of caution, Developer Plaintiffs believe that an extension of the April 5, 2023 deadline for objections to the Fee and Cost Motion is appropriate to ensure that settlement class members have ready access to the motion, and adequate time to review its contents, prior to lodging any objections. In accordance with this District's Procedural Guidance for Class Action Settlements, the operative schedule sets the objection deadline 35 days after the submission of any motion for fees and costs. *See* ECF No. 233 ¶ 14. Extending the objection deadline to May 8, 2023, as Developer Plaintiffs' accompanying administrative motion proposes, would make objections due 35 days after the Fee and Cost Motion was uploaded to the settlement website, and more than 65 days after it was filed.

4.   Extending the deadline for objections (to the Fee and Cost Motion) to May 8, 2023 would not necessitate further modifications to the case schedule, pursuant to which Developer Plaintiffs' motion for final approval is due May 3, 2023, with a final approval hearing set for May 18, 2023. *See id.* ¶¶ 2, 18. Developer Plaintiffs respectfully request leave to submit a supplemental brief (not to exceed 10 pages) by May 12, 2023, but only in the event objections to the Fee and Cost Motion are submitted after Developer Plaintiffs have moved for final approval.

5.   Developer Plaintiffs conferred with Google's counsel on April 4, 2023 and April 5, 2023 in accordance with Local Civil Rules 6-3 and 37-1. Google's counsel confirmed that Google does not oppose modifying the schedule as described in this declaration and the accompanying administrative motion.

6.   There have been no prior modifications of the Court's schedule for proceedings related to the Developer Plaintiffs' Settlement with Google.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct. Executed this 5th day of April, 2023 at Berkeley, California.


_____
*s/ Ben M. Harrington*
BEN M. HARRINGTON