UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD<br><br>**[PROPOSED] ORDER MODIFYING DEADLINES RELATING TO DEVELOPER PLAINTIFF SETTLEMENT**<br><br>Hon. James Donato |

The Developer Plaintiffs' Administrative Motion to Modify Deadlines Relating to Developer Plaintiff Settlement, Dkt. No. 246, is granted.

The deadline for class members to submit any objections to Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Service Awards ("Fee and Cost Motion") is extended from April 5, 2023, to May 8, 2023.

In the event objections to the Fee and Cost Motion are submitted after Developer Plaintiffs move for final approval on May 3, 2023, Developer Plaintiffs may address those objections in a supplemental brief, not to exceed ten pages, to be submitted on or before May 12, 2023.

Class Counsel will direct the Settlement Administrator to post this Order on the Settlement Website.

**IT IS SO ORDERED.**

DATED:  April 7, 2023

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE