UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 20-cv-05792-JD <br><br> **ORDER** |

Class member Grace Tang has filed a request for permission to speak at the final approval hearing on May 18, 2023. Dkt. No. 245. The request is granted.

Class counsel are requested to serve a copy of this order on Ms. Tang and file a proof of service.

**IT IS SO ORDERED.**

Dated: April 11, 2023

JAMES DONATO
United States District Judge