Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
bsweeney@hausfeld.com
kbates@hausfeld.com

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street
Philadelphia, PA 19106
kberan@hausfeld.com

Melinda R. Coolidge (*pro hac vice*)
Yelena W. Dewald (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW
Suite 300
Washington, DC 20006
mcoolidge@hausfeld.com
ydewald@hausfeld.com

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
| | **PROOF OF SERVICE** |
| THIS DOCUMENT RELATES TO: | |
| *In re Google Play Developer Antitrust Litigation* Case No. 3:20-cv-05792-JD | |

1  **PROOF OF SERVICE**

2  I, KYLE G. BATES, declare that I am over the age of eighteen (18) and not a party to the entitled action.

3  I am an attorney at the law firm of HAUSFELD LLP, and my office is located at 600 Montgomery Street,

4  Suite 3200, San Francisco, CA 94111.

5  On April 11, 2023, I served a true a correct copy of the following:

6  • **ORDER [ECF NO. 248]**

7  via Electronic Mail to Grace Tang pursuant to this Court's Order [ECF No. 248].

8      I declare under the penalty of perjury that the foregoing is true and correct.

9      Executed this 11th day of April, 2023 in Westfield, New Jersey.

10  Dated: April 11, 2023                              Respectfully Submitted,

11                                                      _/s/ *Kyle G. Bates*__
                                                        Kyle G. Bates
12                                                      HAUSFELD LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing document entitled **PROOF OF SERVICE** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kyle G. Bates*
Kyle G. Bates