Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots LLC*

Melinda R. Coolidge (pro hac vice)
mcoolidge@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Peekya App Services, Inc. and Scaliso LLC*

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower San Francisco, CA 94105 Telephone: (415) 442-1000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING TAXPAYER IDENTIFICATION NUMBERS** |
| | Judge: Hon. James Donato |

1  Plaintiffs in the *In re Google Play Developer Antitrust Litigation*, No. 3:20-cv-5792-JD (N.D.

2  Cal.) ("Developer Plaintiffs") and the defendants Google LLC, Google Ireland Limited, Google

3  Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. ("Google" and

4  together with Developer Plaintiffs, "the Parties"), stipulate as follows:

5  WHEREAS, the Parties have reached a Settlement resolving all claims of a proposed

6  Settlement Class of Developer Plaintiffs, which the Court preliminarily approved by Order dated

7  December 1, 2022;

8  WHEREAS, Developer Plaintiffs' deadline to move for final approval of the Settlement is

9  May 3, 2023;

10  WHEREAS, the court-appointed Settlement Administrator ("Angeion") has advised the

11  Parties that, for tax reporting purposes, it must receive taxpayer identification numbers for

12  Settlement Class Members receiving payments of $600 or more in a calendar year, and that prompt

13  receipt of this information will facilitate timely distributions to Settlement Class Members should the

14  Settlement be finally approved;

15  WHEREAS, Google maintains self-reported taxpayer identification numbers for members of

16  the proposed Settlement Class, although such information is not maintained for all members of the

17  proposed Settlement Class (e.g., such information is not maintained for members that did not self-

18  report such information);

19  WHEREAS, Google makes no representations regarding the completeness or accuracy of

20  such information;

21  WHEREAS, the Parties agree that any taxpayer identification numbers provided to Angeion

22  would be transmitted in an encrypted format and be designated HIGHLY CONFIDENTIAL subject

23  to the terms of the operative Protective Order;

24  WHEREAS, the Parties agree that any taxpayer identification numbers provided to Angeion

25  will be used solely to facilitate administration of this class action settlement; and,

26  WHEREAS, the Parties agree that any taxpayer identification numbers provided to Angeion

27  will not be provided to Developer Plaintiffs, counsel to Developer Plaintiffs, or any other party.

28

NOW, THEREFORE, IT IS STIPULATED AND ORDERED:

1.      Upon entry of this order, Angeion may provide Google with a list of the members of the proposed Settlement Class for which Angeion requires tax identification numbers for tax reporting purposes ("Request List"), and Angeion may also provide Google with a reasonable number of supplemental Request Lists from time to time;

2.      Google shall provide Angeion with the taxpayer identification numbers it maintains for the members of the proposed Settlement Class listed in the Request List;

3.      Google shall make reasonable and diligent efforts to provide Angeion with such taxpayer identification numbers within twenty-one (21) days of Angeion providing Google with a Request List;

4.      To ensure prompt distribution of settlement funds, to ensure that Angeion receives taxpayer identification numbers promptly, and to avoid interfering with the Court supervised notice and opt out process, Google shall provide Angeion with such taxpayer identification information without undertaking a separate notice and opt-out process;

5.      Any taxpayer identification numbers provided to Angeion shall be transmitted by secure means, not distributed to any other party (including Developer Plaintiffs and their counsel), designated Highly Confidential subject to the operative Protective Order, and used by Angeion solely to facilitate administration of this class action settlement.

1  Dated:  April 27, 2023                     Respectfully submitted,

2                                             **HAGENS BERMAN SOBOL SHAPIRO LLP**

3                                             By ___*/s/ Steve W. Berman*_____
4                                                 Steve W. Berman (*pro hac vice*)
                                               Robert F. Lopez (*pro hac vice*)
5                                             Ted Wojcik (*pro hac vice*)
                                               1301 Second Avenue, Suite 2000
6                                             Seattle, WA 98101
                                               Telephone: (206) 623-7292
7                                             Facsimile:  (206) 623-0594
                                               steve@hbsslaw.com
8                                             robl@hbsslaw.com
                                               tedw@hbsslaw.com
9

10                                            Ben M. Harrington (SBN 313877)
                                               Benjamin J. Siegel (SBN 256260)
11                                            **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                               715 Hearst Avenue, Suite 202
12                                            Berkeley, CA 94710
                                               Telephone: (510) 725-3000
13                                            Facsimile:  (510) 725-3001
                                               benh@hbsslaw.com
14                                            bens@hbsslaw.com
15

16                                            By ___*/s/ Melinda R. Coolidge*_____
                                                   Melinda R. Coolidge (*pro hac vice*)
17                                            Yelena W. Dewald (*pro hac vice*)
                                               **HAUSFELD LLP**
18                                            888 16th Street, NW, Suite 300
                                               Washington, DC 20006
19                                            Telephone: (202) 540-7200 (main)
20                                            Telephone: (202) 540-7144 (direct)
                                               Facsimile:  (202) 540-7201
21                                            mcoolidge@hausfeld.com
                                               ydewald@hausfeld.com
22

23                                            Kyle Geoffrey Bates (SBN 299114)
                                               **HAUSFELD LLP**
24                                            600 Montgomery Street, Suite 3200
                                               San Francisco, CA 94111
25                                            Telephone: (415) 633-1908 (main)
                                               Facsimile:  (415) 358-4980
26                                            kbates@hausfeld.com

27

28

1
2
3
4
5

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270 (main)
Telephone: (267) 702-3215 (direct)
Facsimile:  (215) 985-3271
kberan@hausfeld.com

6
7
8

By ___*/s/ Eamon P. Kelly*_____
    Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)

9
10
11
12

**SPERLING & SLATER, LLC**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile:  (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

13
14

*Interim Co-Lead Class Counsel and Proposed Settlement Class Counsel*

15
16

DATED:  April 27, 2023

Respectfully submitted,

17

**MUNGER, TOLLES & OLSON LLP**

18
19
20
21
22

By ___*/s/ Kuruvilla J. Olasa*_____
    Kuruvilla Olasa, S.B. #281509
    kuruvilla.olasa@mto.com
Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

23
24
25
26
27
28

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER TOLLES & OLSON LLP**
560 Mission St., Suite 2700
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

1

## __ORDER__

2

Pursuant to the stipulation, it is so Ordered.

3

4

DATED: _____   _____

5

HON. JAMES DONATO
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*s/ Steve W. Berman*
STEVE W. BERMAN