1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

11 | IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD
12 | | **[PROPOSED] FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO GOOGLE**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is **ENTERED** in accordance with the terms of the Amended Settlement Agreement and Release (ECF No. 229-1, Ex. B) (the "Amended Settlement Agreement") and the Order Granting Developer Plaintiffs' Motion for Final Settlement Approval. Terms and phrases in this Judgment will have the same meaning as in the Amended Settlement Agreement.

The Court has personal jurisdiction over Plaintiffs and the Settlement Class and subject matter jurisdiction to approve the Amended Settlement Agreement. Final approval of the Amended Settlement Agreement was granted.

The Court dismisses on the merits and with prejudice this Action against Defendants Google LLC, Google Ireland Limited, Google Commerce, Ltd., Google Asia Pacific Pte. Limited, and Google Payment Corp., including the claims of Plaintiffs and the claims of the Settlement Class, with each party to bear its own costs and attorneys' fees, except as provided in the Amended Settlement Agreement.

Those persons and entities identified in the list attached hereto as **Exhibit A** are excluded from the Settlement Class. Such persons and entities are not included in or bound by this Judgment. Such persons and entities are not entitled to any recovery of the settlement proceeds obtained in connection with the Amended Settlement Agreement.

Upon the Effective Date, the Released Parties shall be discharged and released from the claims released pursuant to the terms of the Amended Settlement Agreement. The Amended Settlement Agreement is binding on, and will have res judicata and preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of Plaintiffs and the releasing parties with respect to the claims released by the Amended Settlement Agreement. As of the Effective Date, Plaintiffs and Settlement Class Members shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any claim released pursuant to the terms of the Amended Settlement Agreement.

1  This document will constitute a final judgment (and a separate document constituting the
2  judgment) for purposes of Rule 58 of the Federal Rules of Civil Procedure. Without affecting the
3  finality of the Judgment in any way, this Court hereby retains jurisdiction on all matters relating to
4  administration, consummation, implementation, enforcement, and interpretation of the Settlement
5  Agreement and this Judgment, and for any other necessary purpose.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

# EXHIBIT A – VALID EXCLUSION REQUESTS

| No. | Party |
|---|---|
| 1 | Applied Vanilla Studios |
| 2 | Granite Nutrition LLC |
| 3 | Val-U-Pro Consulting Group |
| 4 | Phantomalert Inc. |
| 5 | Fotoborn Media |
| 6 | Brainstorm Games LLC |
| 7 | Seeds Software |