**FILED**

MAY 09 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Grace Tang
PO Box 691543
Stockton, CA 95269

Class Member
*Pro Per*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
| | **DECLARATION OF GRACE TANG** |
| *Related Actions:* *Epic Games, Inc. v. Google LLC,* *No. 3:20-cv-5671-JD* *In re Google Play Consumer Antitrust Litigation,* No. 3:20-cv-5761-JD *In re\* Google LLC Antitrust Litigation Litigation,* No. 3:21-md-02981-JD | |

1         I, Grace Tang, hereby declare under penalty of perjury under the laws of the State

2   of California, that the following is true and correct:

3         I am over the age of eighteen years, am competent to testify, and make this

4   affidavit on my own personal knowledge.

5         I have received a confirmation from the Settlement Administrator that I am a

6   Settlement Class Member of the Google Play Developer Antitrust Litigation Case No. 3:20-

7   cv-05792-JD ("Case") on March 4, 2023.

8         I am the developer of TryOnApps and CojoMedia's Android applications.

9         I have developed more than 15 Android applications and published them via

10   Google Play Store between 2011 and 2023. I am specialized in developing virtual outfit

11   software applications, enabling users to virtually outfit apparels on their smart phones and

12   tablets using their selfies. I am a full-stack software developer.

13         I have reviewed the Amended Settlement Agreement and Release filed on October

14   12th, 2022 ("Settlement Agreement"). I object to this Settlement.

15         Pursuant to CA. BUS & PROF. CODE §§ 16722, any contract or agreement in

16   violation of this chapter is absolutely void and is not enforceable at law or in equity. Because

17   because Google's statements in the Settlement Agreement, including but not limited to

18   Section 2.7 is fraudulent and intentional misrepresentation, the Settlement Agreement is void

19   and is not enforceable at law or in equity.

20         Google's behavior violates antitrust and consumer protection law. I seek monetary

21   relief to redress the injuries caused by Google's past and ongoing conduct, and I seek

22   injunctive relief to stop Google's ongoing improper, unlawful, and harmful behavior in the

23   relevant markets.

24         I alleges the following (a) upon my personal knowledge and experience with

25   respect to the matters pertaining to me; (b); upon professional knowledge with respect to the

26   matters pertaining to this Case; (c) upon information and belief based upon, among other

27   things, public available information with respect to the matters pertaining to this Case.

28

1  **I suffered damages arising from Google's unfair and predatory business practices.**

2  **Google unfairly suspended six of my Android applications without justification**

3  I have developed more than 15 Android applications and published them via Google

4  Play Store between 2011 and 2023.

5  Six of my Android applications were suspended and removed by Google Play Store

6  without justification.

7  In May 2013, I published my Android application Jewelry Showcasz (Ffiitt Earring)

8  via Google Play Store, it enables users to virtual outfit jewelry such as earrings using their

9  selfies on their Android phones and tablets. .

10  In October 2013, I published a press release on prweb.com to promote my

11  applications.[1]



24  In February 2014, I published another Android application Home Decoration

25  Showcasz app. It let users virtually decorate their rooms using the app.

28

1. https://www.prweb.com/releases/2013/10/prweb11278230.htm

1          In June 2014, my Jewelry Showcasz Android application was abruptly suspended by

2  Google Play Store. I did not receive any notification regarding any issue, pending action or

3  pending suspension from Google Play Store. I only found out that my Android application was

4  suspended when I logged into my Google Play developer's console to update this app.

5          Soon after the first suspension, I went to an Android app developer meetup in bay area,

6  California, trying to find out how to appeal to Google Play's action and remove the suspension.

7  More than 50 Android app developers attended the meetup. At the meeting, I asked all the

8  Android app developers about how to contact the Google Play Store's developer support team,

9  and how to dispute the app suspension. None of the Android app developers knew the contact

10  information of the Google Play Store's developer support team. None of them knew how to

11  dispute any action carried out by Google Play Store.

12          I found out that Google Play Store did not provide any support, email or contact

13  information to Android app developers at that time. All actions of Google Play Store were final,

14  no inquiries or disputes were allowed. After my Android application was suspended, I was not

15  able to update or maintain the app. The app was essentially trashed by Google's suspension.

