|   |   |
|---|---|
| 1 |   |
| 2 | Grace Tang |
| 3 | PO Box 691543 |
|   | Stockton, CA 95269 |
| 4 |   |
| 5 | Class Member |
|   | *Pro Per* |



FILED
MAY 09 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**CERTIFICATE OF FILING AND SERVICE** |
| *Related Actions:*<br>*Epic Games, Inc. v. Google LLC,*<br>*No. 3:20-cv-5671-JD*<br>*In re Google Play Consumer Antitrust Litigation,* No. 3:20-cv-5761-JD<br>*In re\* Google LLC Antitrust Litigation Litigation,* No. 3:21-md-02981-JD | |

**TO:**        **CLERK OF THE COURT;**

**AND TO:**   **ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

PLEASE BE ADVISED that the Settle Class Member Grace Tang has filed her Memorandum of Law, Object to the Settlement and Declaration as of May 8th, 2023.

Except for service of process, it is requested that all documents be forwarded electronically by email or otherwise whenever possible.

Date: May 8th, 2023

Grace Tang

By: *s/ Grace Tang*

Grace Tang
*Pro Per*

---

MEMORANDUM AND OBJECTION TO THE SETTLEMENT    Case Nos. 3:20-cv-05792-JD            1