Grace Tang
PO Box 691543
Stockton, CA 95269

Class Member
*Pro Per*

FILED
MAY 15 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD <br><br> **CERTIFICATE OF FILING AND SERVICE** |
| *Related Actions:* <br> *Epic Games, Inc. v. Google LLC,* <br> *No. 3:20-cv-5671-JD* <br> *In re Google Play Consumer Antitrust Litigation,* No. 3:20-cv-5761-JD <br> *In re\* Google LLC Antitrust Litigation Litigation,* No. 3:21-md-02981-JD | |

TO:         **CLERK OF THE COURT;**

AND TO:   **ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

   PLEASE BE ADVISED that the Class Member Grace Tang has filed her Memorandum of Law, Object to the Settlement and Declaration as of May 9th, 2023.

   Physical copies were mailed to the parties and their attorneys of record via first-class mail, postage prepaid.

Date: May 10th, 2023

Grace Tang
By: *s/ Grace Tang*
Grace Tang
*Pro Per*

Grace Tang
PO Box 691543
Stockton, CA 95269

Class Member
*Pro Per*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on May 9th, 2023, I filed the foregoing document with the Clerk of the Court. Physical copies were mailed via first-class mail, postage prepaid, to:

Steve W. Berman and Associates
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

Eamon P. Kelly and Associates
SPERLING & SLATER, P.C.
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603

Kyle Geoffrey Bates
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104

Melinda R. Coolidge
Hausfeld LLP
888 16th Street N.W., Suite 300
Washington, DC 20006

General Counsel
Legal Department
Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Glenn D. Pomerantz
Kuruvilla Olasa
Munger Tolles & Olson LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071-3426

Brian C. Rocca and Associates
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower, 28th Floor
San Francisco, CA 94105-1596

I had mailed my Object to the Settlement to the Court via USPS priority mail on April 4th, 2023, but the mail was returned to me in a different envelope.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Grace Tang

Date: May 10th, 2023

By: *s/ Grace Tang*
Grace Tang
*Pro Per*

Grace Tang
PO Box 691543
Stockton, CA 95269

Please Record

Office of the Clerk
United States District Court
450 Golden Gate Avenue   16th floor
San Francisco, CA 94102-3489

