| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Ave., Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 | Melinda R. Coolidge (*pro hac vice*) <br> mcoolidge@hausfeld.com <br> HAUSFELD LLP <br> 888 16th Street, NW, Suite 300 <br> Washington, DC 20006 <br> Telephone: (202) 540-7200 |
| Eamon P. Kelly (*pro hac vice*) <br> ekelly@sperling-law.com <br> SPERLING & SLATER LLC <br> 55 W. Monroe, Suite 3200 <br> Chicago, IL 60603 <br> Telephone: 312-641-3200 | *Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scaliso LLC* |

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Plaintiffs Pure Sweat Basketball, Inc. and LittleHoots LLC*

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD <br><br> CERTIFICATE OF SERVICE REGARDING ECF NO. 256 <br><br> Hon. James Donato |

010803-11 1575640v1

I, the undersigned, declare:

I am a resident of the United States who is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action. My business address is 715 Hearst Avenue, Suite 300, Berkeley, California 94710.

On May 30, 2023, I served via USPS and electronic mail the following document to the party enumerated in the attached Service List:

**DEVELOPER PLAINTIFFS' RESPONSE TO SETTLEMENT OBJECTION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of May 2023 at Berkeley, California.

*s/ Brian R. Miller*
BRIAN R. MILLER

CERTIFICATE OF SERVICE - 1 -
Case No.: 3:20-cv-05792-JD
010803-11 1575640v1

- 2 -

**SERVICE LIST**

Grace Tang
7554 Pacific Avenue, Box 691543
Stockton, CA 92569
Email: grace@tryonapps.com