| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Ave., Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 | Melinda R. Coolidge (*pro hac vice*) <br> mcoolidge@hausfeld.com <br> HAUSFELD LLP <br> 888 16th Street, NW, Suite 300 <br> Washington, DC 20006 <br> Telephone: (202) 540-7200 |
| Eamon P. Kelly (*pro hac vice*) <br> ekelly@sperling-law.com <br> SPERLING & SLATER LLC <br> 55 W. Monroe, Suite 3200 <br> Chicago, IL 60603 <br> Telephone: (312) 641-3200 | *Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scaliso LLC* |

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Plaintiffs Pure Sweat Basketball, Inc. and LittleHoots LLC*

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD <br><br> **DEVELOPER PLAINTIFFS' NOTICE OF OBJECTOR SUBMISSION** <br><br> Date:      June 8, 2023 <br> Time:      10:00 a.m. <br> Judge:     Hon. James Donato <br> Location:  Courtroom 11, 19th Floor |

1  The only objector to Developer Plaintiffs' settlement with Google, Grace Tang, served Developer Plaintiffs with a reply brief on June 5, 2023.  It is titled "Tang's Response to Developer Plaintiffs' Response to Settlement Objection" and is attached hereto as **Exhibit A**.  For reference, Ms. Tang's initial objection appears at ECF No. 253, and Developer Plaintiffs' response is at ECF No. 256.

Ms. Tang indicated in her service transmittal that she has taken steps to file her reply brief, but as of this notice, it has not appeared on the docket.  To ensure that the Court has a complete record for the June 8, 2023 fairness hearing, Developer Plaintiffs e-file Ms. Tang's submission (as served) with this notice.  Developer Plaintiffs will be prepared to address the issues raised by Ms. Tang at the fairness hearing.

DATED: June 6, 2023               Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By     */s/ Steve W. Berman*
   Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Ted Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
benh@hbsslaw.com
bens@hbsslaw.com

By *s/ Melinda R. Coolidge*
Melinda R. Coolidge (*pro hac vice*)
Yelena W. Dewald (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200 (main)
Telephone: (202) 540-7144 (direct)
Facsimile:  (202) 540-7201
mcoolidge@hausfeld.com
ydewald@hausfeld.com

Kyle Geoffrey Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908 (main)
Facsimile:  (415) 358-4980
kbates@hausfeld.com

Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270 (main)
Telephone: (267) 702-3215 (direct)
Facsimile:  (215) 985-3271
kberan@hausfeld.com

By    */s/ Eamon P. Kelly*
    Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
**SPERLING & SLATER, LLC**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile:  (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*Interim Co-Lead Class Counsel and Proposed Settlement Class Counsel*