| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Ave., Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 | Melinda R. Coolidge (*pro hac vice*) <br> mcoolidge@hausfeld.com <br> HAUSFELD LLP <br> 888 16th Street, NW, Suite 300 <br> Washington, DC 20006 <br> Telephone: (202) 540-7200 |
| Eamon P. Kelly (*pro hac vice*) <br> ekelly@sperling-law.com <br> SPERLING & SLATER LLC <br> 55 W. Monroe, Suite 3200 <br> Chicago, IL 60603 <br> Telephone: 312-641-3200 | *Co-Lead Interim Class Counsel for the Proposed Class and Attorneys for Plaintiffs Peekya App Services, Inc. and Scaliso LLC* |

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Plaintiffs Pure Sweat Basketball, Inc. and LittleHoots LLC*

Interim Co-Lead Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD <br><br> CERTIFICATE OF SERVICE REGARDING DEVELOPER PLAINTIFFS' NOTICE OF OBJECTOR SUBMISSION [ECF NO. 258] <br><br> Hon. James Donato |

010803-11 1575640v1

1    I, the undersigned, declare:

2    I am a resident of the United States who is employed in the city of Berkeley, California, over

3 the age of 18 years, and not a party to or interested in the within action. My business address is 715

4 Hearst Avenue, Suite 300, Berkeley, California 94710.

5    On June 6, 2023, I served via USPS and electronic mail the following document to the party

6 enumerated in the attached Service List:

7    **DEVELOPER PLAINTIFFS' NOTICE OF OBJECTOR SUBMISSION**

8    I declare under penalty of perjury under the laws of the United States of America that the

9 foregoing is true and correct.

10    Executed this 6th day of June, 2023 at Berkeley, California.

                                        *s/ Brian R. Miller*
                                        BRIAN R. MILLER

**SERVICE LIST**

Grace Tang
7554 Pacific Avenue, Box 691543
Stockton, CA 92569
Email: grace@tryonapps.com