Grace Tang
PO Box 691543
Stockton, CA 95269

Class Member
*Pro Per*

**FILED**

JUN 05 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION

*Related Actions:*
*Epic Games, Inc. v. Google LLC,*
*No. 3:20-cv-5671-JD*
*In re Google Play Consumer Antitrust Litigation,* No. 3:20-cv-5761-JD
*In re* Google LLC Antitrust Litigation Litigation*, No. 3:21-md-02981-JD

Case No. 3:20-cv-05792-JD

**CERTIFICATE OF SERVICE REGARDING ECF NO. 257**

Hon. James Donato

TO:        **CLERK OF THE COURT;**

AND TO:    **ALL PARTIES AND THEIR ATTORNEYS OF RECORD;**

PLEASE BE ADVISED that the Class Member Grace Tang has filed her response to developer plaintiffs' response to the settlement objection as of June 5th, 2023.

Physical copies were mailed to the parties enumerated in the Service List via first-class mail, postage prepaid. Copies were also sent to the parties via electronic mail on the same day.

---

CERTIFICATE OF FILING AND SERVICE     Case Nos. 3:20-cv-05792-JD     1

## SERVICE LIST

Steve W. Berman and Associates
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

Melinda R. Coolidge
Hausfeld LLP
888 16th Street N.W., Suite 300
Washington, DC 20006

Eamon P. Kelly and Associates
SPERLING & SLATER, P.C.
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June 2023 at Stockton, California.

Grace Tang

By: *s/ Grace Tang*
Grace Tang
*Pro Per*