| | |
|---|---|
| 1 | Melinda R. Coolidge (*pro hac vice*) |
| 2 | **HAUSFELD LLP**<br>888 16th Street NW, Suite 300 |
| 3 | Washington, DC 20006<br>mcoolidge@hausfeld.com |
| 4 | Tel: (202) 540-7200 |
| 5 | Kyle G. Bates (SBN 299114) |
| 6 | **HAUSFELD LLP**<br>600 Montgomery Street, Suite 3200 |
| 7 | San Francisco, CA 94111<br>kbates@hausfeld.com |
| 8 | |
| 9 | Katie R. Beran (*pro hac vice*)<br>**HAUSFELD LLP** |
| 10 | 325 Chestnut Street<br>Philadelphia, PA 19106 |
| 11 | kberan@hausfeld.com |
| 12 | *Co-Lead Counsel for the Proposed Class in In re Google Play Developer* |
| 13 | *Antitrust Litigation and Attorneys for Peekya App Services, Inc. and Scalisco* |
| 14 | *LLC d/b/a Rescue Pets* |
| 15 | |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD |
| 22 | | **NOTICE OF WITHDRAWAL** |
| 23 | | **OF APPEARANCE FOR SAMANTHA STEIN** |
| 24 | THIS DOCUMENT RELATES TO: | |
| 25 | *In re Google Play Developer Antitrust Litigation*<br>Case No. 3:20-cv-05792-JD | |
| 26 | | |
| 27 | | |
| 28 | | |

TO THE COURT AND COUNSEL OF RECORD:

Plaintiffs hereby give notice and respectfully request leave of Court to withdraw Samantha Stein of the law firm Hausfeld LLP as counsel of record for Plaintiffs Pure Sweat Basketball, Inc. and Peekya App Services, Inc. ("Plaintiffs"), due to the fact that Ms. Stein is no longer associated with Hausfeld LLP. Plaintiffs further request that Ms. Stein's name and email address be removed from all case dockets. Plaintiffs will continue to be represented by court-appointed lead counsel, including other attorneys of record associated with Hausfeld LLP.

Dated: June 14, 2023

Respectfully Submitted,

 /s/ *Kyle G. Bates*
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
kbates@hausfeld.com

*Counsel for Plaintiff Peekya App Services, Inc. and Co-Lead Counsel for the Proposed Class in In re Google Play Developer Antitrust Litigation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2023, I electronically filed the foregoing document entitled **NOTICE OF WITHDRAWAL OF APPEARANCE FOR SAMANTHA STEIN** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Kyle G. Bates*_____
Kyle G. Bates