# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: June 8, 2023       Judge: Hon. James Donato

Time: 23 Minutes

Case No. **3:20-cv-05792-JD**
Case Name **In Re Google Play Developer Antitrust Litigation**

Attorney(s) for Plaintiff(s):    Ben Harrington/Steve Berman/Melinda Coolidge/Eamon Kelly
Attorney(s) for Defendant(s):    Kuruvilla Olasa/Glen Pomerantz/
Objector -- Grace Tang

Court Reporter: Ana Dub

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The Court takes up developer plaintiffs' motion for final settlement approval, Dkt. No. 252, and motion for attorneys' fees, reimbursement of expenses, and service awards. Dkt. No. 240.

The Court hears from Grace Tang, who filed an objection to the settlement. Dkt. No. 253. Ms. Tang agrees to opt out of the settlement. She will be ordered excluded and her "objection" terminated as moot.

The developer plaintiffs' request to provide taxpayer identification numbers to the settlement administrator, Dkt. No. 251, is granted, with the caveat that the settlement administrator must destroy the taxpayer identification records in its possession after the completion of settlement administration.

The final approval and fees motions are taken under submission and the Court will issue written orders.