Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots LLC*

Melinda R. Coolidge (*pro hac vice*)
mcoolidge@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Peekya App Services, Inc. and Scaliso LLC*

[Additional counsel listed on signature page]

Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Brian C. Rocca, S.B. #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B. #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B. #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B. #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B. #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

*Counsel for Defendants Google LLC et al.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD **JOINT ADMINISTRATIVE MOTION FOR ENTRY OF PROPOSED ORDER REGARDING TAXPAYER IDENTIFICATION NUMBERS** Judge: Hon. James Donato |

Developer Plaintiffs and the Google Defendants move jointly under Civil Local Rule 7-11(a) for entry of the accompanying Stipulated Proposed Order Regarding Taxpayer Identification Numbers.

On April 27, 2023, Developer Plaintiffs moved for an Order authorizing Google to transmit certain taxpayer identification numbers to the settlement administrator ("Angeion") for tax reporting purposes.  *See* ECF No. 251.  The motion was presented with a Proposed Order setting forth a stipulated process through which Angeion would request, and Google would provide, such taxpayer information.  *See* ECF No. 251-1.  By Minute Order dated June 8, 2023, the Court granted Developer Plaintiffs' motion, subject to the "caveat that the settlement administrator must destroy the taxpayer identification records in its possession after the completion of settlement administration."  *See* ECF No. 263.

The Parties have conferred and agreed to the accompanying revised Proposed Order that includes the Court's caveat.  The directives of the revised Proposed Order are otherwise identical to the Proposed Order previously submitted.  The Parties respectfully request that the Court enter the revised Proposed Order so that all conditions governing the transmission of taxpayer information are delineated in a single document accessible to the Settlement Class.  Developer Plaintiffs will post a copy of any Order the Court enters on the Settlement Website.

DATED:  June 29, 2023                Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By    */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Ted Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

1                                 Ben M. Harrington (SBN 313877)

Benjamin J. Siegel (SBN 256260)

2                                 **HAGENS BERMAN SOBOL SHAPIRO LLP**

715 Hearst Avenue, Suite 202

3                                 Berkeley, CA 94710

Telephone: (510) 725-3000

4                                 Facsimile:  (510) 725-3001

benh@hbsslaw.com

5                                 bens@hbsslaw.com

6                                 By     */s/ Melinda R. Coolidge*

         Melinda R. Coolidge (*pro hac vice*)

7                                 **HAUSFELD LLP**

888 16th Street, NW, Suite 300

8                                 Washington, DC 20006

Telephone: (202) 540-7200 (main)

9                                 Telephone: (202) 540-7144 (direct)

Facsimile:  (202) 540-7201

10                               mcoolidge@hausfeld.com

11                               Kyle Geoffrey Bates (SBN 299114)

12                               **HAUSFELD LLP**

600 Montgomery Street, Suite 3200

13                               San Francisco, CA 94111

Telephone: (415) 633-1908 (main)

14                               Facsimile:  (415) 358-4980

kbates@hausfeld.com

15                               Katie R. Beran (*pro hac vice*)

16                               **HAUSFELD LLP**

325 Chestnut Street, Suite 900

17                               Philadelphia, PA 19106

Telephone: (215) 985-3270 (main)

18                               Telephone: (267) 702-3215 (direct)

Facsimile:  (215) 985-3271

19                               kberan@hausfeld.com

20                             By     */s/ Eamon P. Kelly*

         Eamon P. Kelly (*pro hac vice*)

21                               Joseph M. Vanek (*pro hac vice*)

Alberto Rodriguez (*pro hac vice*)

22                               **SPERLING & SLATER, LLC**

55 W. Monroe Street, 32nd Floor

23                               Chicago, IL 60603

Telephone: (312) 676-5845

24                               Facsimile:  (312) 641-6492

jvanek@sperling-law.com

25                               ekelly@sperling-law.com

arodriguez@sperling-law.com

26                               *Interim Co-Lead Class Counsel and Proposed*

*Settlement Class Counsel*

1    DATED:  June 29, 2023                    Respectfully submitted,

2                                             **MUNGER, TOLLES & OLSON LLP**

3                                             By ____*/s/ Kuruvilla J. Olasa*_____
4                                                 Kuruvilla Olasa, S.B. #281509
                                                  kuruvilla.olasa@mto.com
5                                             Glenn D. Pomerantz, S.B. #112503
                                              glenn.pomerantz@mto.com
6                                             Nicholas R. Sidney, S.B. #308080
                                              nick.sidney@mto.com
7                                             350 South Grand Avenue, Fiftieth Floor
                                              Los Angeles, California 90071
8                                             Telephone: (213) 683-9100

9                                             Kyle W. Mach, S.B. #282090
                                              kyle.mach@mto.com
10                                            Justin P. Raphael, S.B. #292380
                                              justin.raphael@mto.com
11                                            Emily C. Curran-Huberty, S.B. #293065
                                              emily.curran-huberty@mto.com
12                                            Dane P. Shikman, S.B. #313656
                                              dane.shikman@mto.com
13                                            **MUNGER TOLLES & OLSON LLP**
                                              560 Mission St., Suite 2700
14                                            San Francisco, CA 94105
                                              Telephone: (415) 512-4000
15                                            Facsimile: (415) 512-4077

16                                            Jonathan I. Kravis, *pro hac vice*
                                              jonathan.kravis@mto.com
17                                            **MUNGER, TOLLES & OLSON LLP**
                                              601 Massachusetts Avenue NW, Suite 500E
18                                            Washington, D.C. 20001
                                              Telephone: (202) 220-1100
19
                                              Brian C. Rocca, S.B #221576
20                                            brian.rocca@morganlewis.com
                                              Sujal J. Shah, S.B #215230
21                                            sujal.shah@morganlewis.com
                                              Michelle Park Chiu, S.B #248421
22                                            michelle.chiu@morganlewis.com
                                              Minna Lo Naranjo, S.B #259005
23                                            minna.naranjo@morganlewis.com
                                              Rishi P. Satia, S.B #301958
24                                            rishi.satia@morganlewis.com
                                              **MORGAN, LEWIS & BOCKIUS LLP**
25                                            One Market, Spear Street Tower
                                              San Francisco, CA 94105
26                                            Telephone: (415) 442-1000
                                              Facsimile: (415) 422-1001
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Defendants Google LLC et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

_s/ Steve W. Berman_
STEVE W. BERMAN
