| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Glenn D. Pomerantz, S.B. #112503 |
| steve@hbsslaw.com | glenn.pomerantz@mto.com |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | Kuruvilla Olasa, S.B. #281509 |
| 1301 Second Ave., Suite 2000 | kuruvilla.olasa@mto.com |
| Seattle, WA 98101 | **MUNGER, TOLLES & OLSON LLP** |
| Telephone: (206) 623-7292 | 350 South Grand Avenue, Fiftieth Floor |
| | Los Angeles, California 90071 |
| Eamon P. Kelly (*pro hac vice*) | Telephone: (213) 683-9100 |
| ekelly@sperling-law.com | |
| **SPERLING & SLATER P.C.** | Brian C. Rocca, S.B. #221576 |
| 55 W. Monroe, Suite 3200 | brian.rocca@morganlewis.com |
| Chicago, IL 60603 | Sujal J. Shah, S.B. #215230 |
| Telephone: (312) 641-3200 | sujal.shah@morganlewis.com |
| | Michelle Park Chiu, S.B. #248421 |
| *Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots LLC* | michelle.chiu@morganlewis.com |
| | Minna Lo Naranjo, S.B. #259005 |
| | minna.naranjo@morganlewis.com |
| | Rishi P. Satia, S.B. #301958 |
| | rishi.satia@morganlewis.com |
| Melinda R. Coolidge (*pro hac vice*) | **MORGAN, LEWIS & BOCKIUS LLP** |
| mcoolidge@hausfeld.com | One Market, Spear Street Tower |
| **HAUSFELD LLP** | San Francisco, CA 94105 |
| 888 16th Street, NW, Suite 300 | Telephone: (415) 442-1000 |
| Washington, DC 20006 | |
| Telephone: (202) 540-7200 | *Counsel for Defendants Google LLC et al.* |
| | |
| *Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Peekya App Services, Inc. and Scaliso LLC* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TAXPAYER IDENTIFICATION NUMBERS**<br><br>Judge:  Hon. James Donato |

1  Plaintiffs in the *In re Google Play Developer Antitrust Litigation*, No. 3:20-cv-5792-JD (N.D. Cal.) ("Developer Plaintiffs") and the defendants Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte. Limited, and Google Payment Corp. ("Google" and together with Developer Plaintiffs, "the Parties"), stipulate as follows:

WHEREAS, the Parties have reached a Settlement resolving all claims of a proposed Settlement Class of Developer Plaintiffs, which the Court preliminarily approved by Order dated December 1, 2022;

WHEREAS, Developer Plaintiffs' motion for final settlement approval is under submission following a June 8, 2023 fairness hearing;

WHEREAS, the court-appointed Settlement Administrator ("Angeion") has advised the Parties that, for tax reporting purposes, it must receive taxpayer identification numbers for Settlement Class Members receiving payments of $600 or more in a calendar year, and that prompt receipt of this information will facilitate timely distributions to Settlement Class Members should the Settlement be finally approved;

WHEREAS, Google maintains self-reported taxpayer identification numbers for members of the proposed Settlement Class, although such information is not maintained for all members of the proposed Settlement Class (e.g., such information is not maintained for members that did not self-report such information);

WHEREAS, Google makes no representations regarding the completeness or accuracy of such information;

WHEREAS, the Parties agree that any taxpayer identification numbers provided to Angeion would be transmitted in an encrypted format and be designated HIGHLY CONFIDENTIAL subject to the terms of the operative Protective Order;

WHEREAS, the Parties agree that any taxpayer identification numbers provided to Angeion will be used solely to facilitate administration of this class action settlement;

WHEREAS, the Parties agree that any taxpayer identification numbers provided to Angeion will not be provided to Developer Plaintiffs, counsel to Developer Plaintiffs, or any other party; and,

WHEREAS, by Minute Order dated June 8, 2023, the Court authorized Google to provide taxpayer identification numbers to Angeion provided Anegion "destroy the taxpayer identification records in its possession after the completion of settlement administration."

