| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> steve@hbsslaw.com <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> 1301 Second Ave., Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br><br> Eamon P. Kelly (*pro hac vice*) <br> ekelly@sperling-law.com <br> **SPERLING & SLATER P.C.** <br> 55 W. Monroe, Suite 3200 <br> Chicago, IL 60603 <br> Telephone: (312) 641-3200 <br><br> *Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots LLC* <br><br> Melinda R. Coolidge (pro hac vice) <br> mcoolidge@hausfeld.com <br> **HAUSFELD LLP** <br> 888 16th Street, NW, Suite 300 <br> Washington, DC 20006 <br> Telephone: (202) 540-7200 <br><br> *Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Peekya App Services, Inc. and Scaliso LLC* | Glenn D. Pomerantz, S.B. #112503 <br> glenn.pomerantz@mto.com <br> Kuruvilla Olasa, S.B. #281509 <br> kuruvilla.olasa@mto.com <br> **MUNGER, TOLLES & OLSON LLP** <br> 350 South Grand Avenue, Fiftieth Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 683-9100 <br><br> Brian C. Rocca, S.B. #221576 <br> brian.rocca@morganlewis.com <br> Sujal J. Shah, S.B. #215230 <br> sujal.shah@morganlewis.com <br> Michelle Park Chiu, S.B. #248421 <br> michelle.chiu@morganlewis.com <br> Minna Lo Naranjo, S.B. #259005 <br> minna.naranjo@morganlewis.com <br> Rishi P. Satia, S.B. #301958 <br> rishi.satia@morganlewis.com <br> **MORGAN, LEWIS & BOCKIUS LLP** <br> One Market, Spear Street Tower San Francisco, CA 94105 Telephone: (415) 442-1000 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD <br><br> **JOINT STATUS UPDATE REGARDING SETTLEMENT** <br><br> Judge:  Hon. James Donato |

010803-11/2332644 V1

Developer Plaintiffs and the Google Defendants provide this joint status update to apprise the Court that, upon final approval of the settlement in this action, the process to distribute settlement funds to developers in the proposed settlement class can begin promptly.

Following the June 8, 2023 final approval hearing, the Court took Developer Plaintiffs' Motion for Final Settlement Approval (ECF No. 252) and Fee and Cost motion (ECF No. 240) under advisement.  To facilitate timely distribution of proceeds, the Court subsequently authorized the Settlement Administrator to provide Google with a list of the members of the proposed settlement class for which the Settlement Administrator requires tax identification numbers for tax reporting purposes and authorized Google to provide the Settlement Administrator with the requested tax identification numbers, to the extent maintained by Google.  *See* ECF No. 265.

In accordance with the Court's Order, Google has provided the Settlement Administrator with the requested taxpayer identification numbers, to the extent they were maintained by Google. The Settlement Administrator has advised the parties that it is undertaking a validation process to confirm the taxpayer identification numbers it has received, and an outreach program to gather taxpayer identification numbers from class members that did not have the necessary information on file with Google.  The objective of this ongoing effort is to best position the Settlement Administrator to promptly distribute funds in the event the settlement is approved.

Upon final approval of the settlement, Google can transfer the settlement funds to the Settlement Administrator, and the Settlement Administrator can begin distributing funds to developers in the proposed settlement class.

DATED:  September 15, 2023             Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By      */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Ted Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

1
2
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

3
4
Ben M. Harrington (SBN 313877)
Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
5
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
6
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
7
benh@hbsslaw.com
bens@hbsslaw.com

8
9
By     */s/ Melinda R. Coolidge*
    Melinda R. Coolidge (*pro hac vice*)
**HAUSFELD LLP**
10
888 16th Street, NW, Suite 300
Washington, DC 20006
11
Telephone: (202) 540-7200 (main)
Telephone: (202) 540-7144 (direct)
12
Facsimile:  (202) 540-7201
mcoolidge@hausfeld.com

13
14
Kyle Geoffrey Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
15
San Francisco, CA 94111
Telephone: (415) 633-1908 (main)
16
Facsimile:  (415) 358-4980
kbates@hausfeld.com

17
18
Katie R. Beran (*pro hac vice*)
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
19
Philadelphia, PA 19106
Telephone: (215) 985-3270 (main)
20
Telephone: (267) 702-3215 (direct)
Facsimile:  (215) 985-3271
21
kberan@hausfeld.com

22
By     */s/ Eamon P. Kelly*
    Eamon P. Kelly (*pro hac vice*)
23
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
24
**SPERLING & SLATER, LLC**
55 W. Monroe Street, 32nd Floor
25
Chicago, IL 60603
Telephone: (312) 676-5845
26
Facsimile:  (312) 641-6492
jvanek@sperling-law.com
27
ekelly@sperling-law.com
arodriguez@sperling-law.com
28

JOINT STATUS UPDATE REGARDING SETTLEMENT - 2
Case No.: 3:20-cv-05792-JD
010803-11/2332644 V1

1
*Interim Co-Lead Class Counsel and Proposed*
*Settlement Class Counsel*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STATUS UPDATE REGARDING SETTLEMENT - 3
Case No.: 3:20-cv-05792-JD
010803-11/2332644 V1

DATED: September 15, 2023

Respectfully submitted,

**MUNGER, TOLLES & OLSON LLP**

By    */s/ Kuruvilla J. Olasa*
Kuruvilla Olasa, S.B. #281509
kuruvilla.olasa@mto.com
Glenn D. Pomerantz, S.B. #112503
glenn.pomerantz@mto.com
Nicholas R. Sidney, S.B. #308080
nick.sidney@mto.com
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100


Kyle W. Mach, S.B. #282090
kyle.mach@mto.com
Justin P. Raphael, S.B. #292380
justin.raphael@mto.com
Emily C. Curran-Huberty, S.B. #293065
emily.curran-huberty@mto.com
Dane P. Shikman, S.B. #313656
dane.shikman@mto.com
**MUNGER TOLLES & OLSON LLP**
560 Mission St., Suite 2700
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077


Jonathan I. Kravis, *pro hac vice*
jonathan.kravis@mto.com
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100


Brian C. Rocca, S.B #221576
brian.rocca@morganlewis.com
Sujal J. Shah, S.B #215230
sujal.shah@morganlewis.com
Michelle Park Chiu, S.B #248421
michelle.chiu@morganlewis.com
Minna Lo Naranjo, S.B #259005
minna.naranjo@morganlewis.com
Rishi P. Satia, S.B #301958
rishi.satia@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*s/ Steve W. Berman*
STEVE W. BERMAN
