UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION

Case No. 20-cv-05792-JD

**JUDGMENT**

Judgment for defendants is entered pursuant to Federal Rule of Civil Procedure 58, the parties' Amended Settlement Agreement and Release, Dkt. No. 229-1, Ex. B, and the Court's order granting final approval of the class settlement, Dkt. No. 269. The Court dismisses on the merits and with prejudice the claims against defendants Google LLC, Google Ireland Limited, Google Commerce, Ltd., Google Asia Pacific Pte. Limited, and Google Payment Corp., including the claims of plaintiffs and the claims of the Settlement Class. Each party will bear its own costs and attorneys' fees, except as provided in the Amended Settlement Agreement and the final approval order. The terms in this Judgment that are not separately defined will have the meanings set out in the Amended Settlement Agreement.

These persons and entities are excluded from the Settlement Class:

| No. | Party |
|---|---|
| 1 | Applied Vanilla Studios |
| 2 | Granite Nutrition LLC |
| 3 | Val-U-Pro Consulting Group |
| 4 | Phantomalert Inc. |

| No. | Party |
|---|---|
| 5 | Fotoborn Media |
| 6 | Brainstorm Games LLC |
| 7 | Seeds Software |
| 8 | Grace Tang |

These excluded persons and entities are not included in or bound by this Judgment. They are not entitled to any recovery of the settlement proceeds obtained in connection with the Amended Settlement Agreement.

Upon the Effective Date, the Released Parties will be discharged and released from the claims released pursuant to the terms of the Amended Settlement Agreement. The Amended Settlement Agreement is binding on, and will have res judicata and preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of Plaintiffs and the releasing parties with respect to the claims released by the Amended Settlement Agreement. As of the Effective Date, Plaintiffs and Settlement Class Members shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any claim released pursuant to the terms of the Amended Settlement Agreement.

The Court retains jurisdiction on all matters relating to the administration, consummation, implementation, enforcement, and interpretation of the Settlement Agreement and this Judgment.

**IT IS SO ORDERED.**

Dated: January 12, 2024

_____
JAMES DONATO
United States District Judge