Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperling-law.com
**SPERLING & SLATER P.C.**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots LLC*

Melinda R. Coolidge (*pro hac vice*)
mcoolidge@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7200

*Co-Lead Settlement Class Counsel for the Proposed Class and Attorneys for Peekya App Services, Inc. and Scaliso LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**ADMINISTRATIVE MOTION TO AMEND EXPENSE REIMBURSEMENT AWARD**<br><br>Judge: Hon. James Donato |

On January 11, 2024, this Court entered a final approval Order as to Developer Plaintiffs' settlement with Google.  ECF No. 269.  The Court's Order also resolved Developer Plaintiffs' accompanying motion for attorneys' fees, expense reimbursement, and incentive awards.

With respect to expenses, the Court stated that "Class Counsel have requested reimbursement of expenses in the amount of $4,422,740.98."  *Id.* at 6 (citing ECF No. 240 at 14, filed on March 1, 2023).  Concluding that Class Counsel had adequately documented reasonable expenses incurred in the litigation, the Court awarded $4,422,740.98.  *See id.*

Developer Plaintiffs believe that, in addressing reimbursable expenses, the Court may have overlooked additional expenses the Developer Plaintiffs previously incurred, as addressed in a corrected expense request filed in this matter.  Shortly after moving for expense reimbursement on March 1, 2023, Class Counsel learned that an accounting error had excluded several expert invoices from the expense total submitted to the Court.  On March 6, 2023, Class Counsel submitted corrected calculations to the Court with documentation supporting those expenses.  *See* ECF No. 243.  The Class was also notified of the corrected amount through the settlement website.  *See* ECF No. 246.  As shown in Developer Plaintffs' errata submission, Developer Plaintiffs' litigation expenses total $5,916,010.30, not $4,422,740.98, and Class Counsel requested reimbursement of the corrected amount.  *See* ECF No. 243.

For the reasons set forth in Developer Plaintiffs' prior errata, *see* ECF No. 243, Developer Plaintiffs respectfully request that this Court amend its January 11, 2024 Order pursuant to Rule 60 (or in the alternative Rule 59(e)) to reimburse expenses in the corrected amount of $5,916,010.30.

DATED:  January 16, 2024

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By     */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Ted Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

1    Facsimile:  (206) 623-0594
     steve@hbsslaw.com
2    robl@hbsslaw.com
     tedw@hbsslaw.com
3

4    Ben M. Harrington (SBN 313877)
     Benjamin J. Siegel (SBN 256260)
5    **HAGENS BERMAN SOBOL SHAPIRO LLP**
     715 Hearst Avenue, Suite 202
6    Berkeley, CA 94710
     Telephone: (510) 725-3000
7    Facsimile:  (510) 725-3001
     benh@hbsslaw.com
8    bens@hbsslaw.com

9    By ___*/s/ Melinda R. Coolidge*_____
         Melinda R. Coolidge (*pro hac vice*)
10   **HAUSFELD LLP**
     888 16th Street, NW, Suite 300
11   Washington, DC 20006
     Telephone: (202) 540-7200 (main)
12   Telephone: (202) 540-7144 (direct)
     Facsimile:  (202) 540-7201
13   mcoolidge@hausfeld.com

14   Kyle Geoffrey Bates (SBN 299114)
     **HAUSFELD LLP**
15   600 Montgomery Street, Suite 3200
     San Francisco, CA 94111
16   Telephone: (415) 633-1908 (main)
     Facsimile:  (415) 358-4980
17   kbates@hausfeld.com

18   Katie R. Beran (*pro hac vice*)
     **HAUSFELD LLP**
19   325 Chestnut Street, Suite 900
     Philadelphia, PA 19106
20   Telephone: (215) 985-3270 (main)
     Telephone: (267) 702-3215 (direct)
21   Facsimile:  (215) 985-3271
     kberan@hausfeld.com
22
     By ___*/s/ Eamon P. Kelly*_____
23       Eamon P. Kelly (*pro hac vice*)
     Joseph M. Vanek (*pro hac vice*)
24   Alberto Rodriguez (*pro hac vice*)
     **SPERLING & SLATER, LLC**
25   55 W. Monroe Street, 32nd Floor
     Chicago, IL 60603
26   Telephone: (312) 676-5845
     Facsimile:  (312) 641-6492
27   jvanek@sperling-law.com
     ekelly@sperling-law.com
28   arodriguez@sperling-law.com

*Interim Co-Lead Class Counsel and Proposed*
*Settlement Class Counsel*

1

2

## **E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

identified above has concurred in this filing.

*s/ Steve W. Berman*
STEVE W. BERMAN
