1  Steve W. Berman (*pro hac vice*)
   steve@hbsslaw.com
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Second Ave., Suite 2000
3  Seattle, WA 98101
4  Telephone: (206) 623-7292

5  Eamon P. Kelly (*pro hac vice*)
   ekelly@sperling-law.com
6  SPERLING & SLATER LLC
   55 W. Monroe, Suite 3200
7  Chicago, IL 60603
8  Telephone: 312-641-3200

9  *Co-Lead Settlement Class Counsel for the*
   *Proposed Class and Attorneys for Plaintiffs Pure*
10 *Sweat Basketball, Inc. and LittleHoots LLC*

11 Melinda R. Coolidge (*pro hac vice*)
   mcoolidge@hausfeld.com
12 HAUSFELD LLP
13 888 16th Street, NW, Suite 300
   Washington, DC 20006
14 Telephone: (202) 540-7200

15 *Co-Lead Interim Class Counsel for the Proposed*
16 *Class and Attorneys for Plaintiffs Peekya App*
   *Services, Inc. and Scaliso LLC*
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21 | IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-CV-05792-JD |
   |---|---|
22 | | **DECLARATION OF BEN M. HARRINGTON IN SUPPORT OF ADMINISTRATIVE MOTION TO AMEND EXPENSE REIMBURSEMENT AWARD** |
23 | | |
24 | | |
25 | | Judge:  Hon James Donato |

26
27
28

010803-11/2431803 V1

I, BEN M. HARRINGTON, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a partner of the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), co-lead Interim Class Counsel for Developer Plaintiffs (ECF No. 79) and co-lead Class Counsel for the Settlement Class (ECF No. 233). Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. I make this declaration in support of Developer Plaintiffs' Administrative Motion to Amend Expense Reimbursement Award.

3. On January 16, 2024, I contacted Kuruvilla Olasa, counsel for Defendant Google, to ask for Google's position on the Administrative Motion. Mr. Olasa responded by email that Google takes no position on Developer Plaintiffs' Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of January, 2024, at Berkeley, California.

                                            *s/ Ben M. Harrington*
                                            BEN M. HARRINGTON