UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION | Case No. 3:20-cv-05792-JD<br><br>**PROPOSED] ORDER AMENDING EXPENSE REIMBURSEMENT AWARD**<br><br>Judge: Hon. James Donato |
|---|---|

010803-11/2431774 V1

Developer Plaintiffs have filed a motion to amend the expense reimbursement award set forth in this Court's January 11, 2024 final approval Order (ECF No. 269 ("Order")) to refer to the expenses documented in their Corrected Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Services Awards (ECF No. 243 (filed March 6, 2023)).

Good cause appearing, the Court hereby **GRANTS** the motion and awards Class Counsel reimbursement of expenses in the amount of $5,916,010.30. Specifically, the text appearing in the Order at page 6, lines 6-9 is hereby vacated, and replaced with the following:

> Class Counsel have requested reimbursement of expenses in the amount of $5,916,010.30. Dkt No. 243 at 1. These amounts have also been documented for reasonable expenses incurred in the normal course of this litigation. *See* Dkt. Nos. 240-1, 240-2, 240-3, 240-4, 243-1, 243-2. The requested reimbursement is granted.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                            HON. JAMES DONATO
                                                                            United States District Court Judge