1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ian Simmons, *pro hac vice*
isimmons@omm.com
Benjamin Bradshaw, Bar No. 189925
bbradshaw@omm.com
Sergei Zaslavsky, *pro hac vice*
szaslavsky@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Daniel Petrocelli, Bar No. 97802
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Stephen McIntyre, Bar No. 274481
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Mia Gonzalez, *pro hac vice*
mgonzalez@omm.com
Laura Aronsson, Bar No. 304263
laronsson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:(212) 326-2000
Facsimile (212) 326-2061

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| **IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Epic Games Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD<br><br>*In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761-JD<br><br>*In re Google Play Developer Antitrust Litigation*, Case No. 3:20-cv-05792-JD<br><br>*State of Utah et al. v. Google LLC et al.*, Case No. 3:21-cv-05227-JD<br><br>*Match Group, LLC v. Google LLC et al.*, Case No. 3:22-cv-02746-JD | Case No. 3:21-md-02981-JD<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Hon. James Donato |

**TO THE CLERK AND ALL PARTIES OF RECORD**:  Please take notice that Daniel

Petrocelli, Ian Simmons, Benjamin Bradshaw, Laura Aronsson, Mia Gonzalez, Sergei Zaslavsky,

- 1 -

- 2 -

1   and Stephen McIntyre of O'Melveny & Myers LLP, and Kendall Collins, formerly of O'Melveny

2   & Myers LLP, hereby withdraw their appearances on behalf of Defendants Alphabet, Inc.,

3   Google LLC, Google Ireland Limited, Google Commerce Limited, Google Asia Pacific Pte Ltd.,

4   and Google Payment Corp. ("Defendants") in the above-captioned action.  Defendants will

5   continue to be represented by other counsel of record in this action.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF WITHDRAWAL OF APPEARANCE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD

1    Dated:  February 9, 2024

2                                                        IAN SIMMONS

3

4                                        By:     /s/ Ian Simmons
                                                  Ian Simmons
5                                                 Benjamin Bradshaw
                                                  Sergei Zaslavsky
6                                                 O'MELVENY & MYERS LLP
                                                  1625 Eye Street, N.W.
7                                                 Washington, D.C. 20006
                                                  Tel: (202) 383-5300
8                                                 isimmons@omm.com
                                                  bbradshaw@omm.com
9                                                 szaslavsky@omm.com

10                                                Daniel Petrocelli
                                                  O'MELVENY & MYERS LLP
11                                                1999 Avenue of the Stars
                                                  8th Floor
12                                                Los Angeles, CA 90067
                                                  Tel: (310) 553-6700
13                                                dpetrocelli@omm.com

14                                                Stephen McIntyre
                                                  O'MELVENY & MYERS LLP
15                                                400 South Hope Street, 18th Floor
                                                  Los Angeles, CA 90071
16                                                Tel: (213) 430-6000
                                                  smcintyre@omm.com
17
                                                  Mia Gonzalez
18                                                Laura Aronsson
                                                  O'MELVENY & MYERS LLP
19                                                Times Square Tower
                                                  7 Times Square
20                                                New York, NY 10036
                                                  Tel: (212) 326-2000
21                                                mgonzalez@omm.com
                                                  laronsson@omm.com
22
                                                  *Attorneys for Defendants*
23

24

25

26

27

28

- 3 -

1

## CERTIFICATE OF SERVICE

2   I hereby certify that on February 9, 2024, I caused a copy of the foregoing to be served via the

3   electronic case file system upon counsel of record for all parties.

4

5
                                                    */s/ Ian Simmons*
                                                    Ian Simmons

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF APPEARANCE
Case Nos. 3:21-md-02981-JD; 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD; 3:21-cv-05227-JD; 3:22-cv-02746-JD