# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  November 14, 2024

Judge:  Hon. James Donato

Time:  10 Minutes

Case:   **3:20-cv-05792-JD In re Google Play Developer Antitrust Litigation**

Attorney(s) for Plaintiff(s):    Ben Harrington
Attorney(s) for Defendant(s):    Kuru Olasa

Deputy Clerk:  Lisa R. Clark

Court Reporter:  Marla Knox

## PROCEEDINGS

Status Conference -- Held

## NOTES AND ORDERS

The Court is concerned about problems with the administration and distribution of the class settlement.  *See* Dkt. Nos. 274, 275.  The Settlement Administrator's performance has been unsatisfactory.  The Court may reduce the payments to the Settlement Administrator and Class Counsel accordingly.

Class Counsel will file by December 16, 2024, a concrete action plan to improve the administration and distribution of the settlement, which may include the proposal of a new settlement administrator.