Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Eamon P. Kelly (*pro hac vice*)
ekelly@sperlingkenny.com
**SPERLING KENNY NACHWALTER, LLC**
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: 312-641-3200

*Co-Lead Counsel for the Settlement Class in In re Google Play Developer Antitrust Litigation and Attorneys for Pure Sweat Basketball, Inc. and LittleHoots LLC*

Melinda R. Coolidge (*pro hac vice*)
mcoolidge@hausfeld.com
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 540-7144

*Co-Lead Counsel for the Settlement Class in In re Google Play Developer Antitrust Litigation and Attorneys for Peekya App Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE GOOGLE PLAY DEVELOPER ANTITRUST LITIGATION** | Case No. 3:20-cv-05792-JD<br><br>**CLASS COUNSEL'S REPORT REGARDING SETTLEMENT ADMINISTRATION AND DISTRIBUTION** |

Counsel for the Developer Plaintiffs ("Class Counsel") write to update the Court on their efforts to improve and further effectuate distribution of the Settlement proceeds in this case pursuant to the Court's Order Re Final Approval, Attorneys' Fees and Costs, and Incentive Awards, entered on January 11, 2024 (ECF No. 269) (the "Final Approval Order") and Class Counsel's Plan to Improve Settlement Administration and Distribution, entered on December 16, 2024 (ECF No. 277) ("Class Counsel's Plan").

Since the January 30, 2025 Status Conference and Google's subsequent production of additional class member information, Class Counsel and the Settlement Administrator have made 10,930 additional successful payments, and as of the date of this Report 83% of Settlement Funds have been successfully distributed to 74% of Settlement Class Members. *See* Decl. of Steven Platt Re: ACH Distribution, Class Counsel's Plan to Improve Settlement Administration and Distribution and Post Distribution Accounting ("Platt Decl.") at ¶ 4 (filed concurrently herewith).

No later than December 1, 2025, Class Counsel expect to file a motion 1) seeking authorization to reallocate the outstanding Settlement Funds that remain unclaimed, as well as 2) recommending an appropriate course of action to resolve a pending dispute regarding a contested distribution to Settlement Class member JiroLabs LLC. *See* Platt Decl. at ¶ 7 (discussing JiroLabs LLC's claim).

Dated: October 31, 2025          Respectfully submitted,

By   */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Ted Wojcik (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

|   |   |   |
|---|---|---|
| 1 |  |  |
| 2 |  | Ben M. Harrington (SBN 313877) |
|   |  | Benjamin J. Siegel (SBN 256260) |
| 3 |  | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
|   |  | 715 Hearst Avenue, Suite 202 |
| 4 |  | Berkeley, CA 94710 |
|   |  | Telephone: (510) 725-3000 |
| 5 |  | Facsimile: (510) 725-3001 |
|   |  | bens@hbsslaw.com |
| 6 |  | benh@hbsslaw.com |
| 7 |  |  |
| 8 | Dated: October 31, 2025 | By *s/ Melinda R. Coolidge* |
|   |  |     Melinda R. Coolidge (*pro hac vice*) |
| 9 |  | **HAUSFELD LLP** |
|   |  | 888 16th Street, NW, Suite 300 |
| 10 |  | Washington, DC 20006 |
|   |  | Telephone: (202) 540-7200 (main) |
| 11 |  | Telephone: (202) 540-7144 (direct) |
| 12 |  | Facsimile: (202) 540-7201 |
|   |  | mcoolidge@hausfeld.com |
| 13 |  |  |
|   |  | Katie R. Beran (*pro hac vice*) |
| 14 |  | **HAUSFELD LLP** |
| 15 |  | 325 Chestnut Street, Suite 900 |
|   |  | Philadelphia, PA 19106 |
| 16 |  | Telephone: (215) 985-3270 (main) |
|   |  | Telephone: (267) 702-3215 (direct) |
| 17 |  | Facsimile: (215) 985-3271 |
|   |  | kberan@hausfeld.com |
| 18 |  |  |
| 19 |  | Scott A. Martin (*pro hac vice*) |
|   |  | Irving Scher (*pro hac vice*) |
| 20 |  | **HAUSFELD LLP** |
|   |  | 33 Whitehall Street, 14th Floor |
| 21 |  | New York, NY 10004 |
|   |  | Telephone: (646) 357-1100 (main) |
| 22 |  | Telephone: (646) 357-1195 (direct) |
| 23 |  | Facsimile: (212) 202-4322 |
|   |  | smartin@hausfeld.com |
| 24 |  | ischer@hausfeld.com |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

Dated: October 31, 2025

By    */s/ Eamon P. Kelly*
    Eamon P. Kelly (*pro hac vice*)
Joseph M. Vanek (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
**SPERLING KENNY NACHWALTER, P.C.**
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperlingkenny.com
ekelly@sperlingkenny.com
arodriguez@sperlingkenny.com

*Co-Lead Class Counsel*

3

## E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                             *s/ Steve W. Berman*
                                             STEVE W. BERMAN