16          A few days after I attended the meetup, Google Play Store suspended two more of my

17  Android applications without any advance notification.

18          After Google Play Store suspended my third Android application, I received an email

19  sent from a no-reply email address of Google, stating that one of my Android application has too

20  many keywords in the app description, my app was suspended and the decision was final. I was

21  not given any contact information to inquiry about or dispute the suspension.

22          App description is part of the app's listing information displayed via Google Play

23  Store. App description is not part of the Android application software, it is not written in the code,

24  and it can be easily updated via the developer console of Google Play Store. If Google Play Store

25  had notified me of any issue in advance, I would have fixed the issue and updated the app

26  description to avoid the suspension.

27

28

1    It took me years of work to develop these Android applications. Each application
2  contains tens of thousands lines of code, I have improved, tested and updated my Android
3  applications more than 100 times. My Android applications have been published and selling
4  via Google Play Store for more than one year, having many users using the apps, before they
5  were abruptly suspended by Google Play Store. Google Play Store's unfairly suspension of my
6  Android apps unfairly erased my work of developing and marketing these apps.

7    Between 2014 and 2023. Google Play Store further suspended three more of my
8  Android applications without justification.

9    The timing and frequency of these app suspensions showed Google Play Store's
10  unfair, abusive and predatory business practices.

DEVELOPER LOG

| | |
|---|---|
| 1st App<br>InspireMe 1.0 | 08/09/2011 |
| 2nd App | 9/12/2012 |
| System and Method for Virtual Fitting and Consumer Interaction | 1st Provisional Filing Date: 1/11/2013 |
| Ffiitt Earing | 1st related app release: 5/23/2013 |
| | |
| 10/30/2013<br>Virtual Fit Showcase<br>http://www.prweb.com/releases/2013/10/prweb11278230.htm | PR Release: 10/30/2013 |
| Home Decor Showcasz app | 2/20/2014 |
| Showcasz 3 apps got suspended | Suspended Date: 06/10/2014 |
| TryOnApps | 1st released TryOnApps: 06/28/2014 |
| | |

In total, Google Play Store suspended and removed six of my Android applications via Google Play Store without justification.

I suffered great damage arising from Google's unfair, abusive and predatory business practices.

ALL APPLICATIONS

Filter ▾ Page 1 of 1

| APP NAME | PRICE | [redacted] | AVG. RATING / TOTAL # | [redacted] | LAST UPDATE | STATUS |
|---|---|---|---|---|---|---|
| [redacted] | Free | [redacted] | ★ 3.67 / 3 | [redacted] | Nov 26, 2012 | Published |
| Home Decoration Showcase 18.8 | Free | [redacted] | ★ 4.68 / 28 | [redacted] | Jun 10, 2014 | Suspended |
| Home Decoration Showcase 5.2 | Free | [redacted] | ★ 5.00 / 1 | [redacted] | May 28, 2013 | Unpublished |
| Inspirello 1.0 | Free | [redacted] | ★ 3.70 / 54 | [redacted] | Aug 9, 2011 | Published |
| Inspirello Live Wallpaper 2.9 | USD 0.99 | [redacted] | – | [redacted] | Sep 12, 2012 | Published |
| Jewelry Showcase Dress Up! 12.5 | Free | [redacted] | ★ 4.28 / 182 | [redacted] | Apr 2, 2014 | Suspended |
| Jewelry Showcase Premium 16.7 | Free | [redacted] | ★ 4.60 / 9 | [redacted] | Jun 10, 2014 | Suspended |
| [redacted] | – | [redacted] | – | [redacted] | – | Draft |
| Virtual Fit - Cojoy Pals 4.5 | USD 1.99 | [redacted] | ★ 5.00 / 2 | [redacted] | Oct 24, 2013 | Unpublished |
| [redacted] | Free | [redacted] | – | [redacted] | Sep 12, 2012 | Unpublished |
| [redacted] | USD 0.99 | [redacted] | – | [redacted] | Sep 12, 2012 | Published |