NOW, THEREFORE, IT IS STIPULATED AND ORDERED:

1. Upon entry of this order, Angeion may provide Google with a list of the members of the proposed Settlement Class for which Angeion requires tax identification numbers for tax reporting purposes ("Request List"), and Angeion may also provide Google with a reasonable number of supplemental Request Lists from time to time;

2. Google shall provide Angeion with the taxpayer identification numbers it maintains for the members of the proposed Settlement Class listed in the Request List;

3. Google shall make reasonable and diligent efforts to provide Angeion with such taxpayer identification numbers within twenty-one (21) days of Angeion providing Google with a Request List;

4. To ensure prompt distribution of settlement funds, to ensure that Angeion receives taxpayer identification numbers promptly, and to avoid interfering with the Court supervised notice and opt out process, Google shall provide Angeion with such taxpayer identification information without undertaking a separate notice and opt-out process;

5. Any taxpayer identification numbers provided to Angeion shall be transmitted by secure means, not distributed to any other party (including Developer Plaintiffs and their counsel), designated Highly Confidential subject to the operative Protective Order, and used by Angeion solely to facilitate administration of this class action settlement;

6. Angeion shall destroy the taxpayer identification records in its possession after the completion of settlement administration.

| | |
|---|---|
| Dated: June 29, 2023 | Respectfully submitted, |
| | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | By  */s/ Steve W. Berman* |
| |     Steve W. Berman (*pro hac vice*) |
| |     Robert F. Lopez (*pro hac vice*) |
| |     Ted Wojcik (*pro hac vice*) |
| |     1301 Second Avenue, Suite 2000 |
| |     Seattle, WA 98101 |
| |     Telephone: (206) 623-7292 |
| |     Facsimile:  (206) 623-0594 |
| |     steve@hbsslaw.com |
| |     robl@hbsslaw.com |
| |     tedw@hbsslaw.com |
| | |
| | Ben M. Harrington (SBN 313877) |
| | Benjamin J. Siegel (SBN 256260) |
| | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile:  (510) 725-3001 |
| | benh@hbsslaw.com |
| | bens@hbsslaw.com |
| | |
| | By  */s/ Melinda R. Coolidge* |
| |     Melinda R. Coolidge (*pro hac vice*) |
| | **HAUSFELD LLP** |
| | 888 16th Street, NW, Suite 300 |
| | Washington, DC 20006 |
| | Telephone: (202) 540-7200 (main) |
| | Telephone: (202) 540-7144 (direct) |
| | Facsimile:  (202) 540-7201 |
| | mcoolidge@hausfeld.com |
| | |
| | Kyle Geoffrey Bates (SBN 299114) |
| | **HAUSFELD LLP** |
| | 600 Montgomery Street, Suite 3200 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 633-1908 (main) |
| | Facsimile:  (415) 358-4980 |
| | kbates@hausfeld.com |

STIPULATION RE TAXPAYER IDENTIFICATION NUMBERSError! Reference source not found. - 3
Case No.: 3:20-cv-05792-JD
010803-11/2280317 V1

|   |   |
|---|---|
| 1 | Katie R. Beran (*pro hac vice*) |
| 2 | **HAUSFELD LLP** |
|   | 325 Chestnut Street, Suite 900 |
| 3 | Philadelphia, PA 19106 |
|   | Telephone: (215) 985-3270 (main) |
| 4 | Telephone: (267) 702-3215 (direct) |
|   | Facsimile:  (215) 985-3271 |
| 5 | kberan@hausfeld.com |

By    */s/ Eamon P. Kelly*
    Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
**SPERLING & SLATER, LLC**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile:  (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

*Interim Co-Lead Class Counsel and Proposed Settlement Class Counsel*

DATED:  June 29, 2023               Respectfully submitted,

**MUNGER, TOLLES & OLSON LLP**

By    */s/ Kuruvilla J. Olasa*
    Kuruvilla Olasa, S.B. #281509
    kuruvilla.olasa@mto.com
Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100

Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER TOLLES & OLSON LLP**
560 Mission St., Suite 2700
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100

Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

Richard S. Taffet, *pro hac vice*
richard.taffet@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

**ORDER**

Pursuant to the stipulation, it is so Ordered.

DATED: _____    _____

HON. JAMES DONATO
United States District Court Judge

## E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                  *s/ Steve W. Berman*
                                                STEVE W. BERMAN