Page 1 of 1

Developer console of CojoMedia on Google Play Store

Filter by

All ▾

Search by app or package name

| App | [redacted] | App status | [redacted] | Last updated |
|---|---|---|---|---|
| Custom Design Your Ring With... com.tryonapps.ring | [redacted] | Suspended by Google | [redacted] | Sep 24, 2018 |
| Fashion Watch Virtual Outfit com.tryonapps.watches | [redacted] | Production | [redacted] | Oct 31, 2022 |
| Top Look Creator Selfie Outfit ... com.tryonapps.jewelry | [redacted] | Suspended by Google | [redacted] | Sep 24, 2018 |
| Try The Look Photo Editor com.tryonapps.looktry | [redacted] | Unpublished | [redacted] | Sep 25, 2018 |
| Virtual Art Decor LookRev com.tryonapps.homedecoration | [redacted] | Production | [redacted] | Jan 1, 2022 |
| Virtual Dress Up LookRev com.tryonapps.earring | [redacted] | Production | [redacted] | Mar 5, 2023 |
| Virtual Event Decoration com.tryonapps.eventplanner | [redacted] | Production | [redacted] | Oct 31, 2022 |
| Virtual Look Design com.tryonapps.trythelook | [redacted] | Production | [redacted] | Oct 31, 2022 |
| Virtual Selfie Fly To The Sky Wi... com.tryonapps.wings | [redacted] | Removed by Google | [redacted] | Sep 24, 2018 |

Developer console of TryOnApps on Google Play Store

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### Google's unfair and predatory business practices

I have filed patent applications for the unique outfit methods I created and used in my Android applications. My first patent application was filed in January 2013. I received patents for the virtual fitting methods that I used in my Android applications.

In about 2016, Google released its Augmented Reality Framework (later called ARCore), letting app users to virtually try-on computer generated images of products including glasses and shoes.



https://developers.google.com/ar/



https://www.deepar.ai/augmented-reality-sdk

1  Google abruptly and unfairly suspended my Android application in the Google Play

2  Store to clear the market for its upcoming Augmented Reality framework, removing any

3  potential competition from TryOnApps.

4  I have been injured in my business and property as a result of Google's violations of

5  the Sherman Act and Cartwright Act. I seek the Court award me all appropriate relief, to

6  include, but not be limited to, injunctive relief requiring that Google cease the abusive,

7  unlawful, and anticompetitive practices described herein (including pursuant to federal antitrust

8  law, *see, e.g.*, 15 U.S.C. § 26, and state law, *see, e.g.*, Cal. Bus. & Prof. Code §§ 16750 and

9  17203, as requested herein); declaratory relief, adjudging such practices unlawful; as well as

10 monetary relief, whether by way of restitution (*see, e.g.*, Cal. Bus. & Prof. Code § 17203) or

11 damages, including treble damages (*see, e.g.*, 15 U.S.C. § 15(a), and Cal. Bus. & Prof. Code §

12 16750), or other multiple or punitive damages, or restitution, where mandated by law (including

13 federal antitrust law, *see, e.g.*, 15 U.S.C. § 15(a)) or equity or as otherwise available; together

14 with recovery of their costs of suit, to include their reasonable attorneys' fees, costs, and

15 expenses (including pursuant to federal and state antitrust law, *see, e.g.*, 15 U.S.C. § 15(a) and/

16 or 15 U.S.C. § 26 and Cal. Bus. & Prof. Code § 16750; *see also* Cal. Code Civ. Pro. § 1021.5)),

17 together with pre- and post-judgment interest to the maximum levels permitted by law or equity.

18  ### Google unfairly blocked my trademark name in App Search

19  Google used its monopoly power in App Search via Google Play Store, blocked my

20 Android applications from being discovered or downloaded by app users.

21  TryOnApps is trademarked name. It provides a unique identity for my Android

22 applications developed under the developer name of TryOnApps. Google blocked the name of

23 TryOnApps in its App Search filter in Google Play Store. When users type in the word

24 TryOnApps in the search box of Google Play on their Android phones and tablets, the search

25 results do not display any of TryOnApps Android applications.

26  When users type in related keywords such as virtual outfit or virtual decoration in the

27 search box of Google Play Store on their Android phones and tablets, the search results do not

28 display any of my Android virtual outfit applications.

1
2
3
4

When users type in the word TryOnApps in the search box of Google Play on their Android phones and tablets, the search results do not display any of TryOnApps Android applications.



5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1           Google uses monopoly power in App Search and blocked my Android application

2    from being discovered by app users, essentially blocked my Android application from being

3    found or downloaded by app users.

4           I have spent years developing my Android applications, and have published more than

5    15 Android application via Google Play Store. But all the work were wasted because Google

6    blocked my apps from being discovered by app users.

7           I was invited to a Google's event in about 2019 or 2020. A Google's employee told me

8    and others who attended the event that "If you don't show up on Google's map, you don't exist."

9           My Android applications don't show up on Google Play's search result, Google

10   essentially makes my Android apps non-exist to the app users.

11          I suffered great damages arising from Google's unfair and abusive business practices.

12   I seek the Court award me all appropriate relief, to include, but not be limited to, injunctive relief

13   requiring that Google cease the abusive, unlawful, and anticompetitive practices described

14   herein.

15                  **Google unfairly filtered my emails via GMAIL**

16          Google uses its monopoly power in email services to block TryOnApps. I received

17   feedback from a plurality of my business associates that the emails I sent them using my email

18   domain @tryonapps.com were automatically sent to their Gmail's spam folder. Google uses its

19   monopoly power in Gmail to automatically filter emails from tryonapps.com as spam emails.

20   Google blocked my emails from being delivered to the Gmail recipients' inboxes, cut off the

21   email communicate of TryOnApps to its business associations and app users who use Gmail.

22                  **Google unfairly blacklisted my domain name**

23          Google uses its monopoly power in domain name validation service to block

24   TryOnApps from being access by the people via the internet. Google is one of the earliest DNS

25   providers, and maintains a number of blacklists of domain names that are shared and used by

26   domain name servers. In about 2016, I found out that tryonapps.com was listed in one of the

27   blacklists, I had to send my request to a Gmail address owned by someone who managed the

28

1   blacklist, requesting TryOnApps.com domain name be removed from that blacklist.

2   **Google unfairly used Google Analytics to collect data from my website**

3       Google offers a plural number of software tools for free to web developers,

4   including Google Analytics, Google Drive, Google Sheets, Google Form, Google Words,

5   Google Spreadsheet, Google Fonts and more.

6       Google aggressively promote Google Analytics to web developers, stating that it

7   will help improving website's performance, making the website search engine optimization

8   friendly.

9       Google collect data from the websites that use Google Analytics, and gain insights

10  into the businesses.

11    G  https://support.google.com › analytics › answer › 121594477hl=en

12  **How Google Analytics works - Analytics Help**

13  **Google Analytics** is a platform that collects data from your websites and apps to create reports that provide insights into your business. Measuring a website. To measure a website, you first have to

14  create a **Google Analytics** account. Then you need to add a small piece of JavaScript measurement code to each page on your site.

15

16      In or about 2015, persuaded by Google's marketing efforts, I installed Google

17  Analytics on my website tryonapps.com to make the website search engine optimization

18  (SEO) friendly. The software code of Google Analytics was only a few lines of code, it can be

19  easily added to a website by its web developer.

20      In or about 2016, I attended a keynote meeting hosted by Google Analytics'

21  development team. It was provided to the web developers who may use Google Analytics on

22  their websites. At the meeting, I asked Google Analytics' development team about how was the

23  data being used by Google ("Where did the data go?"), and whether I could request Google to

24  delete the data collected from my website. Google Analytics development team said that they

25  did not know the answer at that time. They asked for my contact information and said they

26  would follow up with me and let me know. They never gave my any feedback after the

27  meeting.

28

In or about 2017, when I was running a time-sensitive marketing campaign on TryOnApps.com website, the website was targeted and went through a plural of cyber attacks, including deny of service attack (DOS attack), rending the server abruptly shut down soon after the campaign started.

When I traced the sources of the attacks, I found multiple attacks were originated from Google's servers. After that, I removed Google Analytics from my website.

**Google unfairly uses Google Analytics to collect data from websites**

Google aggressively promote Google Analytics to web developers, stating that it will help improving website performance, making the website search engine optimization friendly. Because Google Analytics is very easy to use and it is a free software, many web developers have added Google Analytics to the websites that they have developed. Google collect data from the websites that use Google Analytics, and gain deep insights into the businesses and organizations.

Whenever a user visits a website that is using Google Analytics and Google tools, Google automatically collects the data from that user, including the user's IP address, web browser type, the links the user clicks on the website and other user information.

It is very easy to find out whether a website uses Google Analytics using the following steps:

1.  Open a web browser and enter the website url.
2.  Right click on the web browser (Firefox, Google Chrome, Opera).
3.  Select "Inspect".
4.  Click the "Network" tab.
5.  Refresh the webpage.

1      Enclosed are a some of the websites that are found using Google Analytics using

2  this method.



https://home.treasury.gov



https://www.sec.gov/



https://www.tradingview.com



https://www.fidelity.com/

1  **Google unlawfully forced app developers to defer the signing of their apps to**

2  **Google Play**

3       In 2023, I published a new Android application via Google Play Store. I was

4  surprised to learn that after August 2021, all new Android apps can only be published with the

5  Android App Bundle on Google Play, developers have to defer the APK generation and signing

6  to Google Play. [2]

7       If an Android app developer refuses to defer the signing to Google Play, he/she can

8  not publish any new Android applications via Google Play.

9       For Android applications published before August 2021, developers may choose to

10 publish with the Android App Bundle or with the APK file.

Android Developers  >  Docs  >  Guides                                    Was this helpful?  👍  👎

## About Android App Bundles 🗅 ▾

⭐ **Important:** From August 2021, new apps are required to publish with the Android App Bundle on Google Play. New apps larger than 150 MB are now supported by either Play Feature Delivery or Play Asset Delivery.

An *Android App Bundle* is a publishing format that includes all your app's compiled code and resources, and defers APK generation and signing to *Google Play*.

18      Each Android App Bundle has multiple components, including the resource files

19 (App logo, images, and multi-media files), library files, app source code, and other

20 components. The APK generation process combines the components, packaging and compress

21 them into one .apk file. The signing of the APK file encrypts the file with a keyset, making the

22 app ready for the app distribution and installation.

23      By forcing Android app developers deferring the APK generation and signing to

24 Google Play, Google Play gained the full control of the software packaging and distribution

25 process of the Android applications.

26      This means that the Android applications could be changed and tampered with

27 during the packaging and distribution process without app developers' acknowledgement.

28 2. https://developer.android.com/guide/app-bundle/

For example, the app source code component in the Android App Bundle could be replaced by a different source code component, but use the same App logo and image files in the resource files, compressed and packaged into an APK file, distributed to its app users for installation under the same App and developer name.



**Android App Bundle**

This creates serious security concerns. People who have access to Google Play Store's servers can replace component(s) in the app bundles, change the behave of the apps, generate and sign the APK files, and distribute them in the Google Play Store to their app users for installation, without the app developer's acknowledgement or authorization. Essentially, it opens a doorway to hijack the Android apps and their user base.

### Google's statement in Section 2.7 is fraudulent and intentional misrepresentation

In the Amended Settlement Agreement filed on October 12, 2022, Section 2.7 reads as follows:

> 2.7  On October 4, 2021, Google released Android 12, an updated version of the Android operating system. Google had previously announced, in September 2020, that Android 12 would include certain changes Google believes make it even easier for people to use other app stores on their mobile devices while being careful not to compromise the safety measures Android has in place. More specifically, Android 12 introduced a new method to allow installer apps to <u>perform app updates without requiring the user to confirm the action</u>.

1     Google announced Android 12 in May 2021, stating that it allows installer apps to

2    perform app updates without requiring permissions from the users [3].

3

4    **techradar**  THE SOURCE FOR TECH BUYING ADVICE

5    Home > News > Mobile Phones

6    ## Android 12 will make it easier to use Google
7    ## Play Store alternatives

8    By Rhys Wood published May 20, 2021

     Android 12 opens the floodgates

9
     Google has announced Android 12 will be more accommodating of third party
10   installers and app stores. The update, currently being tested in the Android 12
     beta, allows third party app stores to install apps and updates without requiring
11   permission from the user.

12   Reported by XDA-Developers, it appears that Google is aiming to make Android
     12 a friendlier operating system for third party Google Play alternatives, allowing
13   them to manage apps and updates without direct intervention from the user,
     much like the Play Store itself is able to perform with automatic updates.
14

15   ### A better Android experience?

16   On the surface, it might be easy to read this as a bit of a security concern for
     Android 12, especially when it comes to the thought of third party app stores
17   installing updates without the user's knowledge or permission. However, Google
     has stressed that third party alternatives will have to follow strict guidelines to
18   allow for this functionality.

19     This means that a tampered APK file (malware) could be directly installed onto app

20   users' Android devices without the users' acknowledgement and permission. Since the

21   tampered app may use the same app name, logo, image files and user interface components,

22   and it is distributed under the same developer name, it would be almost impossible for the app

23   users to tell that it is an updated Android app tampered with malware.

24     The Android applications that are published or updated after August 2021 have high

25   risk of being tampered with malware.

26

27

28   3. https://www.techradar.com/news/android-12-will-make-it-easier-to-use-google-play-
     store-alternatives





## App Reviews

**Sean Wilson**

June 25, 2022

App will not open on Android 8. It keeps trying to update, but never does.

1 person found this review helpful

Did you find this helpful?   Yes   No

> "It keeps trying to update, but never does."

**Kevin Stewart Jr.**

September 30, 2022

The latest update restarts when it reaches 100% and I can't access my account.

1 person found this review helpful

Did you find this helpful?   Yes   No

> "The latest update restarts when it reaches 100% and I can't access my account."

**Tad Gayer**

October 1, 2022

Won't open stuck in update loop

> "Won't open stuck in update loop."

1 person found this review helpful

https://play.google.com/store/



**Google Play**  Games

> **SVB Go - Mobile Banking**   ✕
> About this app

Download SVB Go if you have been directed to use the new digital banking platform, SVB Go  All other clients should use our original online banking app (SVB Mobile Banking-Commercial).

SVB Go is digital banking, evolved  Designed specifically for how founders run their businesses as opposed to how banks operate.

SVB Go enables founders to keep track of your money on the move with robust payment and tracking capabilities, manage their credit and debit cards, plus customizable alerts while accessing prompts to guide you through your banking tasks. It's simple, secure and intuitive

**About this app →**

| | |
|---|---|
| **Version** 1.27.1 | **Updated on** Feb 17, 2023 |
| **Requires Android** 10 and up | **Downloads** 1,000+ downloads |
| **Content rating** PEGI 3 Learn more | **Permissions** View details |
| **Released on** Jul 31, 2020 | **Offered by** SVB |

**Data safety →**

**Compatibility for your active devices \***

You need to login to view the compatible devices



**Google Play**  Games   Apps   Movies & TV   Books   Kids

Amy N

February 8, 2023
Walks you through steps to sync
Did you find this helpful?   Yes

Adam

December 23, 2022
Just so so bad - look up NatWest
Did you find this helpful?   Yes

See all reviews

**What's new**

> **SVB Go - Mobile Banking**
> Ratings and reviews

## App Reviews

**L  Louis Potok**                                                ⋮

★   March 7, 2023

Unacceptably buggy for a business banking app. A particular problem is that the scan code 2fa has never worked reliably for me.

Did you find this helpful?   Yes   No

### "Unacceptably buggy for a business banking app."

**Amy N**                                                          ⋮

### "Walks you through steps to sync with 3rd party accounting software that isn't available yet!"

★   February 8, 2023

Walks you through steps to sync with 3rd party accounting software that isn't available yet!

Did you find this helpful?   Yes   No

https://play.google.com/store/

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



### First Republic Mobile
Ratings and reviews                    **App Review**

Tavi

★   May 23, 2021

After the recent update, this app has been a significant disappointment. After entering my credentials and logging in, both using the stealth mode and not the stealth mode, I have been met with a completely white screen and nothing being shown. Additionally, it will send notifications whenever I make a purchase, still acknowledging my settings, but I can't view the transaction on my phone. I've stated before, big disappointment

19 people found this review helpful

**"After the recent update, this app has been a significant disappointment."**

https://play.google.com/store/



### First Republic Bank is taken over by FDIC and sold to JPMorgan in third major bank failure of the year

It's the largest lender to collapse since the 2008 financial crisis – bigger than Silicon Valley Bank, which went under in March.

https://www.nytimes.com/2023/05/01/business/first-republic-stock-deposits-sale.html

https://abcnews.go.com/Business/timeline-silicon-valley-bank-collapse/story?id=97846565

abc NEWS VIDEO LIVE SHOWS CLIMATE

## A timeline of the Silicon Valley Bank collapse

Silicon Valley Bank attracted deposits from startup firms in the tech industry.

By Max Zahn
March 14, 2023, 5:40 AM

Silicon Valley Bank's downfall: a timeline
Silicon Valley Bank's collapse is the largest since the 2008 financial crisis.

Silicon Valley Bank, a regional lender with $210 billion in assets, served the tech industry for 40 years. It collapsed in two days, marking the largest bank failure since the 2008 financial crisis.

Forbes

FORBES > BUSINESS

BREAKING

## What Happened To Signature Bank? The Latest Bank Failure Marks Third Largest In History

**Brian Bushard** Forbes Staff
*I cover breaking news for Forbes*

Follow

Mar 13, 2023, :52pm EDT

Listen to article 5 minutes

Updated Mar 15, 2023, 11:58am EDT

TOPLINE Signature Bank, a New York-based regional bank that became a leader in cryptocurrency lending, shuttered suddenly on Sunday, marking the third-biggest bank failure in U.S. history just two days after the country's second biggest failure, Silicon Valley Bank, rocked the stock market and reignited fears of "challenging and turbulent" economic times.

https://www.forbes.com/sites/brianbushard/2023/03/13/what-happened-to-signature-bank-the-latest-bank-failure-marks-third-largest-in-history/

1

### Conclusion

2      Google's statement in the Settlement Agreement, including but not limited to

3   Section 2.7 is fraudulent and intentional misrepresentation under California's Civil Code

4   section 1710.

5      Pursuant to CA. BUS & PROF. CODE §§ 16722, any contract or agreement in

6   violation of this chapter is absolutely void and is not enforceable at law or in equity.

7      Google's behavior violates antitrust and consumer protection law.

8      I suffered damages arising from Google's unfair, abusive and unlawful practices.

9   Because of Google's unlawful practices, all fifteen Android applications that I published via

10  Google Play Store between 2011 and 2023 are blocked from app users via Google Play Store.

11  Six of the Android applications were suspended by Google Play without justification. Twelve

12  years of my work and time on developing and marketing these Android applications were taken

13  and wasted by Google.

14      I and the Class have been injured in our business and property as a result of

15  Google's violations of the Sherman Act and Cartwright Act. I seek the Court award me and the

16  Class all appropriate relief, to include, but not be limited to, injunctive relief requiring that

17  Google cease the abusive, unlawful, and anticompetitive practices described herein (including

18  pursuant to federal antitrust law, *see, e.g.*, 15 U.S.C. § 26, and state law, *see, e.g.*, Cal. Bus. &

19  Prof. Code §§ 16750 and 17203, as requested herein); declaratory relief, adjudging such

20  practices unlawful; as well as monetary relief, whether by way of restitution (*see, e.g.*, Cal.

21  Bus. & Prof. Code § 17203) or damages, including treble damages (*see, e.g.*, 15 U.S.C. §

22  15(a), and Cal. Bus. & Prof. Code § 16750), or other multiple or punitive damages, or

23  restitution, where mandated by law (including federal antitrust law, *see, e.g.*, 15 U.S.C. §

24  15(a)) or equity or as otherwise available; together with recovery of their costs of suit, to

25  include their reasonable attorneys' fees, costs, and expenses (including pursuant to federal and

26  state antitrust law, *see, e.g.*, 15 U.S.C. § 15(a) and/or 15 U.S.C. § 26 and Cal. Bus. & Prof.

27  Code § 16750; *see also* Cal. Code Civ. Pro. § 1021.5)), together with pre- and post-judgment

28

---

1    interest to the maximum levels permitted by law or equity.

2

3         Date: May 8th, 2023

4

5

6                                        Respectfully Submitted,

7                                        Grace Tang

8                                        By:  *s/ Grace Tang*
9                                                  Grace Tang

10                                       PO Box 691543
11                                       Stockton, CA 95269
                                         *Pro Per*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28